RECEIPT #54096
AMOUNT $ 150
SUMMONS ISSUED N/A
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. M
DATE 2-25-04

COMMONWEALTH OF MASSACHUSETTS
SUFFOLK, ss.
SUPERIOR COURT DEPARTMENT
CIVIL ACTION No. 04-0736 BLS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WXIII / FAR YALE GEN-PAR, LLC, <br> as General Partner of <br> WXIII / FAR YALE REAL ESTATE <br> LIMITED PARTNERSHIP, <br> Plaintiff, <br><br> vs. <br><br> LINSANG PARTNERS, LLC, <br> Defendant, <br> and <br> LMIC, Inc. and LMIC <br> MANUFACTURING, Inc. <br> Reach and apply Defendants. | Docket No. <br><br> 04 CV 10372 WGY <br><br> MAGISTRATE JUDGE Alexander |

**NOTICE OF REMOVAL OF CAUSE TO UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

To the Honorable Judges of said Court:

The Petitioner, Linsang Partners, LLC ("Linsang"), respectfully shows:

1. The Petitioner is the Defendant in the above titled action.

2. The above entitled action was commenced in the Superior Court Department, County of Suffolk, Commonwealth of Massachusetts (Civil Action No. 04-0736 BLS) and is now pending in that court. Process was served on the petitioner on the 23rd day of February 2004. A copy of the Plaintiff's Complaint setting forth the claim upon which the action was based was first received by the Petitioner on the 23rd day of February 2004.

3. This action is a civil action seeking recover of a money judgment in the amount of $2,077,153.19 and equitable relief. The United States District Court for the District of Massachusetts has subject matter jurisdiction by reason of the diversity of citizenship of the parties.

4. The Defendant is a limited liability company organized under the laws of Delaware and has a principal place of business located in Beltsville, Maryland and the defendant is a citizen of the Commonwealth of Massachusetts. Both Reach and Apply Defendants are also Delaware organized companies located in Beltsville, Maryland. The matter in controversy vastly exceeds, exclusive of costs and disbursements the sum of $75,000. No change of citizenship of the parties has occurred since the commencement of the action.

WHEREFORE, petitioner requests that this action be removed.

LINSANG PARTNERS, L.L.C., LMIC, Inc. and LMIC MANUFACTURING, INC.
By their attorneys,

Joseph L. Demeo, Esq., BBO# 561254
David W. Fanikos, Esq., BBO# 564303
Demeo & Associates, P.C.
One Lewis Wharf
Boston, Massachusetts 02110
(617) 263-2600

Dated: February 24, 2004

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON (EACH PARTY APPEARING PRO SE AND) THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY [MAIL] (BY HAND BY FEDERAL EXPRESS, BY TELECOPIER).

2/25/04
Date                    Signature

2