UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WXIII / FAR YALE GEN-PAR, LLC, as General Partner of WXIII / FAR YALE REAL ESTATE LIMITED PARTNERSHIP, <br> Plaintiff, <br> vs. <br> LINSANG PARTNERS, LLC, <br> Defendant. | Docket No. 04 cv 10372 WGY |

## NOTICE OF ADDRESS CHANGE

Now comes Demeo & Associates, P.C., counsel for the Defendant in the above-captioned case, and informs the Court and all parties that it has changed its address. Counsel's new address is as follows:

> Demeo & Associates, P.C
> One Lewis Wharf
> Boston, MA 02110

Respectfully submitted,

_____
Joseph L. Demeo, BBO No. 561254
David W. Fanikos, BBO No. 564303
Demeo & Associates, P.C.
One Lewis Wharf
Boston, MA 02110
(617) 263-2600

Dated: March 17, 2004