UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WXIII/FAR YALE GEN-PAR, LLC, as General Partner of WXIII/FAR YALE REAL ESTATE LIMITED PARTNERSHIP,<br>　　　　Plaintiff<br><br>VS.<br><br>LINSANG PARTNERS, LLC.;<br>　　　　Defendant<br>and<br>LMIC, INC. and LMIC MANUFACTURING, INC.,<br>　　　　Reach and apply Defendants | CA NO. 04CV10372 RCL |

## JOINT REQUEST TO EXTEND TEMPORARY RESTRAINING ORDER

Now come the parties in the above-entitled case and jointly request that the Court extend the Temporary Restraining Order ("TRO") previously entered in this case from March 31, 2004 until and including April 13, 2004. As reason therefor, the parties state the following statement of reasons:

1. The TRO entered by this Court was to have expired on March 31, 2004. That date was selected since was to be after the taking of a F.R.Civ.P. 69 deposition of the defendant Linsang Partners, LLC ("Linsang") on March 26, 2004 in the underlying case.

2. However, the deponent for Linsang was out of the country for the scheduled date of that deposition, and thus was unavailable to be deposed by the plaintiff.

3. The attorneys for the plaintiff and Linsang have agreed upon another date for that deposition to be taken during the week of April 5, 2004.

1

Attached hereto is a proposed Order To Extend The Temporary Restraining Order until April 13, 2004 by agreement or consent of the attorneys for the plaintiff and Linsang.

March 30, 2004

Plaintiff,
By its attorney,

_____
Alvin S. Nathanson, BBO# 367480
Nathanson & Goldberg, PC
2 Oliver Street
Boston, MA 02109
(617) 210-4800

Defendant Linsang Partners, LLC
By its attorney,

(see attached)
_____
David W. Fanikos, BBO# 564303
Demeo & Associates, PC
One Lewis Wharf
Boston, MA 02110
(617) 263-2600

Attached hereto is a proposed Order To Extend The Temporary Restraining Order until April 13, 2004 by agreement or consent of the attorneys for the plaintiff and Linsang.

March 30, 2004

Plaintiff,
By its attorney,

_____
Alvin S. Nathanson, BBO# 367480
Nathanson & Goldberg, PC
2 Oliver Street
Boston, MA 02109
(617) 210-4800

Defendant Linsang Partners, LLC
By its attorney,

_____
David W. Fanikos, BBO# 564303
Demeo & Associates, PC
One Lewis Wharf
Boston, MA 02110
(617) 263-2600

2

# NATHANSON & GOLDBERG

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

**VIA HAND DELIVERY**

March 30, 2004

Lisa Hourihan, Courtroom Clerk
U.S. District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:   WXIII/FAR Yale Gen-Par., as general partner
      of WSIII/FAR Yale Real Estate Limited Partnership
Vs.   Linsang Partners, LLC., et als.
CA    04CV10372 RCL

Dear Ms. Hourihan:

I enclose herewith a Joint Request To Extend Temporary Restraining Order and Agreed Upon Order For Extending Of Temporary Restraining Order.

I hereby certify that I did on this day serve a copy of the within upon counsel for defendant Linsang Partners, LLC by both facsimile and by first class mail to David W. Fanikos, Esquire, Demeo & Associates, One Lewis Wharf, Boston, MA 02110.

Very truly yours,

Alvin S. Nathanson
Enc.

Cc:   David W. Fanikos, Esquire
      Daniel Holmes, Esquire