UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
WXIII/FAR YALE GEN-PAR, LLC, as )
General Partner of WXIII/FAR YALE )
REAL ESTATE LIMITED )
PARTNERSHIP, )
      Plaintiff )
)    CA NO. 04CV10372 RCL
VS. )
)
LINSANG PARTNERS, LLC.; )
      Defendant )
and )
LMIC, INC. and LMIC )
MANUFACTURING, INC., )
      Reach and apply Defendants )
)

## JOINT REQUEST TO EXTEND TEMPORARY RESTRAINING ORDER

Now come the parties in the above-entitled case and jointly request that the Court extend the Temporary Restraining Order ("TRO") previously entered in this case from March 31, 2004 until and including April 13, 2004. As reason therefor, the parties state the following statement of reasons:

1.    The TRO entered by this Court was to have expired on March 31, 2004. That date was selected since was to be after the taking of a F.R.Civ.P. 69 deposition of the defendant Linsang Partners, LLC ("Linsang") on March 26, 2004 in the underlying case.

2.    However, the deponent for Linsang was out of the country for the scheduled date of that deposition, and thus was unavailable to be deposed by the plaintiff.

3.    The attorneys for the plaintiff and Linsang have agreed upon another date for that deposition to be taken during the week of April 5, 2004.

Attached hereto is a proposed Order To Extend The Temporary Restraining Order until April 13, 2004 by agreement or consent of the attorneys for the plaintiff and Linsang.

March 30, 2004

Plaintiff,
By its attorney,

_____
Alvin S. Nathanson, BBO# 367480
Nathanson & Goldberg, PC
2 Oliver Street
Boston, MA 02109
(617) 210-4800

Defendant Linsang Partners, LLC
By its attorney,

_____
David W. Fanikos, BBO# 564303
Demeo & Associates, PC
One Lewis Wharf
Boston, MA 02110
(617) 263-2600