UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WXIII/FAR YALE GEN-PAR, LLC, as )
General Partner of WXIII/FAR YALE )
REAL ESTATE LIMITED )
PARTNERSHIP, )
        Plaintiff )
)
VS. )    CA NO.04CV10372 RCL
)
LINSANG PARTNERS, LLC.; )
        Defendant )
and )
LMIC, INC. and LMIC )
MANUFACTURING, INC., )
        Reach and apply Defendants )
)

## AGREED UPON ORDER FOR EXTENDING OF TEMPORARY RESTRAINING ORDER

This matter came before the Court upon a Joint Motion For An Extension Of The Previously Entered Temporary Restraining Order (the "Joint Motion") entered by this Court. After consideration thereof, the it is hereby Ordered, Adjudged and Decreed that the Joint Motion is hereby allowed and that the temporary restraining order is hereby continued and extended to and including April 13, 2004. As extended the Temporary Restraining Order is as follows:

1.    That a temporary restraining order ("TRO") issue by this Court against the defendant Linsang Partners, LLC, its officers, directors, owners, members, agents, servants, employees, and attorneys enjoining and restraining the defendant Linsang Partners, LLC, its officers, directors, owners, members, agents, servants, employees, and attorneys from selling, transferring, assigning, encumbering, pledging, conveying or

otherwise hypothecating its shares or stock in LMIC, Inc. and LMIC Manufacturing, Inc., until the further Order of this Court.

2. That the temporary restraining order ("TRO") issued as set forth above in paragraph 1 be continued beyond ten (10) days from date of issuance until and through April 13, 2004, which extension and expiration date was consented thereto to being extended by the attorney for Linsang at the hearing before the Court on March 8, 200 and the Joint Motion..

3. That the parties have advised the Court of a F.R.Civ.P. 69 deposition in the underlying case of Linsang that has been noticed by the plaintiff for March 26, 2004, but by agreement of the parties continued to another date, at which deposition, Linsang is to produce Mr. Kwok Li and/or the appropriate deponent under F,R.Civ.P. 30(b)(6) who has full knowledge of the subject matter of the deposition to testify, amongst other matters, as to the assets and liabilities of Linsang, the pledging of the stock of Linsang (including, but not limited to the debt of Linsang to the pledgee and the details of the pledge), and the details and particulars of the sale of the Linsang stock that is the subject matter of this case.

4. That Plaintiff may apply to this Court for such and further Orders or Relief after the taking of the aforementioned F.R.Civ.P. 69 deposition or the expiration of the TRO entered in this case against Linsang.

Entered: March April 6, 2004

By the Court