UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WXIII/ FAR YALE GEN-PAR, LLC )<br>as General Partner of )<br>WXIII/ FAR YALE REAL ESTATE )<br>LIMITED PARTNERSHIP )<br> )<br>vs. )<br> )<br>LINSANG PARTNER, L.L.C., )<br>ET ALS. )<br> ) | CA. NO. 04-10372 RCL |

**PLAINTIFF'S MOTION TO AMEND COMPLAINT UNDER F.R.C.P. 15(a) &(d)**

NOW COMES the plaintiff in the above entitled case and pursuant to F.R.C.P. 15(a) moves to further amend its complaint, as a matter of right, by asserting further reach and apply claims that have been discovered by the plaintiff since the filing of the original complaint.

Attached hereto is the proposed first amended complaint, which includes the additional reach and apply claims of the plaintiff. As of this date, defendants have not filed any responsive pleadings, and thus this amendment is a matter of right.

By its attorneys,

April 6, 2004

Alvin S. Nathanson
BBO # 367480
Nathanson & Goldberg, P.C.
Two Oliver Street, 8th Floor
Boston, MA 02109
(617) 210-4800

1

CERTIFICATE OF SERVICE

I, Alvin S. Nathanson, attorney for the plaintiff hereby certify that on April 6, 2004, I did serve a copy of the within motion to amend and the proposed first amended complaint upon David W. Fanikos, Esquire, Demeo & Associates, PC, One Lewis Wharf, Boston, MA 02110 by mailing a copy to him by first class mail, postage prepaid.

Alvin S. Nathanson