UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WXIII/FAR YALE GEN-PAR, LLC, as General Partner of WXIII/FAR YALE REAL ESTATE LIMITED PARTNERSHIP,<br>            Plaintiff<br><br>VS.<br><br>LINSANG PARTNERS, LLC.;<br>            Defendant<br>and<br>LMIC, INC. and LMIC MANUFACTURING, INC.,<br>            Reach and apply Defendants | CA NO.04CV10372 RCL |

## PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TEMPORARY RESTRAINING ORDER

Now comes the plaintiff in the above-entitled case, and moves to extend the temporary restraining order ("TRO") previously entered by the Court and as requested by the plaintiff in prayers 2, 3, and 5 of the Verified First Amended Complaint as to the defendant Linsang Partners, LLC. ("Linsang") until and including June 14, 2004.

In particular, and without limitation, plaintiff, which is a Judgment creditor of Linsang, seeks to reach and apply shares of stock and notes payable of Linsang in order to satisfy, in whole or in part, the Judgment and Execution obtained by the plaintiff, which appear to be the only assets available of Linsang that may be available to satisfy any Judgment obtained herein. Plaintiff seeks to preserve the status quo pending the outcome of the within case. Plaintiff seeks to restrain the defendant Linsang Partners, LLC, its officers, directors, owners, members, agents, servants, employees, and attorneys enjoining and restraining the defendant Linsang Partners, LLC, its officers, directors,

1

owners, members, agents, servants, employees, and attorneys from selling, transferring, assigning, encumbering, pledging, conveying or otherwise hypothecating its shares or stock in LMIC, Inc. and LMIC Manufacturing, Inc., and in the shares of stock and notes payable that are set forth and attached to the First Amended Complaint.

Attached hereto is a proposed Order for the TR, as extended..

Plaintiff,
By its attorneys,

April 15, 2004

Alvin S. Nathanson, BBO# 367480
Nathanson & Goldberg, PC
2 Oliver Street
Boston, MA 02109
(617) 210-4800

Defendant Linsang Partners, LLC
Assented and Agreed to:

David W. Fanikos, BBO# 564303
Demeo & Associates, PC
One Lewis Wharf
Boston, MA 02110
(617) 263-2600