SCANNED
DATE: 4-16-04
BY: cnb

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WXIII/FAR YALE GEN-PAR, LLC, as General Partner of WXIII/FAR YALE REAL ESTATE LIMITED PARTNERSHIP,<br>          Plaintiff<br><br>VS.<br><br>LINSANG PARTNERS, LLC.;<br>          Defendant<br>and<br>LMIC, INC. and LMIC MANUFACTURING, INC.,<br>          Reach and apply Defendants | CA NO.04CV10372 RCL |

## AGREED UPON ORDER FOR EXTENDING OF TEMPORARY RESTRAINING ORDERS

This matter came before the Court upon a Joint Motion For An Extension Of The Previously Entered Temporary Restraining Order (the "Joint Motion") entered by this Court. After consideration thereof, the it is hereby Ordered, Adjudged and Decreed that the Joint Motion is hereby allowed and that the temporary restraining order is hereby continued and extended to and including June 14, 2004. As extended the Temporary Restraining Order is as follows:

1.      That a temporary restraining order ("TRO") issue by this Court against the defendant Linsang Partners, LLC, its officers, directors, owners, members, agents, servants, employees, and attorneys enjoining and restraining the defendant Linsang Partners, LLC, its officers, directors, owners, members, agents, servants, employees, and attorneys from selling, transferring, assigning, encumbering, pledging, conveying or otherwise hypothecating its shares or stock in LMIC, Inc. and LMIC Manufacturing, Inc.,

1

or the shares of stock and notes payable identified on Exhibits "B" and "C" of the Amended Complaint, until the further Order of this Court.

2. That Plaintiff may apply to this Court for such and further Orders or Relief at or before the expiration of the TRO.

Entered: April 21, 2004                By the Court

_____