UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WXIII / FAR YALE GEN-PAR, LLC,<br>as General Partner of<br>WXIII / FAR YALE REAL ESTATE<br>LIMITED PARTNERSHIP,<br>        Plaintiff,<br><br>vs.<br><br>LINSANG PARTNERS, LLC,<br>        Defendant,<br>and<br>LMIC, Inc. and LMIC<br>MANUFACTURING, Inc.<br>        Reach and apply Defendants. | Docket No. 04-CV10372 RCL |

**DEFENDANT'S ASSENTED-TO MOTION TO ENLARGE PERIOD
FOR SUBMITTING ANSWER TO FIRST AMENDED COMPLAINT**

The Defendant, Linsang Partners, LLC ("Linsang"), hereby submits its Assented-to Motion to Enlarge the Period for Submitting its Answer to Plaintiff's First Amended Complaint. As grounds for its Assented-to Motion, Linsang states (i) on April 5, 2004, Plaintiff filed and served its First Amended Complaint, making Linsang's Answer due on April 26, 2004; (ii) Linsang requires additional time to prepare and file an Answer to the First Amended Complaint due to its counsel's long-planned family vacation for the school vacation week of April 19th; (iii) Linsang requests an additional 10 days, from April 26, 2004 to May 6, 2004, to serve and file its Answer; and (iv) counsel for the parties have consulted on this motion and Plaintiff has assented to this Motion.

WHEREFORE, Linsang requests the Court to allow its Assented-to Motion to Enlarge the Period for Submitting its Answer to Plaintiff's First Amended Complaint an additional ten (10) days, from April 26, 2004 to May 6, 2004.

Respectfully submitted,

**LINSANG PARTNERS, L.L.C.**
By its attorneys,

_____
Joseph L. Demeo, Esq., BBO# 561254
David W. Fanikos, Esq., BBO# 564303
Demeo & Associates, P.C.
227 Lewis Wharf
Boston, Massachusetts 02110
(617) 263-2600

Dated: April 14, 2004

Assented to,

**WXIII/FAR YALE GEN-PAR, LLC, AS GENERAL PARTNER OF WXIII.FAR YALE REAL ESTATE LIMITED PARTNERSHIP**
By its attorneys,

_____
Alvin Nathanson, BBO #367480
Nathanson & Goldberg, PC
2 Oliver Street
Boston, MA 02109
(617) 210-4800

2

# Demeo & Associates, P.C.

One Lewis Wharf
Boston, MA 02110

Telephone: 617-263-2600
Fax: 617-263-2300
Email: dfanikos@jdemeo.com

April 20, 2004

*Via First Class Mail*
Clerk of Courts
United States District Court
One Court House Way
Boston, Massachusetts 02110

    Re:    *WXIII / Far Yale Gen-Par, LLC v. Linsang Partners, LLC, et al.*
           Docket No. 04-CV10372 RCL

Dear Sir/Madam:

    Enclosed for filing is the Defendant's Assented-to Motion to Enlarge Period for Submitting Answer to First Amended Complaint in connection with the above-referenced matter.

    Kindly acknowledge receipt by date-stamping the enclosed copy of this letter and returning it to me in the enclosed self-addressed stamped envelope.

    Thank you for your assistance in this matter.

                                        Very truly yours,

                                        David W. Fanikos

Enclosures
cc:    Alvin S. Nathanson, Esq.
        Joseph L. Demeo, Esq.