UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WXIII / FAR YALE GEN-PAR, LLC, as General Partner of WXIII / FAR YALE REAL ESTATE LIMITED PARTNERSHIP,<br>　　　　　Plaintiff,<br><br>vs.<br><br>LINSANG PARTNERS, LLC,<br>　　　　　Defendant,<br>and<br>LMIC, Inc. and LMIC MANUFACTURING, Inc.,<br>　　　Reach and Apply Defendants. | Docket No. 04-CV10372 RCL |

## REACH AND APPLY DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2)

Pursuant to Fed. R. Civ. P. 12(b)(2), the Reach and Apply Defendants, LMIC, Inc. and LMIC Manufacturing, Inc. (the "Reach and Apply Defendants"), hereby move the Court to dismiss Plaintiff's reach and apply claims against them. As grounds for their motion, the Reach and Apply Defendants state that they have no contacts whatsoever with Massachusetts and Plaintiff has made no showing whatsoever that the Reach and Apply Defendants have any contacts with Massachusetts sufficient to sustain this Court's personal jurisdiction over them. As further support for their motion, the Reach and Apply Defendants incorporate their memorandum in support of this motion filed herewith.

WHEREFORE, the Reach and Apply Defendants request the Court to allow their motion to dismiss Plaintiff's Reach and Apply claims against them pursuant to Fed. R. Civ. P. 12(b)(2).

Respectfully submitted,

LMIC, Inc. and LMIC MANUFACTURING, Inc.
By their attorneys,

_____
Joseph L. Demeo, Esq., BBO# 561254
David W. Fanikos, Esq., BBO# 564303
Demeo & Associates, P.C.
One Lewis Wharf
Boston, Massachusetts 02110
(617) 263-2600

Dated: May 6, 2004

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON (EACH PARTY APPEARING PRO SE AND) THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND BY FEDERAL EXPRESS, BY TELECOPIER).

6 May 04
Date                    Signature