COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WXIII/FAR YALE GEN-PAR, LLC, as General Partner of WXIII/FAR YALE REAL ESTATE LIMITED PARTNERSHIP,<br>　　　Plaintiff<br><br>VS.<br><br>LINSANG PARTNERS, LLC.;<br>　　　Defendant<br>and<br>LMIC, INC. and LMIC MANUFACTURING, INC.,<br>　　　Reach and apply Defendants | DOCKET # 04CV10372 RGL |

## PLAINTIFF'S ASSENTED TO MOTION TO EXTEND THE TIME TO RESPOND TO REACH AND APPLY DEFENDANTS' MOTION TO DISMISS

NOW COMES the plaintiff WXIII/FAR Yale Gen-Par, LLC (herein "plaintiff") and moves this Honorable Court to extend the plaintiff's time for filing an Opposition to the Reach and Apply Defendants' Motion to Dismiss filed in the within matter on May 6, 2004. As reasons therefore, plaintiff states that the principal parties intend to meet in order to discuss a possible settlement of the within matter, and an extension would eliminate further attorney's fees for the plaintiff pending a possible settlement of the within matter. Plaintiff requests a three week extension to June 10, 2004 to file its opposition to the motion to dismiss in order to permit the principal parties to meet to discuss a possible settlement. This is the first request for an

1

extension of time by the plaintiff in connection with the within motion. Defendants assent to the within motion.

May 18, 2004

Plaintiff
By its attorney,

*(signature)*

Alvin S. Nathanson
BBO # 367480
Nathanson & Goldberg, P.C.
Two Oliver Street
Boston, MA 02109
(617) 210-4800

Assented to:
Defendants
By their attorneys,

*(signature)*

David W. Fanikos
BBO # 564303
Demeo & Associates, P.C.
One Lewis Warf
Boston, MA 02110
(617) 263-2600

## CERTIFICATE OF SERVICE

I., Alvin S. Nathanson, the attorney for the plaintiff hereby certify that on May 18, 2004, I did serve a copy of the within motion on the attorney for the defendants by mailing a copy by first class mail, postage prepaid, to David W. Fanikos, Esquire, Demeo & Associates, P.C., One Lewis Wharf, Boston, MA 02110.

May 18, 2004

*(signature)*
Alvin S. Nathanson

# NATHANSON & GOLDBERG
## A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW

**VIA HAND DELIVERY**

May 18, 2004

Clerk
U.S. District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: WXIII/FAR Yale Gen-Par., as general partner
of WSIII/FAR Yale Real Estate Limited Partnership
Vs. Linsang Partners, LLC., et als.
CA 04CV10372 RCL

Dear Sir/Madam:

I enclose herewith Plaintiff's Assented To Motion To Extend Time To Respond To Reach And Apply Defendants' Motion To Dismiss in the above-entitled case.

Kindly file the same.

I hereby certify that I did on this day serve a copy of the within upon counsel for defendant Linsang Partners, LLC by both facsimile and by first class mail to David W. Fanikos, Esquire, Demeo & Associates, One Lewis Wharf, Boston, MA 02110.

Very truly yours,

Alvin S. Nathanson
Enc.

Cc: David W. Fanikos, Esquire
Daniel Holmes, Esquire