UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 15 P 1:42

U.S. DISTRICT COURT
DISTRICT OF MASS.

WXIII/FAR YALE GEN-PAR, LLC, as  )
General Partner of WXIII/FAR YALE )
REAL ESTATE LIMITED )
PARTNERSHIP, )
     Plaintiff )
)
VS. )  CA NO.04CV10372 RCL
)
LINSANG PARTNERS, LLC.; )
     Defendant )
and )
LMIC, INC. and LMIC )
MANUFACTURING, INC., )
     Reach and apply Defendants )

### PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TEMPORARY RESTRAINING ORDER

Now comes the plaintiff in the above-entitled case, and moves to extend the temporary restraining order ("TRO") previously entered by the Court and as requested by the plaintiff in prayers 2, 3, and 5 of the Verified First Amended Complaint as to the defendant Linsang Partners, LLC. ("Linsang") until and including July 21, 2004 in order to permit the parties to complete settlement discussions that recently occurred between the plaintiff and Lisang..

In particular, and without limitation, plaintiff, which is a Judgment creditor of Linsang, seeks to reach and apply shares of stock and notes payable of Linsang in order to satisfy, in whole or in part, the Judgment and Execution obtained by the plaintiff, which appear to be the only assets available of Linsang that may be available to satisfy any Judgment obtained herein. Plaintiff seeks to preserve the status quo pending the outcome of the within case. Plaintiff seeks to restrain the defendant Linsang Partners,

1

LLC, its officers, directors, owners, members, agents, servants, employees, and attorneys enjoining and restraining the defendant Linsang Partners, LLC, its officers, directors, owners, members, agents, servants, employees, and attorneys from selling, transferring, assigning, encumbering, pledging, conveying or otherwise hypothecating its shares or stock in LMIC, Inc. and LMIC Manufacturing, Inc., and in the shares of stock and notes payable that are set forth and attached to the First Amended Complaint.

Attached hereto is a proposed Order for the TRO, as extended..

June 14, 2004

Plaintiff,
By its attorneys,

Alvin S. Nathanson, BBO# 367480
Nathanson & Goldberg, PC
2 Oliver Street
Boston, MA 02109
(617) 210-4800

Defendant Linsang Partners, LLC
Assented and Agreed to:

David W. Fanikos, BBO# 564303
Demeo & Associates, PC
One Lewis Wharf
Boston, MA 02110
(617) 263-2600

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WXIII/FAR YALE GEN-PAR, LLC, as )<br>General Partner of WXIII/FAR YALE )<br>REAL ESTATE LIMITED )<br>PARTNERSHIP, )<br>          Plaintiff )<br> )<br>VS. )<br> )<br>LINSANG PARTNERS, LLC.; )<br>          Defendant )<br>and )<br>LMIC, INC. and LMIC )<br>MANUFACTURING, INC., )<br>          Reach and apply Defendants ) | CA NO.04CV10372 RCL |

## **TEMPORARY RESTRAINING ORDER**

This matter came before the Court on March 8, 2004 on the Plaintiff's Motion For Emergency Relief and Plaintiff's request for a temporary restraining order, and after notice to the defendant Linsang Partners, LLC. ("Linsang"), and after argument by counsel for the Plaintiff and Linsang, it is hereby Ordered, Adjudged and Decreed as follows:

1.  That a temporary restraining order ("TRO") issue by this Court against the defendant Linsang Partners, LLC, its officers, directors, owners, members, agents, servants, employees, and attorneys enjoining and restraining the defendant Linsang Partners, LLC, its officers, directors, owners, members, agents, servants, employees, and attorneys from selling, transferring, assigning, encumbering, pledging, conveying or otherwise hypothecating its shares or stock in LMIC, Inc. and LMIC Manufacturing, Inc.,

1

and the notes and stock identified in the amended complaint, until the further Order of this Court.

2.      That the temporary restraining order ("TRO") issued as set forth above in paragraph 1 be continued beyond ten (10) days from date of issuance until and through July 21, 2004, which extension and expiration date was consented thereto to being extended by the attorney for Linsang at the hearing before the Court on March 8, 2004 and continued thereafter by agreement of the parties..

3.      That Plaintiff may apply to this Court for such and further Orders or Relief after the taking of the aforementioned F.R.Civ.P. 69 deposition or the expiration of the TRO entered in this case against Linsang.


Entered: June     , 2004                By the Court


                                        _____