UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WXIII/FAR YALE GEN-PAR, LLC
    Plaintiff

V.                                                                     CIVIL NO. 04-10372 RCL

LINSANG PARTNERS, L.LC
LMIC, INC.
LMIC MANUFACTURING, INC.
    Defendants

## NOTICE OF HEARING

ALEXANDER, U.S.M.J.

    PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **hearing** on the Reach and Apply Defendants' *"Motion to Dismiss"* (docket #14) at **11:15 a.m.** on **Thursday, November 4, 2004,** before Judge Joyce London Alexander in Courtroom #24, 7th floor, United States Courthouse, One Courthouse Way, Boston, MA 02210.

                                               HONORABLE JOYCE LONDON ALEXANDER
                                               UNITED STATES MAGISTRATE JUDGE

                                               By the Court:

<u>October 28, 2004</u>                    /S/ Rex Brown
Date                               (617) 748-9238

Notice to:    Alvin s. Nathanson, Esq.
                    *Via electronic filing*
                  Courtney E. Mayo, Esq.
                  *Via electronic filing*
                  David W. Fanikos, Esq.
                  *Via electronic filing*
                  Joseph L. Demeo, Esq.
                  *Via electronic filing*