UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WXIII/FAR YALE GEN-PAR, LLC, as<br>General Partner of WXIII/FAR YALE<br>REAL ESTATE LIMITED<br>PARTNERSHIP,<br>　　　　　　Plaintiff<br><br>VS.<br><br>LINSANG PARTNERS, LLC.;<br>　　　　　　Defendant<br>and<br>LMIC, INC. and LMIC<br>MANUFACTURING, INC.,<br>　　　Reach and apply Defendants | DOCKET # 04CV10372 RCL |

## OBJECTION OF THE PLAINTIFF TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON REACH AND APPLY DEFENDANTS' MOTION TO DISMISS PURSUANT TO F.R.CIV. 12(B)(2)

Now comes the plaintiff in the above-entitled case and hereby objects to the Magistrate Judge's Report And Recommendation On Reach And Apply Defendants' Motion To Dismiss, and submits the following as reason therefor.

At the oral argument before the Magistrate Judge, plaintiff argued that the reach and apply defendants ("LMIC") were amenable to personal jurisdiction since they filed a registration statement with the SEC relative to a stock transaction involving the sale of securities which was posted on the internet, and also used an internet website to advertise their services throughout the entire country, and the sale of their stock to solicit business from interested customers and the purchase of its stock from investors. Copies of pertinent pages from the internet website of LMIC are attached hereto, which were referenced during the argument on this motion before the Magistrate Judge. In addition to advertising its services and the sale of its stock, the website of

1

LMIC provided access to a potential customer with information as to its services and capabilities, and investor information about LMIC and its stock[1]. The website provided an "investor kit" for potential investors, and also furnished information for contact information as to "careers." In addition, the website provided contact information about LMIC including a mailing address, telephone number, facsimile number and an email number of LMIC and even directions to its offices. In fact, the LMIC web site provided access to a database. that provided proprietary and confidential information about LMIC.

At issue in the motion to dismiss was whether the advertising and solicitation of business and the sale of stock over the internet by LMIC (including the SEC filing) constitutes transacting of business in order to make LMIC amendable to personal jurisdiction in this case.

Advertising on the internet has been held by itself to constitute doing of business in a state for purposes of exercising personal jurisdiction over an internet advertiser. *Inset Systems, Inc. v. Instruction Set*, 937 F. Supp. 161, 165 (D. Conn., 1996)(defendant's posting of a website and maintaining a toll free telephone number constituted doing business because "unlike television and radio advertising, the advertising is available continuously to any Internet user."). See also *Maritz, Inc. v. Cybergold, Inc.*, 947 F. Supp. 1328, 1333 (ED MO., 1996) where the Court stated, "With CyberGold's website, CyberGold automatically and indiscriminately responds to each and every internet user who accesses its website. Through its website, CyberGold has consciously decided to transmit advertising information to all internet users, knowing that such information will be transmitted globally. Thus, CyberGold's contacts are of such a quality and nature, albeit a very new quality and nature for personal jurisdiction jurisprudence, that they favor the exercise of personal jurisdiction." In the case of *Edias*

---

[1] The website contained quarterly financial reports, the contracts awarded LMIC, the resumes of its principals, the

*Software International, LL, et als. V. Basis International, Ltd.*, 947 F. Supp. 413, 420 (D. Ariz., 1996), the Court stated that "Unlike communications by mail or telephone, messages sent through computers are available to the recipient and anyone else who may be watching. Thus, while modern technology has made nationwide commercial transactions simpler and more feasible, even for small businesses, it must broaden correspondingly the permissible scope of jurisdiction exercisable by the courts."

Similarly, the Court in *Tom Thompson v. Handa Lopez, Inc.*, 988 F. Supp. 738, 742 (WD Tex., 1998) found personal jurisdiction where defendant directed advertising towards all states, since "The internet is designed to communicate with people in every state." Also, see *Telco Communications Group, Inc. v. An Apple a Day, Inc.*, 977 F. Supp. 404 (ED VA., 1997) where the Court held that the Virginia long arm statute permitted personal jurisdiction over a defendant engaged in conducting advertising over the internet since the posting of a website advertisement constituted a persistent course of conduct. Likewise, in the case of *International Star Registry of Illinois v. Bowman-Haight Ventures, Inc.*, 1999 U.S. Dist. LWXIA 7009 (ND. Ill., 1999), the Court found personal jurisdiction since "BHV's web site invites inquiries from potential customers in Illinois."

