UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WXIII/FAR YALE GEN-PAR, LLC, as )
General Partner of WXIII/FAR YALE )
REAL ESTATE LIMITED )
PARTNERSHIP, )
    Plaintiff )
)
VS. )    CA NO. 04CV10372 RCL
)
LINSANG PARTNERS, LLC.; )
    Defendant )
and )
LMIC, INC. and LMIC )
MANUFACTURING, INC., )
    Reach and apply Defendants )

## PLAINTIFF'S MOTION TO AMEND COMPLAINT UNDER F.R.C.P 15 (a) AND (d) BY SUBSTITUTING THE PLAINTIFF'S SUCCESSOR IN INTEREST AS THE PLAINTIFF PURSUANT TO F.R.C.P. 17(a)

Now comes the plaintiff WXIII/FAR Yale Real Estate Limited Partnership (herein "plaintiff") in the above-entitled matter and pursuant to F.R.C.P. 15(a) and (d) moves to amend its complaint by substituting LIFFEY 451 LLC (herein "Liffey") as the successor in interest or assignee of the subject Judgment, as the real party in interest pursuant to F.R.C.P. 17(a) in lieu of the named plaintiff.

As reason therefore, plaintiff states that subsequent to the commencement of suit in this case, plaintiff conveyed the subject property by a deed in lieu of foreclosure and otherwise assigned all of its rights to the underlying Judgment to Liffey. As a result thereof, Liffey is the current holder of the underlying Judgment and the claim against the defendant, and as such is the real and proper paper in interest

|  |  |
|---|---|
| March 3, 2005 | Plaintiff,<br>By its attorney,<br><br>_____<br>Alvin S. Nathanson<br>BBO # 367480<br>Nathanson & Goldberg, P.C.<br>Two Oliver Street<br>Boston, MA 02109<br>(617) 210-4800 |