UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WXIII/FAR YALE GEN-PAR, LLC, as General Partner of WXIII/FAR YALE REAL ESTATE LIMITED PARTNERSHIP,<br>    Plaintiff<br><br>VS.<br><br>LINSANG PARTNERS, LLC.;<br>    Defendant<br>and<br>LMIC, INC. and LMIC MANUFACTURING, INC.,<br>    Reach and apply Defendants | CA NO. 04CV10372 RCL |

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Courtney E. Mayo, co-counsel for the plaintiff, hereby certify that I have attempted, in good faith, on a number of occasions, to confer with opposing counsel to resolve the within matter by phone and by fax, and that counsel for the defendant has failed to get back to me regarding the same.

_____
Courtney E. Mayo