**Demeo & Associates, P.C.**
One Lewis Wharf
Boston, MA 02110

Telephone: 617-263-2600
Fax: 617-263-2300
Email: dfanikos@jdemeo.com

FILED
IN CLERKS OFFICE

2005 MAR -9  P 3: 45

U.S. DISTRICT COURT
DISTRICT OF MASS

March 7, 2005

*Via First Class Mail*
Lisa Hourihan, Courtroom Clerk
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

    Re:    *WXIII/FAR Yale Gen-Par, as General Partner of WXIII/FAR Yale Real Estate Limited Partnership v. Linsang Partners, LLC*
            Civil Action No. 04CV10372RCL

Dear Ms. Hourihan:

    This is to report to the Court that the Defendants assent to Plaintiff's motion to amend the complaint under Fed. R. Civ. P. 15(a) and (d) by substituting the Plaintiff's successor in interest as the Plaintiff pursuant to Fed. R. Civ. P. 17(a), filed by mail on March 4, 2005.

    I hereby certify that I served a copy of this letter on counsel for the Plaintiff by first class mail to Courtney E. Mayo, Esquire, of Nathanson & Goldberg, 2 Oliver Street, Boston, Massachusetts, 02109.

    Thank you for your attention to this matter. If you need to discuss this further, please call me.

                                      Very truly yours,

                                      David W. Fanikos

cc:    Courtney E. Mayo, Esq.
        Daniel Holmes, Esq.