UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 MAR 14 P 1:45

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| WXIII / FAR YALE GEN-PAR, LLC,<br>as General Partner of<br>WXIII / FAR YALE REAL ESTATE<br>LIMITED PARTNERSHIP,<br>         Plaintiff,<br><br>vs.<br><br>LINSANG PARTNERS, LLC,<br>         Defendant,<br>and<br>LMIC, Inc. and LMIC<br>MANUFACTURING, Inc.,<br>         Reach and Apply Defendants. | Docket No. 04-CV10372 RCL |

## DEFENDANTS' ASSENTED-TO MOTION TO ENLARGE THE PERIOD FOR SUBMISSION OF THEIR RESPONSE TO PLAINTIFF'S OBJECTION TO THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE ON REACH AND APPLY DEFENDANTS' MOTION TO DISMISS

Defendants hereby submit their Assented-to Motion to Enlarge the Period for Submission of their Response to Plaintiff's Objection to the Report and Recommendation of the Magistrate Judge on Reach and Apply Defendants' Motion to Dismiss an additional seven days, from March 14, 2005 to March 21, 2005. As grounds for their Motion, Defendants state they need the additional seven days to reasonably prepare and file their Response to Plaintiff's Objection to the Report and Recommendation of the Magistrate Judge on the Reach and Apply Defendants' Motion to Dismiss.

Pursuant to Local Rule 7.1, Defendants' counsel has consulted with Plaintiff's counsel regarding this Motion and Plaintiff has assented to this Motion.

WHEREFORE, the Defendants respectfully request the Court to allow this Motion and to enlarge the period for Defendants' to file their response to Plaintiff's Objection an additional seven days, to March 21, 2005.

Respectfully submitted,

LINSANG PARTNERS, LLC
By its attorneys,

/s/

Joseph L. Demeo, BBO# 561254
David W. Fanikos, BBO# 564303
Demeo & Associates, P.C.
One Lewis Wharf
Boston, Massachusetts 02110
(617) 263-2600

Dated: March 14, 2005

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON (EACH PARTY APPEARING PRO SE AND) THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND ) (BY TELECOPIER).

14/Mar/05

Date                    Signature