UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFFEY 451 LLC.<br>    Plaintiff<br><br>VS.<br><br>LINSANG PARTNERS, LLC.;<br>    Defendant<br>and<br>LMIC, INC. and LMIC<br>MANUFACTURING, INC.,<br>    Reach and apply Defendants | CA NO.04-CV10372 RCL |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO F.R.CIV.P. 56 AS TO DEFENDANT LINSANG PARTNERS, LLC.

Now comes the plaintiff in the above-entitled case and pursuant to F.R.Civ.P. 56(a) moves for the entry of a summary judgment in its favor against the defendant Linsang Partners, LLC. upon the grounds that there are no genuine issues of material fact and that Judgment must enter in its favor as a matter of law against the defendant Linsang Partners, LLC. In support thereof, plaintiff relies upon the complaint, as amended, the answer of defendant Linsang Partners, LLC, the Affidavit of Alvin S. Nathanson, and Plaintiff's Memorandum of Law In Support of Its Motion For Summary Judgment.

Attached hereto and incorporated herein pursuant to Local Rule 56.1 is a concise statement of material facts of record as to which the plaintiff contends there is no genuine issue of material fact to be tried.

### PLAINTIFF REQUESTS A HEARING ON THE WITHIN MOTION

Certification Under Local Rule 7.1(A)(2)

I, Alvin S. Nathanson, attorney for the plaintiff in the above entitled case hereby certify that I did confer with counsel for the defendant Linsang Partners, LLC in good faith to resolve or narrow the issues with respect to the within motion.

April 5, 2005                                              Alvin S. Nathanson

CERTIFICATE OF SERVICE

I, Alvin S. Nathanson, the attorney for the plaintiff hereby certify that on April 5, 2005 I did serve a copy of the within motion for summary judgment and attachments upon defendant Linsang Partners, LLC by hand delivery to David Fanikos, Esquire, c/o Joseph Demeo and Associates, One Lewis Wharf, Boston, MA 02110.

April 5, 2005                                              Alvin S. Nathanson