UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFFEY 451, LLC.<br>    Plaintiff<br><br>VS.<br><br>LINSANG PARTNERS, LLC.;<br>    Defendant<br>and<br>LMIC, INC. and LMIC<br>MANUFACTURING, INC.,<br>    Reach and apply Defendants | CA NO.04CV10372 RCL |

## **AFFIDAVIT OF ALVIN S. NATHANSON**

I, Alvin S. Nathanson, after being duly sworn hereby depose as follows:

1. I am an attorney at law and was admitted to the bar of the Commonwealth of Massachusetts in November, 1966 where I am a member in good standing. I am also admitted to practice and a member in good standing before the US District Court for the District of Massachusetts, the US Court of Appeals for the First Circuit, the US Federal Claims Court, and the US Court of Appeals for the Federal Circuit. At all times material hereto, I was the litigation counsel for the plaintiff in the underlying suit brought by WXIII/FAR Yale Gen-Par, LLC ("Yale") against Linsang Partners, LLC. ("Linsang"), U.S. District Court for the District of Massachusetts, CA No. 02-10323RCL ('the underlying case").. At all times material hereto, I have also been the litigation counsel for the plaintiff in the case at bar.

2. In the underlying case, plaintiff recovered a Judgment against Linsang on or about

1

8. Attached hereto as Exhibit "E" are certain pages from the latest SB-2 filing of LMIC, Inc. filed with the SEC on February 15, 2005, which was taken by me from the web site of LMIC. According to that filing, Linsang Partners, LLC owns 5,317,788 shares or 28.7% in LMIC, Inc. According to the web site of LMIC, the price of its shares of common stock was $0.29 per share as of April 4, 2005.

9. On or about April 15, 2004, Yale conveyed the Fargo Building by a deed in lieu of foreclosure to Liffey 451 LLC ("Liffey"), an affiliate of the mortgagee bank Hypo Real Estate Capital Corporation. In connection with that transaction, Yale executed and delivered to Liffey an Assignment and Assumption of Leases. Liffey is now the holder of the Judgment and Execution obtained in the underlying case. (plaintiff's motion to amend to substitute Liffey as the party plaintiff).

Signed under the pains and penalties perjury this 5th day of April, 2005.

_____
Alvin S. Nathanson

December 8, 2003 in the amount of $2,077,153.19 and obtained an Execution from this Court, a copy of the Execution being attached to the First Amended Complaint. See also Exhibit "A" attached hereto. Despite demands made by the plaintiff, that execution was never satisfied in whole or in part.

3. In the underlying case, I did notice on or about February 20, 2004 a F.R.Civ.P.69 deposition of Linsang, which deposition was conducted at my office on April 7, 2004. Pursuant to a document request with the notice of deposition, defendant also produced certain documents prior to the deposition. At the deposition, defendant Linsang Partners, LLC designated Mr. Kwok-Li as its designee for that deposition, who testified on behalf of Linsang Partners, LLC. A copy of the deposition is attached hereto as Exhibit "B."

4. I conducted that deposition of Linsang Partners, LLC and attach a true and accurate copy of the deposition hereto. I do remember the testimony of Mr. Li given at that deposition. Mr. Li testified that he was the Chairman of Linsang and was responsible for the management of its business since its founding in 1997 to date hereof (deposition, p. 6).. He described the business of Linsang as that of investing in other companies. (deposition, p.6).

4. Mr. Li testified that other than some office furniture and equipment with a value of less than $50,000, the only assets of Linsang were the shares of stock owned by it and the notes payables as listed on deposition Exhibit 3 attached hereto.(deposition, pp. 18-19, 31). Mr. Li also stated that Linsang owns 5,317,787 shares in LMIC or 49.53 percent of the stock with an estimated value of about $2.00 a share.(deposition, p.21-22).

2

5. According to Mr. Li, all of the shares of stock and notes payable listed on deposition Exhibit 3, a copy of which is attached hereto as Exhibit "C", are pledged to JP Morgan Chase Bank to secure a note given by Linsang for a loan with an estimated balance due of about $40,000,000.(deposition, p. 23). Mr. Lit did testify that the aforementioned loan was in default, but that the bank had not taken action to sell the pledged shares and notes payables.(deposition, p. 105). He also testified that the loan to the bank had been reduced by the payment of a tax refund of about $25,000,000 that Linsang assigned to the bank. Mr. Li testified that Linsang was "working" with the bank to resolve this indebtedness. Other than the aforementioned note, the other current liabilities of Linsang according to Mr. Li were a settlement with other accounts of a "few million" and some bills payable of about $200,000.

6. According to Mr. Li, he testified that the money made in the past by Linsang was "put back" into the company in the form of reinvestments in other companies. Mr. Li also stated that he was optimistic that LMIC would succeed and that was the reason that the bank has not foreclosed on Linsang or LMIC.

7. Attached hereto, as Exhibit "D" are certain pages from the SB-2 filing of LMIC, Inc. filed on January 6, 2004 with the Securities and Exchange Commission. ("SEC"). According to that filing, Linsang owned 5,317,787 shares of LMIC or 49.53% of the common stock of LMIC. The proposed maximum offering price was $1.50 per share with the common stock being quoted on the OTC Bulletin Board on December 31, 2003 at the close bid price of $2.35 per share.