In the case of *Dan Mieczkowski, et al. v. Masco Corporation*, 997 F. Supp. 782 (ED Tex., 1998), the Court held that certain uses of the internet provide the type of minimum contacts sufficient to permit a Court to exercise personal jurisdiction relying upon the case of *Zippo Mfg. Co. v. Zippo Dot Com, Inc.*, 952 F. Supp. 1119, 1124 (W.D.PA., 1997) discussing three areas into which the internet can be categorized. The Court categorized the first category as "those cases in which individuals enter into contracts with defendants by way of the Internet and

SEC annual report, and historical information as to the performance of its stock.

download, transmit, or exchange files. In these cases, the exercise of personal jurisdiction will almost always be proper." As to the second category, the Court stated are "those cases in which the defendant has done nothing more than advertise on the Internet" which are called "passive sites" and where "Courts have found that personal jurisdiction cannot be exercised."[2] As to the third category "one finds a Web site that allows a party to exchange information with a host computer....In these cases, whether personal jurisdiction can be exercised is determined by examining the level of interactivity, and commercial nature of the exchange of information." In that case, the Court found that the defendant's web site was more than a traditional advertisement, since it listed various categories through which interested persons can browse and provided customers with contact information as to the sale of its products.

In Massachusetts, the Court in *Digital Equipment Corporation v. Altavista Technologies, Inc.* 960 F. Supp. 456 (D. Mass., 1997), the Court held that the maintenance of a website can subject a defendant to personal jurisdiction in a foreign Court citing in part the cases cited above in this memorandum. In that case, the Court found that "ATI's web site, generally accessible twenty four hours a day and seven days a week to all Massachusetts residents who can access the web, plainly solicits business in Massachusetts. It also constitutes continuing contacts with this state insofar as ATI sells advertising space and software through the Web site to citizens of Massachusetts. When software is sold (or even given away so that users will visit the site) through the Web site, the software can be transmitted via the Internet directly to a computer located in Massachusetts; as such, it plainly comprises doing business here."

---

[2] However, see *Telco Communications v. An Apple a Day*, 977 F. Supp 404 (ED VA., 1997) where the Court held that defendants were subject to personal jurisdiction in Virginia for posting allegedly defamatory press releases regarding plaintiff on a passive internet web site.

In the case at bar, an examination of the LMIC website shows that it is not a "passive" website that merely advertises on the internet. On the contrary, it is a website that solicits business and the purchase of stock along with information about career opportunities with LMIC for which a potential customer, investor or employee was given contact information to access LMIC and respond thereto. Clearly, the LMIC website was intended to solicit business and the purchase of stock over the internet through "investor relations.", which web site was available to any user of the internet in Massachusetts. Such activities constitute transacting or doing business in Massachusetts which makes LMIC amenable to personal jurisdiction. As stated by the Court in *Intech, Inc. v. Triple "C" Marine Salvage, Inc.,* 61 Mass. App. Ct. 537 (2004), "It was observed more than a quarter century ago that modern technology has taken us far beyond the point where two men must stand in each other's physical presence to transact business. Widespread use of the telephone and the mails makes actual physical presence unnecessary in many cases. Certainly the influence of technology in the balance has not waned in the intervening time." The statement of the Court in *California Software, Inc. v. Reliability Research,* 631 F. Supp. 1356, 1363 (CD Cal., 1986) is most appropriate:

> Unlike communications by mail or telephone, messages sent through computers are available to the recipient and anyone else who may be watching. Thus, while modern technology has made nationwide commercial transactions simpler and more feasible, even for small businesses, it must broaden correspondingly the permissible scope of jurisdiction exercisable by the courts.

See also *Digital Equipment Corporation v. Altavista Technologies, Inc., Id., 461,* where Judge Gertner stated that "The Internet has no territorial boundaries. To paraphrase Gertrude Stein, as far the Internet is concerned, not only is there perhaps 'no there there', the 'there' is everywhere where there is Internet access. When business is transacted over a computer network via a Web-



LMIC is a Minority Supplier Enterprise certified by MD/DC MSD

© LMIC, Inc. 2004. All rights reserved. Portions of this web site r
contain material subject to third-party rights. Legal Notices / Term





LMIC's
Capabiliti

PRODUCTION
HIGHLIGHTS

LMIC, Inc. is ISO 9001 certified for the design, manufacture, and service of electronic equipment. We offer a full range of integrated design, manufacturing, and post-production services to provide swift and smooth transitions from concept to product to market:

**Design Realization.** Design and prototyping services, supported by engineering, quality, materials, and approvals. By engaging early to integrate manufacturing and test strategies with function, feature, and cost requirements, we bring clarity to your ideas, transform ideas into repeatable prototypes, and enable rapid transition to Quality Volume Production. Learn more about LMIC's Design Realization services.

**Quality Volume Production (QVP).** Production management, turnkey solutions, PWB assembly and test, box build, system integration, optical assembly, splicing and test, and electronic & mechanical assembly. Whether you require board level assemblies, configure-to-order systems, customized manufacturing processes, or volume production, we provide efficient, traceable, and scalable manufacturing systems to ensure timely and predictable fulfillment of your customers' requirements. Learn more about LMIC's QVP services.

**Product Integrity Services.** Order fulfillment, EF&I, Field Services, Asset Management, and RMA Services. Fulfilling our commitment to provide complete turnkey solutions and to ensure continuing product integrity and customer satisfaction, we can deliver, install, integrate, and update your products where, when, and how your market demands. Learn more about LMIC's Product Integrity services.

With over 135,000 square feet of world-class facilities in the Mid-Atlantic technology region, LMIC is prepared to deliver the resources, systems, and experience you need, combined with the agility, innovation, and responsiveness you demand:

- Agile Anywhere Configuration and Product Data Management

**LMIC can deliv
what you need with t
efficiency you deman**



- Automated Data Collection & Warehousing
- Automated Test and Quality Tracking
- Burn-In Facilities, over 50 Degrees C.
- Class 10,000 Clean Facilities/ Class 100 Space
- Comprehensive Test Capabilities
- Electronic Shop-Floor Tracking Systems
- Engineering Expertise—component, design, electrical, mechanical, PWB, quality assurance, software, test
- ESD Controlled, Secure Facilities
- Integrated Information Systems
- ISO 9001 Certification
- Leading-Edge SMT, Optical Splicing, and Test Equipment
- Mapics Pointman ERP System
- Powerful Design and PWB Layout Tools
- Rapid Prototyping Facilities
- Shop Floors with -48V DC Power Bus
- Supply-Chain Management
- Web-Based Customer Collaboration Tools
- Web-Enabled Transactions







| Home | Capabilities | History | RapidInfo™ Login | Investor Relations | Careers | Contact Us |

LMIC is a Minority Supplier Enterprise certified by MD/DC MSDC

© LMIC, Inc. 2004. All rights reserved. Portions of this web site may contain material subject to third-party rights. Legal Notices / Terms of Use



For more information about the RapidInfo™ system, <u>click here.</u>

**Security Confirmation**
If you access this system, you will have access to information that is proprietary and confidential to LMIC, Inc. or to one or more of its customers. As a condition to your having access to this information, you must agree to the following:

1. You represent and warrant that you are authorized to access the database and will view and use information only as appropriate to fulfill the scope of your responsibilities to, and only for the benefit of, LMIC, Inc.

2. You agree that you will not disclose or use, or cause or authorize the disclosure or use of, any information in any manner that is inconsistent with any confidentiality or fiduciary obligations you may have to LMIC, Inc. or the customer to which the information pertains.





**Sharing inform**
between LMIC, its cu
and its suppliers



| Home | Capabilities | History | RapidInfo™ Login | | Investor Relations | Careers | | Contact Us |



LMIC is a Minority Supplier Enterprise certified by MD/DC MSDC

© LMIC, Inc. 2004. All rights reserved. Portions of this web site may contain material subject to third-party rights. Legal Notices / Terms of Use



**LMIC** ELECTRONICS MANUFACTURING & DESIGN SERVICES

| | | |
|---|---|---|
| ☼ | Quality. | Capabilities |
| | | History |
| ⚒ | Accountability. | RapidInfo™ Login |
| | | ▸ Investor Relations |
| ▢ | Flexibility. | Careers |
| | | Contact Us |

PRODUCTION HIGHLIGHTS

# Investor Relations

**Investor Relations Home**

### Profile

LMIC provides integrated design, manufacturing and post-production services to small- and mid-sized electronic original equipment manufacturers (OEMs). The company operates an 85,000 square foot, state-of-the-art manufacturing facility in Beltsville, Md. The company's customers include networking, telecommunications, defense electronics, industrial controls, and medical technology organizations, both private and public. ... More >>

### Stock Quote

11/03/04 4:00 p.m. ET

**LMII.OB (Common Stock)**   Exchange: OTC BB (US Dollar)

| | | Change | - 0.05 |
|---|---|---|---|
| Price | **$0.45** | | |
| | | % Change | 10.00% |

Minimum 20 minute delay
Refresh quote

### Recent News                                  More >>

| Date | Title | |
|---|---|---|
| 08/18/04 | LMIC Reports Second Quarter and Six-Month Results | 🖨 |
| 07/21/04 | LMIC Awarded Contract for $17 Million | 🖨 |
| 07/12/04 | Kwok Li Assumes Role of CEO of LMIC | 🖨 |
| 04/30/04 | LMIC INC Files SEC form 10KSB/A, Annual Report | 🖨 |

### Sub-Menu:

- ▸ Company Overview
- ▸ Annual Reports
- ▸ Fact Sheet
- ▸ SEC Filings
- ▸ Directors and Officers
- ▸ Event Calendar
- ▸ Stock Quote
- ▸ Advanced Fundamentals
- ▸ Stock Chart
- ▸ E-Mail Alerts
- ▸ News Releases
- ▸ Investor Kit

### Contact Information

LMIC INC Files SEC form 10KSB/A, Annual Report

30-Apr-2004

## Annual Report

### ITEM 11. SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATTERS.

PRINCIPAL STOCKHOLDERS AND HOLDINGS OF MANAGEMENT

The following table sets forth certain information as of March 31, 2004, regarding (i) each person known by the Company to be the beneficial owner of more than 5% of the outstanding shares of Common Stock, (ii) each director, and named executive officer of the Company, (iii) all officers and directors as a group.

For a description of certain transactions between us and the persons listed in this table, see the section of this Prospectus entitled "Board of Directors and Management Team - Certain Relationships and Transactions."

| NAME | NUMBER OF SHARES BENEFICIALLY OWNED (1) | APPROXIMATE PERCENTAGE OF COMMON STOCK (2) |
|---|---|---|
| Ajit K. Medhekar (3)<br>c/o LMIC, Inc.<br>6435 Virginia Manor Road<br>Beltsville, MD 20705 | 66,667 | * |
| Kwok Li (3), (4), (5)<br>c/o LMIC, Inc.<br>6435 Virginia Manor Road<br>Beltsville, MD 20705 | 7,193,248 | 40.26% |
| Linsang Partners, LLC (4)<br>Post Office Box 0039<br>Beltsville, MD 20704<br>Kwok Li, Owner | 5,317,787 | 29.97% |
| Linsang International, L.P. (5)<br>Post Office Box 0039<br>Beltsville, MD 20704<br>Hyla Holdings, LLC<br>Kwok Li, Chairman | 1,875,461 | 10.29% |
| Luis Negrete (3)<br>c/o LMIC, Inc. | 213,132 | * |

6435 Virginia Manor Road
Beltsville, MD 20705


Barton Y. Shigemura (3)


| c/o LMIC, Inc. | | |
|---|---|---|
| 6435 Virginia Manor Road | 0 | * |
| Beltsville, MD 20705 | | |


John Lambert (3)


| c/o LMIC, Inc. | 29,174 | * |

6435 Virginia Manor Road Beltsville, MD 20705


| All officers and directors as a group, (10 individuals) | 7,502,221 | 42% |

-

* less than 1%.


(1) Pursuant to the rules of the Securities and Exchange Commission, a person is deemed to "beneficially own" shares of common stock over which the person has or shares investment or voting power, or has the right to acquire such power within 60 days.

(2) The percentage of common stock owned is calculated based on the number of shares of common stock outstanding, plus in the case of each person the number of shares of common stock issuable only to such person upon the exercise of options or warrants and the conversion of convertible debt securities.

(3) Officer or director.

(4) Kwok Li is the managing member of Linsang Partners, LLC and may be deemed to share voting and investment control of the shares directly owned by Linsang Partners, LLC.

(5) Hyla Holdings, LLC is the general partner of Linsang International, L.P. and may be deemed to share voting and investment control of the shares directly owned by Linsang International, L.P. As the sole member of Hyla holdings, LLC, Felice Li (the wife of Kwok Li) may be deemed to share voting and investment control of the shares directly owned by Linsang International, L.P. and that may be deemed to be indirectly owned by Hyla Holdings, LLC.

"Safe Harbor" Statement under the Private Securities Litigation Reform Act of 1995: Statements in this press release regarding LMIC INC's business which are not historical facts are "forward-looking statements" that involve risks and uncertainties. For a discussion of such risks and uncertainties, which could cause actual results to differ from those contained in the forward-looking statements, see "Risk Factors" in the Company's Annual Report or Form 10-K for the most recently ended fiscal year.

**LMIC Reports Second Quarter and Six-Month Results**

BELTSVILLE, Md., Aug 18, 2004 (BUSINESS WIRE) -- LMIC, Inc. (OTCBB:LMII) today reported results for the second quarter ended June 30, 2004.

"During the first half of 2004 we completed our transition to an independent, contract electronics manufacturer, from a provider of services to affiliated companies on a captive in-house basis," stated Kwok Li, chairman and chief executive officer of LMIC. "As evidence of our progress, we recently announced a contract for $17.0 million with TNCI UK, Ltd. Additionally, we are working on several important early-stage design and prototyping projects, which may evolve into volume production electronics manufacturing contracts."

Mr. Li continued, "Our business pipeline for the second half of 2004 is stronger than ever. We currently have more than $20 million in sales orders expected to be completed and shipped during the next 16 months, and we expect to make continued progress towards profitability in 2005. As we ramp up our outside sales efforts, LMIC is becoming recognized for our integrated design, manufacturing and post-production services, which clearly differentiate us from other small- and mid-sized electronics manufacturers."

Revenue for the three months ended June 30, 2004 was $1.5 million, compared to $899,000 for the three months ended June 30, 2003. Results for the second quarter of 2004 reflect an increase and diversification of the customer base, offset by the company's decision to discontinue services with affiliated companies, which accounted for $450,000 in the second quarter of 2003. Net loss for the second quarter was $2.2 million, or $0.12 per basic share, versus $1.2 million, or $0.15 per basic share, for the same period last year. The increase in net loss resulted largely from an increase in payroll, professional, accounting, and other expenses related to the company's transition from a captive manufacturer to a publicly traded independent contract electronics manufacturer.

Revenue for the six months ended June 30, 2004 was $2.9 million, compared to $2.8 million for the six months ended June 30, 2003. Results for the first half of 2004 reflect an increase and diversification of the customer base, offset by the company's decision to discontinue services with affiliated companies, which accounted for $950,000 in the second quarter of 2003. Net loss for the six months was $4.2 million, or $0.26 per basic share, versus $2.5 million, or $0.34 per basic share, for the same period last year. The increase in net loss resulted largely from an increase in payroll, professional, accounting, and other expenses related to the company's transition from a captive manufacturer to a publicly traded independent contract electronics manufacturer.

About LMIC

LMIC provides integrated design, manufacturing and post-production services to small- and mid-sized electronic original equipment manufacturers (OEMs). The company operates an 85,000 square foot, state-of-the-art manufacturing facility in Beltsville, Md. The company's customers include networking, telecommunications, defense electronics, industrial controls, and medical technology organizations, both private and public.

The company also offers a unique and integrated information management system, which enables advanced product tracking and quality control to LMIC's customers. LMIC is certified as a Minority Business Entity by the Maryland/DC Minority Supplier Development Council, which facilitates government contracting and subcontracting activities.

Forward-Looking Statements:

This document includes forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. All statements regarding LMIC, Inc. and its subsidiaries' and affiliates' (collectively, the "Company) expected future financial position, results of operations, cash flows, financing plans, business strategy, products and services, competitive positions, growth opportunities, plans and objectives of management for future operations, as well as statements that include words such as "anticipate," "if," "believe," "plan," "estimate," "expect," "intend," "may," "could," "should," "will," and

other similar expressions are forward-looking statements. Such forward-looking statements are inherently uncertain, and readers must recognize that actual results may differ materially from the Company's expectations. The Company does not undertake a duty to update such forward-looking statements. Factors that may cause actual results to differ materially from those in the forward-looking statements include the Company's ability to fund its operations, the Company's ability to obtain waivers of existing defaults under its debt documents, actions of the Company's competitors, and changes in general economic conditions. Many of these factors are outside of the Company's control.

(tables follow)

### CONSOLIDATED BALANCE SHEETS

|  | June 30, 2004 | December 31, 2003 |
|---|---|---|
|  | (Unaudited) |  |
| **ASSETS** |  |  |
|  |  |  |
| **Current Assets** |  |  |
| Cash and cash equivalents | $    156,472 | $    10,480 |
| Accounts receivable, less allowance for doubtful accounts ($33,452 at June 30, 2004 and $46,161 at December 31, 2003) | 916,243 | 673,723 |
| Inventories | 1,498,738 | 839,446 |
| Prepaid and other current assets | 408,537 | 375,000 |
| Total current assets | 2,979,990 | 1,398,649 |
| Property and equipment, net | 4,015,445 | 4,555,436 |
| **Other Assets** |  |  |
| Restricted cash in escrow account | 4,980,000 | -- |
| Deferred financing costs, net | 70,998 | -- |
| Total other assets | 5,050,998 | -- |
| Total assets | $ 12,046,433 | $ 6,454,085 |

### LIABILITIES AND STOCKHOLDERS' EQUITY (DEFICIENCY)

|  |  |  |
|---|---|---|
| **Current Liabilities** |  |  |
| Current portion of long-term debt | $  2,822,468 | $ 3,296,587 |
| Accounts payable | 2,292,416 | 2,479,419 |
| Accrued expenses and other current liabilities | 846,369 | 1,045,338 |
| Convertible promissory notes | 2,035,000 | 3,951,978 |
| Loan payable - related parties | 510,752 | 560,757 |

|  |  |  |
|---|---|---|
|  | ------------ | ------------ |
| Total current liabilities | 8,507,005 | 11,334,079 |
|  | ------------ | ------------ |

Other Liabilities

| Long-term debt, less current portion | 153,145 | 440,312 |
|---|---|---|
| Convertible promissory notes | 100,000 | 400,000 |
| Convertible debentures, net of discount | 4,938,878 | -- |
| Deferred occupancy cost | 436,515 | 382,426 |
|  | ------------ | ------------ |
| Total other liabilities | 5,628,538 | 1,222,738 |
|  | ------------ | ------------ |
| Total liabilities | 14,135,543 | 12,556,817 |
|  | ------------ | ------------ |

Commitments and contingencies

Stockholders' Equity (Deficiency)

| Common stock, $.001 par value; 100,000,000 shares authorized; 17,905,856 shares in 2004 and 12,126,533 shares in 2003 issued and outstanding | 17,906 | 12,127 |
|---|---|---|
| Warrants | 30,217 | -- |
| Additional paid-in capital | 24,818,277 | 16,606,912 |
| Retained earnings (deficit) | (26,955,510) | (22,721,771) |
|  | ------------ | ------------ |
| Total stockholders' equity (deficiency) | (2,089,110) | (6,102,732) |
|  | ------------ | ------------ |
| Total liabilities and stockholders' equity (deficiency) | $ 12,046,433 | $ 6,454,085 |
|  | ============ | ============ |

CONSOLIDATED STATEMENTS OF OPERATIONS

Three and Six Months Ended June 30, 2004 (Unaudited)

and 2003 (Unaudited)

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2004 | 2003 | 2004 | 2003 |
| | ------------ | ------------ | ------------ | ------------ |
| Net sales | $ 1,525,926 | $ 899,112 | $ 2,907,223 | $ 2,815,146 |
| Cost of sales | 2,443,797 | 1,337,751 | 4,628,350 | 3,507,726 |
| | ------------ | ------------ | ------------ | ------------ |
| Gross loss | (917,871) | (438,639) | (1,721,127) | (692,580) |

| | | | | |
|---|---|---|---|---|
| Selling, general and administrative expenses | 1,171,741 | 724,224 | 2,330,333 | 1,627,626 |
| Operating loss | (2,089,612) | (1,162,863) | (4,051,460) | (2,302,026) |
| Other income (expenses) | | | | |
| Interest and other debt expense, net | (148,325) | (143,618) | (300,745) | (269,606) |
| Rental and other income | 65,103 | 92,642 | 118,467 | 88,730 |
| Total other income (expenses) | (83,222) | (50,976) | (182,278) | (180,876) |
| Loss before income taxes | (2,172,835) | (1,213,839) | (4,233,739) | (2,501,082) |
| Income taxes (benefit) | -- | -- | -- | -- |
| Net loss | (2,172,835) | (1,213,839) | (4,233,739) | (2,501,082) |
| Retained earnings (deficit) - beginning | (24,782,675) | (18,305,441) | (22,721,771) | (17,018,198) |
| Retained earnings (deficit) - end | $(26,955,510) | $(19,519,280) | $(26,955,510) | $(19,519,280) |
| Net loss per common share | | | | |
| Basic | $ (0.12) | $ (0.15) | $ (0.26) | $ (0.34) |
| Diluted | $ (0.11) | $ (0.15) | $ (0.23) | $ (0.33) |

SOURCE: LMIC, Inc.

LMIC, Inc.
Mary-Faith Boyer, 240-264-8341
www.lmicinc.com
or
Lippert/Heilshorn & Associates
Investor Relations:
David K. Waldman/Jody Burfening
212-838-3777
dwaldman@lhai.com


Customize your Business Wire news & multimedia to match your needs.
Get breaking news from companies and organizations worldwide.
Logon for FREE today at www.BusinessWire.com.


"Safe Harbor" Statement under the Private Securities Litigation Reform Act of 1995: Statements in this press release regarding LMIC INC's business which are not historical facts are "forward-looking statements" that involve risks and uncertainties. For a discussion of such risks and uncertainties, which could cause actual results to differ from those contained in the forward-looking statements, see "Risk Factors" in the Company's Annual Report or Form 10-K for the most recently ended fiscal year.



**Stock Quote**

Stock Quote | Stock Chart | Historical Price Lookup

**LMII.OB (Common Stock)**

| | |
|---|---|
| Exchange | OTC BB (US Dollar) |
| **Price** | **$0.45** |
| Change (%) | 0.00 (0.00%) |
| Volume | 0 |
| Today's Open | $0.00 |
| Previous Close | $0.45 |
| Intraday High | $0.00 |
| Intraday Low | $0.00 |
| 52 Week High | $3.00 |
| 52 Week Low | $0.35 |

Data as of 11/03/04 4:00 p.m. ET
Minimum 20 minute delay
Refresh quote



Replication or redistribution of EDGAR Online, Inc. content is
expressly prohibited without the prior written consent of EDGAR
Online, Inc. EDGAR Online, Inc. shall not be liable for any errors or
delays in the content, or for any actions taken in reliance thereon.

Minimum 20 minutes delayed



LMIC is a Minority Supplier Enterprise certified by MD/DC MSDC

© LMIC, Inc. 2004. All rights reserved. Portions of this web site may contain material subject to third-party rights. Legal Notices / Terms of Use



# Form SB-2/A

## LMIC INC - LMII.OB
Filed: August 23, 2004 (period: )

Pre-effective amendment to an SB-2 filing



**Phone**

**Fax**

**E-mail\***

**Questions / Comments**

| Home | Capabilities | History | RapidInfo™ Login | Investor Relations | Careers | Contact Us |

LMIC is a Minority Supplier Enterprise certified by MD/DC MSDC
© LMIC, Inc. 2004. All rights reserved. Portions of this web site may contain material subject to third-party rights. Legal Notices / Terms of Use



# Investor Relations

**E-mail Alerts**

You may automatically receive LMIC INC financial information by e-mail. To choose your options for e-mail notification, please enter your e-mail address below and click Submit. The next page will display a menu of options.

To change your e-mail options at any time, re-enter your e-mail address and click Submit, then adjust your form entries.

Enter your e-mail address here:



## Sub-Menu:

- ▸ **Company Overview**
- ▸ Annual Reports
- ▸ Fact Sheet
- ▸ SEC Filings
- ▸ **Directors and Officers**
- ▸ Event Calendar
- ▸ Stock Quote
- ▸ Advanced Fundamentals
- ▸ Stock Chart
- ▸ E-Mail Alerts
- ▸ News Releases
- ▸ Investor Kit



LMIC is a Minority Supplier Enterprise certified by MD/DC
MSDC
© LMIC, Inc. 2004. All rights reserved. Portions of this web
site may contain material subject to third-party rights. Legal
Notices / Terms of Use



# ELECTRONICS MANUFACTURING & DESIGN SERVICES



**Quality.**

**Accountability.**

**Flexibility.**

 from CONCEPT to PRODUCT to MARKET

**Capabilities**
**History**
**Rapidinfo™ Login**
**Investor Relations**
**Careers**
**Contact Us**

LMIC is a leading provider of design, manufacturing and post-pro
services to innovative companies developing all forms of technolo
Highly trained professionals in combination with scalable, state-of
assembly processes that offer a wide range of advanced efficiencie
LMIC to create extremely sophisticated technologies with quality
reliability built into the entire product life-cycle. With the ability t
our services to any or all product life stages as well as to adapt to
customers' cost-management needs, LMIC offers complete and in
solutions that will allow you to fully realize the promise of your id
through a partnership designed for success.

**PRODUCTION
HIGHLIGHTS**

  

Case 1:04-cv-10372-RCL    Document 22    Filed 03/03/2005    Page 28 of 31

LMIC is a Minority Supplier Enterprise certified by MD/DC MSD

© LMIC, Inc. 2004. All rights reserved. Portions of this web site r
contain material subject to third-party rights. Legal Notices / Term

LMIC, Inc. - Electronics Manufacturing & Design Services    Case 1:04-cv-10372-RCL    Document 22    Filed 03/03/2005    Page 29 of 31

Page 1 of 3



For additional information about LMIC, Inc., please contact:

**LMIC, Inc.**
Business Development
6435 Virginia Manor Road
Beltsville, MD 20705
Phone: 240-264-8300
Fax: 240-264-8200 (f)
E-mail: pr@lmicinc.com
Please note: E-mail transmissions over the Internet may not be secure.
Please consider this before e-mailing any personal or confidential
information.

**Directions**
*From Baltimore*

- Start out going north on N. Calvert St/MD-2 N towards East
  Fayette St by turning left
- Turn left onto East Fayette Street
- Turn left onto St. Paul St/MD-2-S
- St. Paul St/MD-2 S becomes Light Street/MD-2 S
- Turn right onto East Lombard Street
- Turn left onto S Greene St/MD-295 S
- S. Greene St/MD-295 S becomes Russell St/MD-295 S
- Take the MD 197 exit, exit number 11, towards Bowie-Laurel
- Turn right onto MD-197 N/Laurel Bowie Rd.
- Turn left onto Contee Rd.
- Turn left onto Baltimore Avenue
- Turn Right onto Ritz Way
- Ritz Way becomes Virginia Manor Rd.
- Just after bend to left, 6435 Virginia Manor Road will be on
  your left. You will see the LMIC, Inc.sign on the front of the
  building

*From Baltimore Washington International Airport*

- Start out going Southeast on Friendship Rd. toward Hourly Parking by turning
- Right.Stay straight to go onto Departures
- Turn slight right onto Airport Exit
- Take I-195 W.
- Take MD-295 S/Balt/Wash Pkwy (exit number 2B) towards Washington
- Take MD 197 (exit number 11) towards Bowie-Laurel
- Turn right onto MD-197 N/Laurel Bowie Rd.
- Turn left on to Contee Rd.
- Turn left onto Baltimore Ave.
- Turn right onto Ritz Way
- Ritz Way becomes Virginia Manor Rd.
- Just after bend to left, 6435 Virginia Manor Road will be on your left. You will see the LMIC, Inc.sign on the front of the building.

*From Washington Dulles Airport*

- Start out going West on Dulles Airport Access Rd. toward Saarinen Circle by turning left
- Turn slight right onto Saarinen Circle
- Stay straight to go onto Dulles Airport Access Rd.
- Take the VA-267 E exit (exit 12-13-14) towards Reston
- Merge onto VA-267 E (portions toll)
- Take the I-495 exit (exit 18) towards Baltimore/Richmond
- Merge onto Capital Beltway
- Take the I-95 N exit (exit 27) towards Baltimore
- Keep left at the fork in the ramp
- Merge onto I-95 N
- Take the MD-212 exit (exit 29A-B) towards Beltsville/Calverton
- Keep right at the fork in the ramp
- Merge onto Powdermill Rd/MD-212
- Turn left onto Old Gunpowder Rd
- Turn right onto Ammendale Rd
- Ammendale Rd becomes Virginia Manor Rd
- 6435 Virginia Manor Road will be on your right.

*From Points North*

- New Jersey Turnpike
- New Jersey Turnpike becomes I-295 -S
- Take I-95 N exit towards Wilmington
- Take the I-95 S exit on the left
- Keep right at the fork in the ramp
- Merge onto I-95 S
- Take the I-95 S/Harbor Tunnel Thruway exit - (exit number 62) on the left towards Annapolis/Bay Bridge
- Merge onto Harbor Tunnel Thruway
- Take the MD-295 S/Balt/Wash Parkway exit - (exit number 4)

**Our representatives ;**

**waiting to hear from**



towards BWI Airport
- Merge onto MD-295 S
- Take the MD 197 exit - (exit number 11) towards Bowie-Laurel
- Turn Right onto MD-197 N/Laurel Bowie Rd
- Turn Left onto Contee Road
- Turn Left onto Baltimore Ave/US-1
- Turn right onto Ritz Way
- Ritz Way becomes Virginia Manor Road. You will see the LMIC, Inc. sign on the front of the building. We are on the left



LMIC is a Minority Supplier Enterprise certified by MD/DC MSDC

© LMIC, Inc. 2004. All rights reserved. Portions of this web site may contain material subject to third-party rights. Legal Notices / Terms of Use