EXHIBIT
B

1                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS

2

3

4    WXIII/FAR YALE GEN-PAR, LLC, As    )
     general partner of WXIII/FAR       )
5    YALE REAL ESTATE LIMITED           )   C.A. NO.
     PARTNERSHIP,                       )   02-10323 RCL
6              Plaintiff,               )
                                        )
7    v.                                 )
                                        )
8    LINSANG PARTNERS, LLC,             )
               Defendant.               )

9

10

11   DEPOSITION OF KWOK-LEUNG LI, a deponent in the

12   above-entitled cause, taken before Susan Lozzi,

13   Shorthand Reporter and Notary Public in and for

14   Middlesex County, pursuant to the Federal Rules of

15   Civil Procedure, at the Law Offices of Nathanson

16   Goldberg, Two Oliver Street, Boston, Massachusetts,

17   on Wednesday, April 7, 2004, commencing at

18   10:48 a.m.

19

20

                    EYAL COURT REPORTING, INC.
21                  4 FANEUIL HALL MARKETPLACE
              SOUTH MARKET BUILDING - 4TH FLOOR
22                 BOSTON, MASSACHUSETTS 02109
                        (800) 322-3925

23

24

1    Q.  Who's talking?  Who are the people
2  that are doing the talking?
3    A.  Me and David Oliver and Mike Crisoito,
4  and they have two consultants that they have hired,
5  which is Ken Neil and Dick Backus.
6    Q.  Has the bank sent any auditors in to
7  audit your books and records?
8    A.  No.
9    Q.  Have you given them any tax returns?
10    A.  They have the same tax returns as you
11  have.
12    Q.  Have you made any payments to the bank
13  in the last year?
14    A.  Yes.
15    Q.  Other than the tax return.
16    A.  That's the only --
17    Q.  Tax refund.
18    A.  That's the only payment we have made.
19    Q.  Does the bank have any security other
20  than the pledged stock in your guarantee?
21    A.  Yes.
22    Q.  What other security do they have?
23    A.  My personal.
24    Q.  Your personal guarantee?

1    A.  Yes.
2    Q.  Well, I said your guarantee.  I mean,
3  other than that, do they have any other security?
4    A.  They have a second lien on my houses.
5    Q.  Anything else?
6    A.  That's the only thing I have.
7    Q.  Have they commenced foreclosure
8  procedures?
9    A.  No, they have not.
10    Q.  Do you receive any income from LMIC or
11  salary?
12    A.  No, I do not.
13    Q.  Compensation?
14    A.  I do not.
15    Q.  What is the income derived from LMIC
16  to pay its employees?  How do they get income?
17    A.  LMIC has their own business and they
18  have their own revenue and they pay their own
19  expenses and they raise their own money.
20    Q.  Now, in the -- you're aware of a SEC
21  filing that was made by LMIC?
22    A.  Absolutely.
23    Q.  And did you have any involvement with
24  that?

1    A.  I reviewed that.
2    Q.  And according to the SEC filing, as of
3  the date of -- that it was filed, if I read it
4  correctly, was January 6, 2004?
5    A.  Right.
6    Q.  So that all the statements in there as
7  of that date were true and accurate?
8    A.  Correct.
9    Q.  And you had to certify to that, too?
10    A.  Correct.
11    Q.  And they listed on page -- well,
12  there's no page here.  They list Linsang Partners as
13  being a 49.53 percent owner of the outstanding
14  shares of stock of LMIC?
15    A.  As of that date, correct.
16    Q.  As of that date.  And how much since
17  that date has it changed, if any?
18    A.  It has decreased significantly today.
19    Q.  To what?
20    A.  I do not have the actual number with
21  me, but the company is preparing a update of this
22  SB2 filing.  And in that filing, once it's filed,
23  the new number will be in there.
24    Q.  When is the new filing coming out?

1    A.  In a few days.
2    Q.  Now, has Linsang Partners, LLC, sold
3  any of its shares?
4    A.  No.
5    Q.  Now, if I understood this filing, it
6  was proposed how many shares of -- strike that.
7  How many shares were to be sold by Linsang Partners
8  pursuant to this offering or this SB filing?
9    A.  The answer to that is that first I
10  need to go into the definition of an SB2.  An SB2 is
11  called registration filing.  In securities, there
12  are unregistered securities and registered
13  securities.  The shares that Linsang Partners hold
14  today are unregistered securities.
15    What an SB2 does is allows certain
16  amount of securities to be registered for sale.  It
17  does not mean that the company has sold or intending
18  to sell.  It just, basically, remove the -- a
19  certain amount of legends inside the certificates.
20    What you also need to know is that as
21  a significant shareholders of LMIC, there are many
22  SEC rules that governs the sales of securities for
23  Linsang Partners.  They are covered inside a thing
24  called Rule 144.  Fundamentally is that, in essence,



Page 2

1 APPEARANCES:
2
3 LAW OFFICES OF NATHANSON & GOLDBERG
  Two Oliver Street
4 Boston, Massachusetts 02109
  (617) 210-4810
5 For the Plaintiff.
  BY: ALVIN S. NATHANSON, ESQ.
6
7 DEMEO & ASSOCIATES, P.C.
  One Lewis Wharf
8 Boston, Massachusetts 02110
  (617) 263-2600
9 For the Defendant.
  BY: DAVID W. FANIKOS, ESQ.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 3

1           INDEX
2
  EXAMINATION:        DIRECT
3 By Mr. Nathanson      4
4
5
          EXHIBITS
6 No.        Description        Page
  No. 1    Notice of Taking Rescheduled    8
7          Deposition under Rule 69 and
           Rule 30(B)(6) with a document
8          Request under Rule 34.
  No. 2    Notice of Taking Deposition     10
9          under Rule 60 and Rule 30(B)(6)
           with a document Request
10         under Rule 34.
  No. 3    Description of          18
11         Investment Property.
  No. 4A   Report of Independent    34
12         Accountant's on Applying
           Agreed-Upon Procedures on the
13         Consolidated Statement of Net Assets.
  No. 4B   Trial Balance Report     34
14         as of 3-26-03.
  No. 4C   Trial Balance Report     34
15         as of 12-31-02.
  No. 4D   Trial Balance Report     34
16         as of 12-31-01.
  No. 5    Three-page document     107
17         dated June 6, 2003.
  No. 6    Release of Pledge.      109
18
19         *** Original exhibits were
           retained by Mr. Nathanson ***
20
21
22
23
24

Page 4

1              P-R-O-C-E-E-D-I-N-G-S
2              MR. NATHANSON: Prior to proceeding
3 with the witness, this is a Rule 69 deposition and
4 also a Rule 30(b)(6) deposition, and I've given you
5 the caption of the case. Am I correct, Counsel?
6              MR. FANIKOS: Yes, sir.
7              KWOK-LEUNG LI, having been sworn
8 to tell the truth, testified as follows:
9 DIRECT EXAMINATION BY MR. NATHANSON:
10      Q.    Without any further adieu, sir, would
11 you state your full name and your residential
12 address.
13      A.    Yes. My full name is Kwok-Leung Li.
14 It's K-W-O-K L-E-U-N-G and last name is L-I.
15      Q.    And your residential address, sir?
16      A.    4814 Montgomery Lane, Bethesda,
17 Maryland, 20814.
18      Q.    And your social security number, sir?
19      A.    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.
20      Q.    And what is your occupation?
21      A.    I run businesses.
22      Q.    I'm sorry?
23      A.    I manage businesses.
24      Q.    Which businesses do you manage?

Page 5

1      A.    I manage Linsang Partners, which holds
2 a portfolio of companies.
3      Q.    Linsang Partners, LLC, is that the
4 company you're talking about?
5      A.    Yes, correct.
6      Q.    And you said that -- what was the rest
7 of your answer about it holds?
8      A.    Which invests in companies.
9      Q.    Which invests in companies?
10      A.    Yes.
11      Q.    Did I hear you correctly?
12      A.    Yes.
13      Q.    And are you appearing today as the
14 deponent that was selected by Linsang Partners,
15 Inc., pursuant to the deposition notice?
16      A.    Correct.
17      Q.    What at present is your position or
18 positions with Linsang Partners, LLC?
19      A.    I'm the chairman.
20      Q.    Do you hold any other position other
21 than chairman?
22      A.    No.
23      Q.    And how long have you been the
24 chairman of Linsang Partners, LLC?

1  what's now known as -- Linsang Manufacturing merged
2  with a company called Cheshire Distributor, which is
3  what's named in this document here. Document Five.
4  Okay?
5          In order for that merger to happen, I
6  have to release my shares of Linsang Manufacturing
7  to get it converted into LMIC shares and that's why
8  they're one and the same.
9          In order that I can release it, the
10 bank has to release it for me to do the conversion,
11 so this is done for that conversion purpose.
12         But the conversion purpose, basically,
13 said to me that I can convert it but then I cannot
14 sell it and then, fundamentally, after that it go
15 back into the pledge.
16         So this is a transitional document.
17 They allow us to do the transaction of merger
18 between Linsang Manufacturing and Cheshire
19 Distributor because the bank holds Linsang
20 Manufacturing shares, but I need to make the merger
21 happen and so this was what the merger allows it to
22 happen and that's why you have LMIC shares today and
23 not Linsang Manufacturing shares.
24         Q.  Who is Michael Crisoito?

1          A.  He's with CSFB.
2          Q.  What is he?
3          A.  He's the banker responsible for my
4  account from CSFB.
5          Q.  And who is David Oliver?
6          A.  He's the one who is responsible for
7  J.P. Morgan.
8          Q.  Now, where is the actual pledged
9  stock? Who holds the pledged stock?
10         A.  They hold the pledged stock.
11         Q.  "They" being?
12         A.  The lawyers. I believe Simpson
13 Thacher holds the pledged stock. I do not know
14 because we submit them to Simpson Thacher.
15         Q.  Who in Simpson Thacher?
16         A.  I don't have the name off my head,
17 unless it's here.
18         Q.  I didn't see it, either.
19         A.  We release it to Simpson Thacher and
20 Simpson Thacher takes it from there, so I do not
21 know where they are.
22         Q.  Again, has the bank -- either bank
23 sold the pledged stock?
24         A.  I really do not know.

1          Q.  Have you received any notices or
2  notifications that they have sold?
3          A.  We do not get bank statements anymore
4  from them or when we get bank statements, they're
5  incomplete. So we have been repeatedly asked that
6  question because accounting-wise I need to do tax
7  with them and I don't know.
8          Q.  Have you been negotiating or
9  discussing this matter with the bank as to what they
10 intend to do?
11         A.  Intending is something that I can't
12 represent in a meeting, in deposition, because an
13 intention is something that --
14         Q.  Well, what have you tried to do with
15 the banks about the pledged stock and the notes?
16         MR. FANIKOS:  Object.
17         A.  I don't believe that I have the right
18 to --
19         Q.  Well, have you done anything?
20         A.  I can't --
21         MR. FANIKOS:  Objection.
22         Q.  No.  Have you done anything to -- have
23 you negotiated with the bank or banks?
24         MR. FANIKOS:  Again, objection.

1          Q.  You have to answer even if he objects.
2          MR. FANIKOS:  You can answer it if you
3  understand it. That's fine.
4          Q.  When was the last time you contacted
5  the banks?
6          A.  We talk to the bank all the time
7  because I need to give them my progress reports and
8  my financials, so...
9          Q.  Well, what financials and progress
10 reports have you given them?
11         A.  Very little. But we talk and we tell
12 them how the companies are doing and --
13         Q.  When was the last time you gave the
14 bank a financial report?
15         A.  About over a year ago.
16         Q.  And what did you give them?
17         A.  I believe the same statements that you
18 have.
19         Q.  Are you sure or are you guessing?
20         A.  I'm guessing.
21         Q.  And how did you leave it with the
22 banks? Are you going to -- are you still going to
23 give them financial statements?
24         A.  We are talking.

Page 6

1   A.  Since the founding of the company.
2   Q.  And when was that?
3   A.  The exact date?
4   Q.  Approximately.
5   A.  I don't recall.  1997 or '98,
6  something like that.  I -- I can't recall the -- I
7  think.
8   Q.  What, briefly, are your duties and
9  functions as chairman of Linsang Partners, LLC?
10   A.  I direct the investments and I also
11 help the companies that we have invested in.
12   Q.  Anything else?  Any other duties and
13 functions?
14   A.  What would be the type of example
15 you're looking for?
16   Q.  Anything else that you do as chairman
17 of Linsang Partners, LLC, other than what you've
18 already testified to about directing investments?
19   A.  And helping the companies.  That's --
20 that's it.
21   Q.  Where is the address, present address
22 location of Linsang Partners, LLC?
23   A.  I rarely write the address.  It's on
24 Virginia Manor Road, but the --

Page 7

1   Q.  Virginia Manor, M-A-N-O-R, Road?
2   A.  Right.
3   Q.  Where's that?
4   A.  Beltsville, B-E-L-T-S-V-I-L-L-E,
5  Maryland.
6   Q.  And how long has Linsang been at that
7  address, Linsang Partners?
8   A.  Roughly, about a year.
9   Q.  Does Linsang Partners rent or lease
10 that space?
11   A.  Correct.
12   Q.  And from whom do they lease it?
13   A.  We sublease it from a company called
14 LMIC.
15   Q.  And does Linsang Partners pay rent?
16   A.  Yes, we do.
17   Q.  What do you pay per month?
18   A.  I do not recall the exact number.
19   Q.  Approximately.
20   A.  I do not have the number in my head.
21   Q.  Who is the person that's in charge of
22 the books and records of Linsang Partners, Inc.?
23   A.  Mary Smallwood.
24   Q.  What is her position?

Page 8

1   A.  She's a consultant to the company.  We
2  hire people to help in various functions in the
3  company.
4   Q.  But she doesn't work for the company?
5   A.  Linsang Partners has no employees.
6   Q.  Do you receive any salary or
7  compensation at present from Linsang Partners?
8   A.  Not for a long time.
9   Q.  Now, let me just digress and show you
10 the notice of taking of deposition and ask you to
11 look at that, sir.
12   MR. NATHANSON:  We'll make copies,
13 David, of all the exhibits after.
14   MR. FANIKOS:  I appreciate it.  Thank
15 you.
16   (Reviewing document.)
17   A.  Okay.
18   Q.  Have you examined the notice of
19 deposition that I've given to you?
20   A.  Yes, I have seen this.
21   MR. NATHANSON:  Let's have it marked,
22 first of all, as Exhibit One.
23   (Exhibit No. 1; so marked.)
24   Q.  Let me also show you the prior or

Page 9

1  predecessor notice and ask you whether you've seen
2  that one.
3   (Reviewing document.)
4   A.  I thought these are the same
5  documents.
6   Q.  They are except they're different
7  dates.
8   A.  So they're exactly the same.
9   Q.  They should be exactly the same except
10 for the different date for the taking -- different
11 dates for the service and taking of --
12   A.  I'm not aware of the fact that there
13 are two sets, but if they are the same, then they
14 are the same, yes.
15   Q.  Have you seen what I just handed you
16 prior to today?
17   A.  Prior to today?  The attachment
18 portion of it is new to me.  The front two pages are
19 things I know, yeah.  And part of this, I'm aware of
20 the list and --
21   Q.  Well, on the document I just handed
22 you, the first two pages are the notice of
23 deposition --
24   A.  The top two first pages are identical.

Page 106

1    Q.  Now, you also produced as part of a
2 document production a document or a couple documents
3 that I want you to identify.
4    A.  This is the -- one was preparation for
5 the tax return in which they are working on the tax
6 return to obtain the refund in which we are
7 guaranteeing them payment.
8        MR. NATHANSON:  So the first document,
9 let's have that marked one at a time as the next
10 document.
11    A.  Let's make sure that is exactly what
12 it is because there's so many different ones that
13 are similar.  This whole package represent the tax
14 return preparation.
15        (Reviewing document.)
16    A.  I don't know what the technical term
17 of this letter is, but this letter is exactly what
18 it said, is that in connection with the agreement
19 of -- because all I can do is read you the whole
20 thing because I don't know how to describe this
21 letter as of what type of letter it is.  Okay?  So I
22 will have to redo the whole thing.  In connection
23 with the Agreement and Plan of Reorganization, made
24 April 1, 2003, by and among Cheshire Distributors,

Page 107

1 Inc., Linsang Acquisition Corp., Linsang
2 Manufacturing, Inc., Laurus Master Fund, Ltd. and
3 Kwok-Leung Li (the 'Merger'), each of Kwok-Leung Li,
4 Felice Li and Linsang Partners agrees as follows,
5 and there's a whole list of things that we agreed
6 to.
7        MR. NATHANSON:  Let's have it marked.
8        (Exhibit No. 5; so marked.)
9    A.  The next one --
10    Q.  I haven't got to that next one yet.  I
11 want to ask you questions about Exhibit Five.  In
12 paragraph two, it says, Linsang agrees to execute
13 the following letter agreements with the Lenders and
14 the Collateral Agent.  Then it lists No. (i) the
15 Release.  What release are they talking about?
16    A.  Let's take a look.
17        (Reviewing document.)
18    A.  The release and this Letter Agreement
19 and to turn over to the Collateral Agent any
20 proceeds resulting from a sale of shares of Linsang
21 Manufacturing, Inc.  So if I sell any shares of
22 Linsang Manufacturing, Inc., the proceed goes to
23 them.
24    Q.  That's the release that's referenced?

Page 108

1    A.  Mh-hmm.
2    Q.  Well, it says the Release and this
3 Letter Agreement.  The Release is No. 1?
4    A.  The Release is a release document.
5    Q.  And this Letter Agreement and then --
6    A.  The Release means this document here
7 (indicating).
8    Q.  Or another document?
9    A.  Yes.
10    Q.  Okay.  I understand.
11    A.  Yes.
12    Q.  And show me the other document that
13 you're referencing when it says the Release.
14    A.  Release of pledge.  Release of Pledge
15 dated June 2003, among J.P. Morgan, Chase, as
16 Collateral Agent, in such capacity as Collateral
17 Agent.  Linsang Partners, the borrower and
18 Kwok-Leung, guarantor.  Capitalized terms not
19 otherwise defined herein shall have the meanings
20 ascribed to such terms in the Guarantee and
21 Collateral Agreement as defined below.
22    Q.  So that's the Release that's
23 referenced in Exhibit Five?
24    A.  Correct.

Page 109

1        MR. NATHANSON:  Let's have that marked
2 as Exhibit Six.
3        (Exhibit No. 6; so marked.)
4    Q.  Now, this Exhibit Six is a Release of
5 Pledge.
6    A.  Mh-hmm.
7    Q.  And it says, if I read it correctly,
8 "The Collateral Agent hereby acknowledges and agrees
9 that the pledge of the Released Stock pursuant to
10 the Collateral Agreement is hereby released."  What
11 stock are they talking about?
12    A.  We'll have to find the list of
13 whatever it is.  I think there's something in here.
14        (Reviewing document.)
15    A.  With my understanding that these two
16 documents work together, I believe that the pledge
17 stock is the Linsang Manufacturing stock.
18    Q.  Where does it say that in the
19 agreement?
20    A.  I do not know.  I am not a lawyer.
21 I'm not going to try to interpret this.  The thing
22 that I know and I am going to give you knowledge
23 about what happened in June.  In June 6 of 2003,
24 around June time frame, LMIC got acquired into

Page 10

1    Q.   You've got to let me finish my
2  question.  The first two pages of the document that
3  I just handed you --
4       A.   Yes.
5       Q.   -- are the notice of deposition.
6  Attached --
7       A.   Correct.
8       Q.   -- to it is a so-called document
9  request.
10      A.   Right.  I'm aware of the document
11  request list.
12      Q.   On both notices?
13      A.   Are they identical?
14      Q.   They should be.
15      A.   If they are identical, then they are
16  identical.  And I'm aware of the list of requests,
17  but I have not actually physically looked at the
18  list, itself.
19           MR. NATHANSON:  Let's have the second
20  one marked.
21           (Exhibit No. 2; so marked.)
22      Q.   Looking at now Exhibit One in front of
23  you, --
24      A.   Yes.

Page 11

1    Q.   -- which based on my representation
2  has the document request.
3       A.   Correct.
4       Q.   That's the same as Exhibit No. 2.
5       A.   Correct.
6       Q.   You said you've seen that before?
7       A.   Correct.
8       Q.   When was the first time you saw the
9  document request that's attached to Exhibit No. 1?
10      A.   I do not recall.
11      Q.   Do you have a judgment or an estimate
12  as to when it was?
13      A.   No.
14      Q.   A few weeks ago?
15      A.   No.  When we started preparing the
16  documents.  This is a while ago.
17      Q.   When did you start preparing the
18  documents?
19      A.   I really do not know.
20      Q.   Well, give me your best judgment or
21  estimate.
22           MR. FANIKOS:  March, February.  I
23  can't answer for you.
24      A.   I know that, but I really don't

Page 12

1  recall.  I really -- to me, life has been so hard.
2  I just can't recall when things happened.
3       Q.   Well, maybe looking at the deposition
4  notice and notices, you'll see that this was -- the
5  first Exhibit Two is February 20th and Exhibit No. 1
6  is March 30th.
7       A.   Okay.
8       Q.   So we know that looking at Exhibit Two
9  that it wouldn't have been before February 20th.  So
10  would it be a fair statement for me --
11      A.   We received these -- we worked on it
12  right away so if it was February 20th, then it would
13  be February.
14      Q.   Would it be a fair statement that you
15  started working on it in February?
16      A.   Or March, yeah.
17      Q.   February or March?
18      A.   Yes.
19      Q.   And what, if anything, did you do to
20  comply with that document request?
21      A.   We, basically, work with all the
22  records that we have and pull out the records that
23  matches the description that's on the list and
24  provided this copy to you.

Page 13

1    Q.   Now, who are the "we"?
2       A.   Me and Mary Smallwood.
3       Q.   And what did you and Mary Smallwood do
4  to comply with that document request?
5       A.   We looked at the records that we have
6  and based on the requests that you have, we --
7  anything that we have that -- that matches your
8  requirements were supplied to you.
9       Q.   And how many hours did you and Mary
10  Smallwood spend compiling those documents?
11      A.   A lot of hours.
12      Q.   What's "a lot"?
13      A.   A hundred hours or more.
14      Q.   Now, where were these documents
15  located that you and Mary Smallwood compiled?
16      A.   They are located in various files at
17  the office storage and I believe that they are all
18  there, yeah.
19      Q.   Is it your testimony that you have
20  complied with the document request by finishing all
21  of the documents requested?
22           MR. FANIKOS:  In their possession,
23  custody or control.
24      A.   Correct.

4 (Pages 10 to 13)

Page 102

1    was executed by the bank --
2        A.   Yes.
3        Q.   -- and you, --
4        A.   Yes.
5        Q.   -- as Linsang?  Now, show me where it
6    says the amount of the actual pledge.
7        A.   The amount of debt or --
8        Q.   The amount of debt.
9            (Reviewing document.)
10       A.   Right there (indicating).  That is as
11   of the date that this was signed.
12       Q.   Right.
13       A.   Yes.
14       Q.   So there were two notes, one for 11
15   million and the other one was for 50 million?
16       A.   Correct.
17       Q.   And they've been paid down?
18       A.   They've been paid down.
19       Q.   Who's been paying them down?
20       A.   They have been paying themselves down
21   by means of providing a tax refund from the
22   Government.
23       Q.   What do you mean by that?
24       A.   They have paid PWC to process a tax

Page 103

1    refund for us and that tax refund has been garnished
2    by them directly.
3        Q.   And how much was the tax refund?
4        A.   It's 20 some million and that
5    represented a decrease in principal.
6        Q.   Is the note -- are the notes
7    up-to-date or current?
8        A.   No, they are not current.
9        Q.   Has the bank called the notes?
10       A.   Fundamentally, yes.
11       Q.   What do you mean "fundamentally"?
12       A.   Because the thing is that I believe
13   that all these documents represent all the notes.
14   Otherwise, there is no forbearance.  I presume that
15   that is what forbearance is, not being a lawyer.
16       Q.   But they agreed to forbear, and are
17   you telling me that since the forbearance you've
18   been in default under the note?
19       A.   Absolutely.
20       Q.   Have they called the note?
21       A.   They have called the note before we
22   agreed on the forbearance agreement.
23       Q.   Have they made demand on the note?
24       A.   Absolutely.

Page 104

1        Q.   And what have you done to satisfy the
2    notes?
3        A.   Nothing.  We came up with the
4    forbearance agreement.
5        Q.   What is your understanding of the
6    forbearance agreement?  For what period are they
7    going to forbear and under what conditions?
8        A.   I would decline to answer that
9    question because I would need to read this thing and
10   walk through it together with you line by line
11   because not being a lawyer, I don't want to
12   interpret any of the meanings here.
13       Q.   Well, what is your understanding?  I
14   understand.  Well, maybe let me see if I can zero it
15   in.  The forbearance agreement had a termination
16   date?
17       A.   Yes.
18       Q.   And it says, November 15, 2002,
19   provided that such date is extended to February 15,
20   2003, if prior to November 15, 2000, certain
21   transaction takes place, et cetera.
22       A.   Effectively, it said based on my
23   lawyer's comments on this is that fundamentally is
24   that everything I own is theirs now because we have

Page 105

1    transpired the forbearance agreement date because in
2    there is a clause that, basically, says once it's
3    expired, everything is theirs.
4        Q.   When you say "everything is theirs,"
5    what do you mean by that?
6        A.   That is on the guarantee.
7        Q.   But have they seized the stock or sold
8    the stock?
9        A.   They have holding of the stock in
10   possession.  They have the possession of the stock.
11       Q.   I understand they have possession, but
12   have they sold it or done anything to liquidate the
13   stock?
14       A.   I do not know.
15       Q.   Did you sign a personal guarantee of
16   that note?
17       A.   Yes.
18       Q.   Or notes?
19       A.   I did.
20       Q.   Have they made demand on you,
21   personally?
22       A.   Absolutely.
23       Q.   And have you paid it?
24       A.   No.

Page 14

1    Q.    Let's take the first document request.
2    A.    Yes.
3    Q.    You see item No. 1?
4    A.    Yes.
5    Q.    It says, "U.S. Tax Returns for the
6  year 1999, 2000, 2001; 2002, and 2003, --
7    A.    Correct.
8    Q.    -- together with all schedules."
9    A.    Correct. We have complied with that
10  and the 2003 has not been filed so there's no tax
11  return for 2003.
12    Q.    Well, where is the tax return for
13  1999?
14    A.    It is in the book, I believe.
15    Q.    Well, are you talking about these
16  books that were handed to me (indicating)? And
17  included was 2000 -- 1999, 2000, and 2001.
18    A.    Right. And then in the other folder
19  is 2002.
20    Q.    And 2003 hasn't been --
21    A.    Has not been filed.
22    Q.    Has not been filed?
23    A.    Has not been prepared.
24    Q.    Now, item No. 2.

Page 15

1    A.    Yes.
2    Q.    It says, "Any and all books and
3  records showing or evidencing the ownership of
4  shares or stock in LMIC, Inc and LMIC Manufacturing,
5  Inc. or any other entity." Do you see that?
6    A.    Mh-hmm.
7    Q.    Where is that in the books that you
8  furnished?
9    A.    I believe that there is a schedule
10  that actually lists those holdings.
11    Q.    We'll get to that in a minute, but
12  this was books and records. That's the schedule.
13  There's a different between a book and a record and
14  a schedule. Where are the stock books, stock record
15  books or other evidence showing ownership of shares?
16    A.    Can I -- maybe the thing is that we
17  are not lawyers so we may not be understanding the
18  question of what is the exact device that you're
19  looking for here. Can you --
20    Q.    It says, Any and all books and records
21  showing or evidencing the ownership of shares or
22  stock in LMIC and LMIC Manufacturing, Inc. or any
23  other entity.
24    A.    Right.

Page 16

1    MR. FANIKOS: You know, I'll just
2  object to the question to the extent that he hasn't
3  laid a foundation for whether there are, in fact,
4  any other documents, those documents that Attorney
5  Nathanson is referring to.
6    Q.    Well, where in the documents -- where
7  in the documents is the or are the documents --
8    A.    Let me --
9    Q.    -- that are responsive to question --
10  the request No. 2?
11    A.    Let me take a look at the titles there
12  and I will tell you what is there.
13    MR. FANIKOS: Again, just for the
14  record, I just want to say that we're obligated --
15  Linsang Partners is obligated to produce records in
16  its possession, custody or control, so to the extent
17  that they are as such, we've complied.
18    THE WITNESS: Right.
19    A.    If you're looking for stock
20  certificates, the bank, J.P. Morgan, holds the
21  certificates; not us.
22    Q.    Now, where are the books and records
23  showing those stock certificates?
24    A.    The books and records showing those

Page 17

1  certificates, I'm looking at it right now.
2    Q.    Just tell me where in the documents
3  that you produced is that record, the books and
4  records that would show me --
5    THE WITNESS: You know the e-mail
6  schedule that was sent?
7    Q.    I'll show you the two documents.
8  These are the documents in front of you that were
9  produced.
10    A.    Right. But there was also -- amended
11  to it I think there's a couple of e-mails that were
12  sent.
13    MR. FANIKOS: Yeah, there were other
14  documents that we produced --
15    THE WITNESS: Right.
16    MR. FANIKOS: -- in addition to these
17  two binders that I don't see here.
18    MR. NATHANSON: Okay.
19    Q.    And let me show you a document that I
20  pulled out --
21    A.    Okay.
22    Q.    -- and ask you if you've ever seen
23  that.
24    (Reviewing document.)

5 (Pages 14 to 17)

Page 98

1  apparently, some Cayman Islands account.
2      A.  Mh-hmm.
3      Q.  What was this account for?
4      A.  This was a account that we have with
5  CSFB that held the shares that guaranteed the money
6  that we borrowed from CSFB and J.P. Morgan. There's
7  a comparable account with J.P. Morgan like that.
8      Q.  And has that been produced?
9      A.  Yes. It's all in this document.
10     Q.  And, again, if I read this account,
11  that is -- let's say from as of September 30th,
12  2001, they held equities that had a market value of
13  roughly $5.9 million?
14     A.  Yes.
15     Q.  Why did you have an account in the
16  Cayman Islands?
17     A.  I don't have an account in Cayman
18  Islands. CSFB has an account in Cayman Islands.
19     Q.  It has your name on it. It says
20  Linsang Partners, LLC.
21     A.  But CSB has a branch there and that's
22  how they opened the account.
23     Q.  And this is a Morgan Stanley account,
24  also, that you produced?

Page 99

1      A.  Mh-hmm.
2      Q.  And I just happen to pick it out as of
3  May 31st, 2001. There was a total cash in the
4  account of over $3 million?
5      A.  Yes.
6      Q.  And the last account you produced is
7  the J.P. Morgan account?
8      A.  Yes.
9      Q.  And, again, I just picked it out as of
10  November of 2001. There was roughly a portfolio
11  value of, what? About $4 million?
12     A.  Correct.
13     Q.  And then they had a net gain loss
14  summary of $30 million. I assume that that's a
15  gain?
16     A.  Let me see.
17         (Reviewing document.)
18     A.  Which one is that? November 2001?
19     Q.  Yes.
20     A.  It could well be.
21     Q.  And is that account still open?
22     A.  No. None of these accounts exist.
23     Q.  What happened to all the money in
24  these accounts? Did they -- where did they go?

Page 100

1      A.  May I introduce another evidence into
2  this?
3      Q.  You can answer the question, if you
4  can.
5      A.  Because the answer is very simple.
6  You could see it yourself and that is if you print
7  out the price of McLeod shares from the year 1999
8  through to the year 2003, you will see where all the
9  money go.
10     Q.  Where did it go?
11     A.  The company have gone from 30
12  something dollar a share when I sold the company to
13  them to basically pennies, a dollar something --
14  after reverse split, so it's less than pennies
15  today.
16     Q.  Now, as part of your document
17  production and per the order of the Court you were
18  ordered to produce the pledge agreement.
19     A.  Yes.
20     Q.  And have you produced it?
21     A.  I believe it's there.
22     Q.  Where is the pledge agreement?
23     A.  What is that?
24         MR. FANIKOS: I think it's --

Page 101

1      A.  Guarantees and so on. So there's a
2  lot of documents there.
3      Q.  Show me the pledge agreement that's
4  pledged to the bank, J.P. Morgan.
5      A.  There (indicating).
6      Q.  You've given me a forbearance
7  agreement and guarantee and collateral. Now, this
8  is a forbearance agreement?
9      A.  Correct.
10     Q.  Where in the forbearance agreement
11  does it say that you're pledging the stock?
12     A.  I want to say that I'm not a lawyer
13  and I would -- I am prohibited to practice law, so
14  you will have to help me.
15     Q.  Well, you produced the agreement. Is
16  this the so-called pledge agreement that the court
17  ordered you to produce?
18     A.  There's a number of agreements in this
19  package there and you will need to read through all
20  of them to find the total thing.
21     Q.  Now, I didn't see personally anything
22  in the forbearance agreement because that's not a
23  pledge agreement, but I did see a guarantee and
24  collateral agreement, and this was an agreement that

26 (Pages 98 to 101)

Page 18

1    A.   Yeah, this is a schedule.
2    Q.   Schedule of what?
3    A.   This is a schedule of the certificates
4  in our records. And so this is correct. So these
5  are correct and that's what I was looking for.
6          MR. NATHANSON:  Okay. Let's have that
7  marked as Exhibit No. 3.
8          (Exhibit No. 3; so marked.)
9    Q.   Now that we've had Exhibit Three
10 marked, the first item on Exhibit Three are pledged
11 stock.
12   A.   Correct.
13   Q.   And these are stocks that are owned by
14 Linsang Partners?
15   A.   Correct.
16   Q.   And other entities?
17   A.   Correct.
18   Q.   And it's roughly three pages? It is
19 three pages?
20   A.   Correct.
21          MR. FANIKOS:  Just for the record,
22 you're referring to three pages as marked, correct?
23          MR. NATHANSON:  Right. Three pages of
24 Exhibit -- the first three pages of Exhibit No. 3.

Page 19

1          MR. FANIKOS:  Right. Thank you.
2          THE WITNESS:  Correct.
3    Q.   And these are all shares, again, owned
4  by Linsang Partners and other entities?
5    A.   Correct.
6    Q.   And are there any value or values that
7  are listed for each of these shares?
8    A.   There's no value listed on here
9  because these companies as listed are all private
10 company and so there's no value associated with a
11 private company. And then -- yeah, actually there's
12 four pages.
13   Q.   Well, the fourth page is the notes.
14   A.   These are pledged notes.
15   Q.   We'll get to that in a minute.
16   A.   These are all private companies.
17   Q.   Every one of these companies on the
18 first three pages is a private company?
19   A.   Right. Because you are asking for the
20 actual certificates, so these are the records we
21 have and that is exactly what they were. Okay?
22   Q.   Now, is Linsang Manufacturing, Inc. --
23   A.   Linsang Manufacturing, Inc.
24          MR. FANIKOS:  Hold on.

Page 20

1    Q.   -- a private or a public company?
2          MR. FANIKOS:  Let him ask his
3  question.
4    A.   Linsang Manufacturing, Inc., in its
5  entity is now a wholly owned sub of a public
6  company, which is LMIC.
7    Q.   Now, does Linsang Partners own stock
8  in LMIC?
9    A.   Linsang Partners owns stock in LMIC
10 that is also pledged which is the equivalent of
11 these shares.
12   Q.   Hold on.
13          MR. FANIKOS:  Wait.
14   A.   Again, the question was?
15          MR. FANIKOS:  Listen to the question.
16   Q.   Does Linsang Partners own stock --
17   A.   Correct.
18   Q.   -- in LMIC?
19   A.   Correct.
20   Q.   And, again, what is LMIC?
21   A.   LMIC is the current parent company of
22 Linsang Partners.
23   Q.   How many shares does Linsang Partners
24 own in LMIC?

Page 21

1    A.   I believe that in that disclosure in
2  your hand has the number of shares in there.
3    Q.   Do you have any idea?
4    A.   Let's find the actual number.  These
5  are SEC filings.
6          MR. FANIKOS:  Can you just identify
7  this for the record?
8          MR. NATHANSON:  We'll get to that in a
9  minute. I'm just using it to refresh his memory.
10          (Reviewing document.)
11   A.   5,317,787.  787.
12   Q.   And what percentage of stock does
13 Linsang Partners own of LMIC?
14   A.   As of the release of this document, it
15 was 49.53 percent. As of today, it is much less.
16   Q.   Well, why is it less?
17   A.   LMIC has just completed an offering in
18 which the new money -- in which new company (sic) is
19 raised into the company.
20          MR. FANIKOS:  New capital.
21          THE WITNESS:  Yes, new capital.
22   A.   So, therefore, new shares are issued
23 to the new investor and so we no longer own the
24 percentage.

6 (Pages 18 to 21)

1  what we are at today and we have made settlements
2  with them and those settlements are in our books
3  right now as our liability.
4       Q.  And how much are they?
5       A.  Oh, I do not recall the actual number.
6       Q.  Do you have any idea what that is?
7       A.  They're in the range of a few million,
8  on the low number.
9       Q.  Where would I look for books and
10 records to show that?
11      A.  I don't have it yet because we are
12 still working on it to compile this thing into a
13 record, ourselves.
14      Q.  Any other liabilities other than what
15 you've already testified to?
16      A.  There are small operating liabilities,
17 like bills payable and things like that, but those
18 would add up to in the hundreds of thousands of
19 dollar range.
20      Q.  Do you have any idea how much it is,
21 approximately?
22      A.  Couple hundred thousand.  There's one
23 more which is a potential lawsuit with some
24 employees of one of the companies, and it could come

1  back to us and the liability is unknown.
2       Q.  What do you mean by that?  What kind
3  of a lawsuit?
4       A.  Because we have not gone through the
5  lawsuit yet.  It just has been filed as a complaint.
6       Q.  And how does that affect Linsang
7  Partners?
8       A.  We do not know.
9       Q.  Was Linsang Partners a defendant?
10      A.  Yes.  We are the defendant.
11      Q.  Well, I thought you told me you had no
12 employees for a good number of years?
13      A.  No.  That's employees of the companies
14 that we own.
15      Q.  You mean, subsidiaries?
16      A.  Correct.
17      Q.  Got you.  Now, what other assets does
18 the company have other than what you've already told
19 us to the equity in the company and the notes?
20      A.  That is the material equity.  The
21 immaterial equity is we have a few desks, a few
22 computers.
23      Q.  You mean, equipment?
24      A.  Yes.

1       Q.  How much is that worth?
2       A.  50,000.
3       Q.  Anything else?
4       A.  That is materially it.
5       Q.  All right.  Now, you've given us as
6  part of your production of documents various
7  statements from Morgan Stanley, J.P. Morgan, BB&T,
8  correct?
9       A.  Mh-hmm.
10      Q.  And I just want to ask you a couple
11 questions about the --
12      A.  Absolutely.
13      Q.  -- BB&T --
14      A.  Correct.
15      Q.  -- statement.  I just took it out for
16 the 12:31 -- this is the statement date 12-31-01.
17 This shows, if I understand, if I read it correctly,
18 deposits of $3.6 million and checks of roughly 3.6
19 with a balance of $107,000, is that correct?
20      A.  You have the statement in front of
21 you.
22      Q.  It shows a current balance of
23 168,000 --
24          MR. FANIKOS:  Objection.  I think --

1          MR. NATHANSON:  I didn't finish the
2  sentence.
3       Q.  Current balance as of the date of the
4  statement.
5          MR. FANIKOS:  Sorry.  I didn't mean to
6  jump in.
7       Q.  Correct?
8       A.  Correct.
9       Q.  Now, again, the statement date of
10 1-31-02, you had a new balance of 91,000?
11      A.  As of that date.
12      Q.  As of that date.
13      A.  Correct.
14      Q.  What kind of an account was this, BB&T
15 in Maryland?
16      A.  It looks like a business checking
17 account to me.
18      Q.  So what happened to that checking
19 account?  Does it still exist?
20      A.  It has been garnished by one of the
21 landlords.
22      Q.  And how much did they garnish?
23      A.  I don't recall how much there was.
24      Q.  And you also gave us an account from,

Page 22

1   Q.  And did Linsang Partners receive
2   anything as a result of that new infusion of
3   capital?
4       A.  No.
5           MR. FANIKOS:  Wait until he finishes.
6       Q.  We'll get back to that in a minute,
7   but is Exhibit Three, again, a listing, current
8   listing of the ownership of all shares of stock that
9   are owned by Linsang Partners?
10      A.  The Linsang Manufacturing stock
11  becomes the LMIC shares so they are one in
12  equivalent in a certain ratio.
13      Q.  Other than that, are all the other
14  shares --
15      A.  They are the only thing.
16      Q.  Now, are those shares currently owned
17  by Linsang Partners?
18      A.  Correct.
19      Q.  And has any value or values been
20  applied to those shares or what is the value of
21  those shares?
22      A.  The value of the shares being a
23  private company is whatever it is and currently we
24  have already written them off in tax.

Page 23

1       Q.  And we'll get to this in a minute.
2   Now, also attached to Exhibit Three is a list of
3   pledged notes, and these are notes that are pledged
4   by various companies to Linsang Partners in various
5   amounts, correct?
6       A.  Correct.
7       Q.  And are those -- all of the pledged
8   notes that Linsang Partners holds as payee?
9       A.  Correct.
10      Q.  And are any of these notes -- are all
11  of these notes still outstanding?
12      A.  Yes.
13      Q.  And has Linsang Partners done anything
14  to collect on any of these notes?
15      A.  The companies are bankrupt.
16      Q.  Have any of these companies where the
17  issuer who is listed thereon, have they filed
18  bankruptcy?
19      A.  The companies -- none of the companies
20  are operating and they have no revenue.  And
21  Armillaire, A-R-M-I-L-L-A-I-R-E, Technologies --
22      Q.  Finish your answer.
23      A.  We have not been communicating.
24  Xyterra, X-Y-T-E-R-R-A.

Page 24

1       Q.  Go ahead.  Finish your answer.
2       A.  Right.  Xyterra is also nonexistent.
3   No employees.  Invicta is a third-party company, and
4   we have no recollection about -- they have not
5   contacted us at all.  I believe they have no
6   employees, also, and the same as Removable Media.
7       Q.  What efforts have you made to collect
8   on any of these notes?
9       A.  Especially for Armillaire and Xyterra,
10  these are companies that we control, so we know they
11  have no money and in the sense of that we are the
12  majority shareholders in the company and we didn't
13  invest in that any more so they wouldn't have the
14  money to pay us.
15      Q.  What was the consideration for the
16  notes?
17      A.  Consideration for the notes?
18      Q.  Right.
19          MR. FANIKOS:  I object.
20      A.  It's a note.
21      Q.  Well, was there any money loaned or
22  leant?
23      A.  For the amounts that is on the
24  principal amount.

Page 25

1       Q.  Where did the money come from that was
2   loaned or lent to these --
3       A.  Came from Linsang Partners.
4       Q.  Where did Linsang Partners get that
5   money?
6       A.  Linsang Partners get that money by
7   means of selling the McLeod shares and the Yurie
8   shares that we used to have.
9       Q.  McLeod shares.  And what were the
10  other ones?
11      A.  Yurie, Y-U-R-I-E.
12      Q.  When were those sold?
13      A.  We sell these shares in '97, '98, '99.
14      Q.  And how much did you receive for the
15  McLeod shares or how much did you get for the McLeod
16  shares?
17      A.  You should be able to see that in the
18  tax return because I do not recall the exact amount.
19      Q.  How about in the Yurie shares?
20      A.  Same thing, in the tax return.
21      Q.  Do you remember how much was the
22  combined amount?
23      A.  No.  You have to check the tax return.
24      Q.  We'll get to the tax returns in a few

7 (Pages 22 to 25)

Page 90

1    Q.   In 2002.
2    A.   Correct.
3    Q.   And have you filed one of these for
4  2003 yet?
5    A.   No.  I do not know.  I should say I do
6  not know.
7    Q.   Let me make sure I read this right.
8  I'm sorry.  Maybe I didn't read it right because
9  I've never seen this form before.  The personal
10  property return, this says as of January 1st, 2003,
11  correct?
12    A.   Which is basically December 2002.
13    Q.   Right.
14    A.   So it's the same tax year as the
15  previous one.
16    Q.   If I believe this, that means that the
17  company was worth, according to what you told the
18  Department of Revenue in Maryland or whatever it is,
19  it was worth 135 million in assets, had assets of
20  135 million?
21    A.   That's what the accountant deemed it
22  to be worth.
23    Q.   It also listed as mortgage notes of
24  $61 million.  What's that?

Page 91

1    A.   That is the money we owed to J.P.
2  Morgan and CSFB.
3    Q.   We'll get to that in a minute.  What's
4  the 73 million for "other"?
5    A.   Other liability.  I'm reading the line
6  there.
7    Q.   I understand that.  I want to know
8  what the other liabilities are.
9    A.   I do not know the answer.  I do not
10  know the answer.
11    Q.   Now, let's fast forward this a little
12  bit.  And as of today, as you sit here today, what
13  are the assets of Linsang Partners, Inc.?
14    A.   The assets of Linsang Partners, Inc.,
15  is fundamentally summarized as two categories.
16  Category one is equity of companies and category two
17  is the notes.
18    Q.   Notes?
19    A.   Notes payable from companies.
20    Q.   Now, the equity of the company, what
21  do you mean by that?
22    A.   Equity of the company is fundamentally
23  the list of privately held company and publicly held
24  company that we hold today.

Page 92

1    Q.   And that's all listed on Exhibit Three
2  except for LMIC?
3    A.   Well, LMIC replaces the Linsang,
4  Linsang Manufacturing item, so it is one and the
5  same.
6    Q.   I stand corrected.
7    A.   Okay.
8    Q.   Other than -- well, again, the
9  question is, are all of the equities, as you call
10  them, of the company listed?
11    A.   I'm examining this right now and what
12  I want to tell you is that in one form or another a
13  hundred percent of everything that I know of is in
14  here.
15    Q.   And is the same thing true of the
16  notes payable?
17    A.   What I can recall.
18    Q.   And as of today, do you have an
19  opinion as to the value of that, of the stock or
20  equity, as you call it, in the companies and the
21  notes payable?
22    MR. FANIKOS:  Objection.
23    A.   The only thing I could place a value
24  on is the public company.

Page 93

1    Q.   The LMIC?
2    A.   Correct.
3    Q.   How about the other stocks and the
4  notes?
5    A.   I have absolutely no idea.
6    Q.   Now, what are the other liabilities of
7  Linsang Partners, LLC, today?
8    A.   Today is the bank note.
9    Q.   Of?
10    A.   J.P. Morgan and CSFB.
11    Q.   How much is that?
12    A.   I don't have the exact number right
13  now.
14    Q.   Approximately.
15    A.   It's approximately close to 40
16  million.
17    Q.   40 million?
18    A.   Yes.
19    Q.   We'll get to that.  Any other
20  liabilities?
21    A.   Settlements with all the other
22  accounts that we had.
23    Q.   What does that mean?
24    A.   There are a number of situations like

Page 26

1 minutes.
2      A.   Right.  Right.
3      Q.   Now, LMIC, where is that located?
4      A.   It's in the same address at Virginia
5 Manor Road.
6      Q.   And what, if any, is your connection
7 with LMIC?
8      A.   I'm the chairman of the company.
9      Q.   And what is the business of LMIC?
10      A.   Manufacturing.
11      Q.   And is it a going business, a going
12 concern?
13      A.   It is a going business.
14      Q.   And does it -- when was it formed and
15 established?
16      A.   Year 2000.
17      Q.   Does it have employees?
18      A.   Yes.
19      Q.   How many employees?
20      A.   60 some.
21      Q.   And do they all work out of that same
22 address?
23      A.   Correct.
24      Q.   And do you receive a salary from LMIC?

Page 27

1      A.   No.
2      Q.   Do you receive any compensation from
3 LMIC?
4      A.   No.  It's disclosed.
5      Q.   I sorry.  What is "disclosed"?
6      A.   My compensation of zero.
7      Q.   What is the value or current value of
8 the shares of stock of LMIC?
9      A.   It is approximately two dollar a
10 share, so that represent about ten -- two times
11 that, so that would be --
12      Q.   If there are 5 million shares --
13      A.   So about 10 million.
14      Q.   Now, again, is LMIC a public company
15 that's traded?
16      A.   It is.
17      Q.   And where is it traded?
18      A.   It's on the bulletin board.
19      Q.   And do you know the last value that it
20 was -- it was at $2 a share?
21      A.   Approximately, $2.
22      Q.   So if I understand your testimony,
23 Linsang Partners owns approximately 5 million or
24 maybe a little more than 5 million shares --

Page 28

1      A.   Correct.
2      Q.   -- of LMIC which are worth $2 a share?
3      A.   Correct.
4      Q.   Are you aware of a suit that was
5 brought to reach and apply those shares of stock of
6 LMIC?
7      A.   Can you repeat your question?
8      Q.   Let me rephrase the question.  Are you
9 aware of a lawsuit that was brought by the
10 plaintiff, Yale Properties, seeking to reach and
11 apply the shares of stock of Linsang Partners that
12 it owns in LMIC?  A recent lawsuit?
13           MR. FANIKOS:  If you provide the date,
14 it might be helpful.
15      Q.   Well, recent, within the last month or
16 two.  A couple months, last couple months a lawsuit
17 that was brought.
18      A.   Is this the lawsuit that is brought
19 against the company, LMIC?
20      Q.   Right.
21      A.   Is that also the same lawsuit that was
22 thrown out?  I'm not a lawyer, so I --
23           MR. FANIKOS:  Can I consult with my
24 client just for a second?

Page 29

1           MR. NATHANSON:  Sure.
2           (Witness and counsel confer.)
3      Q.   You want to say anything before I
4 proceed?
5      A.   I understand that you are asking about
6 the case against me, which LMIC is listed as a
7 defendant.  I am aware of the case.
8      Q.   Well, actually, the case isn't against
9 you, personally, but --
10      A.   Against Linsang when.  I say "me,"
11 being Linsang, yes.
12      Q.   So you are aware that there's an
13 attempt to reach and apply the stock?  That means to
14 attach the stock.
15           MR. FANIKOS:  I would just object to
16 the use of the term "reach and apply."  I mean, Mr.
17 Li is not an attorney so he doesn't really
18 understand.  I think that was a source of confusion
19 for him.
20      Q.   Now, getting back to Exhibit Three, is
21 it your testimony that other than Linsang
22 Manufacturing, Inc., that all of the other stocks
23 are valueless, are worthless?
24      A.   As far as I know of today.

Page 86

1   the end of it, we come up with an agreement and we
2   haven't done that yet.
3       Q.  And when do you anticipate doing that?
4       A.  I do not know.
5       Q.  Is it your input into these companies
6   that what they use or is it -- strike that.  That's
7   a bad question.  What books and records would you
8   look at to come to a determination as to the value
9   of this stock?
10      A.  I am not a tax accountant and there's
11  a lot of legal implication on taxes and there's a
12  lot of IRS issues.
13      Q.  Do you have an opinion as to what the
14  stock is worth?
15          MR. FANIKOS:  Same objection.
16      A.  I have no idea.  I need the working
17  session and --
18      Q.  You need a working session to know
19  what it's worth?
20      A.  Absolutely.  Except the one that is
21  public.  I have no idea about the private.
22      Q.  Now, under schedule L, Other
23  Investments, there's an ending balance of 132
24  million, roughly.  What is that for, the 2002 tax

Page 87

1   return?
2       A.  He's asking a question of what is the
3   total other investments listed in here in schedule L
4   of 132 million, so let's take a look at what
5   schedule L stands for, line eight.  Actually, let's
6   see.
7           (Reviewing document.)
8       A.  This form which is the 2002, right?
9       Q.  Right.
10      A.  This is the 2002 return?  I believe
11  that is the amount of money that we have -- at that
12  time the net worth of the private company because it
13  said operating subsidiaries, so they are, basically,
14  the companies we have invested in which is on the
15  list of equity that you have seen.
16      Q.  And do you have an opinion as to what
17  that's worth?
18      A.  Today?
19      Q.  Today.
20      A.  No.
21      Q.  Your other assets, you've got an
22  ending balance of 660,000.  What's that?
23      A.  That's a good question.  I do not know
24  where that comes from.

Page 88

1       Q.  Now, you've got cash contributed
2   during the year of 3,190,000.  What's that?
3       A.  Capital contribution.
4       Q.  You mean, money that somebody put into
5   the company?
6       A.  Correct.
7       Q.  And who put that money into the
8   company?
9       A.  The majority of it is family and
10  friends.
11      Q.  And what was the money used for?
12      A.  Investment into the companies.
13      Q.  Now, in the year 2000, do I understand
14  that you --
15      A.  In year 2002?
16      Q.  2002, you're correct.  That in the
17  year 2002 that there was no withdrawal or
18  distribution made to you?
19      A.  Correct.
20      Q.  And that your capital account at the
21  end of the year was 70 million?
22      A.  Yes.
23      Q.  Where did you get that figure?
24      A.  The accountant get that figure.

Page 89

1       Q.  Well, what's it based on?
2       A.  Based on the estimation of net worth
3   of the companies.
4       Q.  All right.  Now, also attached, and
5   this in fairness to you was attached to the Maryland
6   personal property tax that apparently was filed.
7   You're aware that apparently there was a personal
8   property tax return filed for the year 2003?
9       A.  You're looking at it.
10      Q.  It says for Linsang Partners.
11      A.  You're looking at it.
12      Q.  Attached is a balance sheet.  It shows
13  that at the end of the year of I guess 2000, this
14  would be 2002, that the -- in Maryland that the
15  total assets were 135 million.  Again, I'm rounding
16  off.  About 135 million.
17      A.  That should correspond to the same
18  numbers earlier in the federal return which shows
19  the equity of the companies.
20      Q.  And the company, according to the tax
21  return, from the beginning of the year actually just
22  dropped about 30, less than $30 million.  About $30
23  million, correct?
24      A.  In 2002?

23 (Pages 86 to 89)

Page 30

1  Q.  What do you mean by that?
2  A.  The company's not officially bankrupt.
3  They are not operating and so they are valueless.
4  Q.  Except for LMIC?
5  A.  Correct.
6  Q.  We'll get to the LMIC stock in a
7  minute. I just want to go through the document
8  request as I started before. And, again, it's right
9  in front of you as part of Exhibit No. 1.
10  Now, document request No. 3, have you
11  produced all of the bank accounts, statements for
12  savings account, checking accounts, certificate of
13  deposits for the past three years to date thereof?
14  A.  Yes. That's all that we have.
15  Q.  Is there anything for 2004? Because I
16  notice that I don't have anything current.
17  A.  Linsang has no more bank account in
18  2004 because we have no money.
19  Q.  So is it your testimony that you have
20  produced all of the statements and accounts?
21  A.  Yes. We have produced all the
22  statements and accounts that we have.
23  Q.  Item No. 4, have you produced all of
24  those? The stock certificates?

Page 31

1  A.  We have produced everything that we
2  have. The reason is because the bank holds them. I
3  don't hold them.
4  Q.  Which bank are we talking about?
5  A.  J.P. Morgan.
6  Q.  And we'll get to that in a few
7  minutes.
8  A.  Yes.
9  Q.  Now, No. 5, have you produced all of
10  the documents for document request No. 5?
11  A.  Yes, we have.
12  Q.  And does Linsang own any other -- have
13  any other interest in any other entities other than
14  the stock certificates that are listed under Three
15  and the notes payable under Exhibit Three?
16  A.  We don't have any.
17  Q.  Don't have any what?
18  A.  We don't have any other holding.
19  Q.  No. 6, all promissory notes which
20  you've been the holder, are those listed again on
21  Exhibit Three?
22  A.  Correct.
23  Q.  Where are the notes? Where are the
24  promissory notes?

Page 32

1  A.  If it is not included in the package,
2  it's because we can't find them.
3  Q.  Well, I didn't see any of them
4  produced, so do you have any idea where they are?
5  A.  We can't find them in the record.
6  Q.  Item No. 6 of the document request --
7  Seven. I'm sorry. Item No. 7, mortgages or
8  promissory notes. Any mortgages?
9  A.  "Mortgages" being that we own a
10  building and we have a mortgage on it?
11  Q.  Correct.
12  A.  No. We don't own any buildings, so we
13  don't have any mortgage.
14  Q.  Item No. 8?
15  A.  We do not own any real estate.
16  Q.  Item No. 9, employment records?
17  A.  Linsang Partners do not have any
18  employees.
19  Q.  Well, how about since 1999?
20  A.  Never had any employees.
21  Q.  Item No. 10, documents --
22  A.  Everything that we have has been
23  provided on that.
24  Q.  Well, item No. 10, have you produced

Page 33

1  any documents showing stocks, bonds, pensions,
2  retirement funds, annuities, money market accounts?
3  A.  Anything that we have in our
4  possession have been furnished.
5  Q.  Item No. 11, have you produced that,
6  financial statements for the years 2000 to the
7  present?
8  A.  To the present. We have no financial
9  statement presently because the company is not
10  operating.
11  Q.  How about from the year 2000?
12  A.  I believe there was some rough
13  financial statements that we had.
14  MR. FANIKOS: There were some other
15  documents, Alvin. It could be behind you. I see
16  there's some other ones over there (indicating).
17  MR. NATHANSON: Yeah, they are behind
18  me.
19  MR. FANIKOS: Thank you.
20  A.  Financial statement, here. There's
21  financial statements. Okay.
22  Q.  What do you call a financial
23  statement?
24  A.  Being an LLC private, these are the

Page 82

1    Q.  I guess the question that I'm looking
2  for is in the year 2000, did you make -- was there a
3  reported net loss or a net gain?
4    A.  Year 2000?
5    Q.  Right.
6    A.  I'm trying to find the number because
7  in tax there is the ordinary income and capital
8  gains and there's an AMT.
9        Not being a tax accountant, I'm trying
10  to find the page that would give you the numbers
11  that you need.
12      (Reviewing document.)
13    A.  Here. Other income lost, 88 million.
14    Q.  What's the bottom line as to whether
15  you had a gain or a loss? Keep going.
16    A.  Long term capital gains, 89 million.
17  The partners' account schedule shows a beginning
18  year of 604 million, ending year of 145 million and,
19  therefore, partners gain during the years 83
20  million. Okay? And there were at that year a
21  distribution of 2.5 million for the previous year's
22  earning, so this 83 million is what's being
23  taxed, --
24    Q.  Well, again, --

Page 83

1    A.  -- which is now paid in the year 2000.
2    Q.  But did you report a net loss or a net
3  gain on the tax return for 2000? I think that's the
4  question.
5    A.  There is a ordinary income loss, but
6  there's also a capital gains of 83. So I'm not an
7  accountant. I can't tell you how the tax number
8  work out to be, but we have a capital gain of 83
9  million which is not in the ordinary income column
10  here. It's not mentioned anywhere here.
11        And ordinary income here, there is a
12  5-million-dollar ordinary income, so we are not
13  taxed on ordinary income, but I'm sure we have taxed
14  on the capital gain.
15    Q.  Okay. Now, in the year 2002, you
16  report a income loss of 4.7 million, is that
17  correct?
18    A.  Correct. Ordinary income loss.
19    Q.  And in 2002, you're showing the
20  opening balance sheet of assets as 161,455,000.
21    A.  Right.
22    Q.  And at the end of 2002, assets of
23  135,191,000.
24    A.  Correct.

Page 84

1    Q.  And liabilities of 161,455. And,
2  again, liabilities and capital of 135, correct?
3    A.  There is an accounting term here and
4  that is that -- earlier he used the term liability
5  of 161. That's not correct. It is total liability
6  and capital of 161 and year end of total liability
7  and capital of 135.
8    Q.  And you're also showing as part of
9  that return a Schedule L for notes receivable RMSI.
10  What is that?
11    A.  That is the Removable Media notes
12  receivable outstanding in Exhibit Three. Page four
13  of Exhibit Three.
14    Q.  And you're also showing notes from
15  related party, whatever that means. What does that
16  mean?
17    A.  The other companies on the list on the
18  same sheet.
19    Q.  So a total of 1.4 million?
20    A.  1.4 million. I guess they have
21  already written down a lot because this is much more
22  than 1.4 million.
23    Q.  So you wrote it down as -- do you know
24  what you've written it down at the end of 2003, --

Page 85

1    A.  I do not know.
2    Q.  -- if anything?
3    A.  I do not know because we have not
4  filed the tax return for that.
5    Q.  Well, do you know what your books and
6  records show as the value?
7    A.  I do not know. That is something that
8  PWC would have to work with us to determine what
9  that breakdown should be.
10    Q.  Well, do you have any records to show
11  what the writedown is?
12    A.  It is not a matter of records. It is
13  a matter of evaluation on the tax purposes.
14    Q.  And do you have an opinion as to what
15  the valuation is?
16      MR. FANIKOS: Objection. I mean, he's
17  not a tax accountant.
18    A.  PWC would know. I don't know.
19    Q.  Well, how would you and PWC determine
20  this?
21    A.  We usually go through a working
22  session, sit down and work with me to figure out how
23  each company stands, where things are, what is the
24  perceived value, the market, everything and then at

Page 34

1  financial statements we have.
2      Q.  You're talking about in the pile that
3  you've just assembled?
4      A.  Yes, correct.
5      Q.  So what you've handed me is what you
6  are saying is responsive to document request No. 11?
7      A.  Yes.
8          MR. NATHANSON:  Let's have those
9  marked altogether.
10         (Exhibit No. 4; so marked.)
11     Q.  Now, as part of Exhibit No. 4, I'm
12  going to show you a document and perhaps we should
13  mark these A, B and C.
14         (Exhibit Nos. 4A, 4B,
15         4C and 4D; so marked.)
16         (Reviewing documents.)
17     Q.  4A purports to be what, sir?
18     A.  This is a Report of Independent
19  Accountant's on Applying Agreed-Upon Procedures on
20  the Consolidated Statement of Net Assets as of June
21  30th, 2000.  Price Waterhouse.
22     Q.  Of Linsang Partners?
23     A.  Mh-hmm.
24     Q.  You have to answer yes.  You can't use

Page 35

1  a sound.
2      A.  Yes.
3      Q.  She can't take that down.
4      A.  Yes.
5      Q.  And as of June 30th, according to this
6  statement, Linsang Partners had assets of how much?
7      A.  As of June 30th of 2000, we have
8  assets of -- net asset of 656 million,
9  approximately, and that's correct.
10     Q.  I'm sorry?
11     A.  656 million as of June 30th.
12     Q.  And was that a fair statement or an
13  accurate statement by the accountant?
14     A.  Absolutely.  Absolutely.
15     Q.  And what did it show for liabilities
16  as of that date?
17     A.  At that time, liability is
18  60 million -- 60 and a half million.
19     Q.  Now, as of June 30th, 2002, the 656
20  million in assets was comprised of what, sir?
21     A.  It is listed here in the entries as
22  portfolio investments in privately held companies,
23  186 million, investments in marketable securities,
24  485 million, and cash and cash equivalents of 31

Page 36

1  million.  Those are the key items in there.
2      Q.  And just fast forwarding, as of this
3  date, are any of those assets still held by Linsang
4  Partners?
5      A.  Yes.
6      Q.  Which ones?
7      A.  The portfolio of investments in
8  privately held companies, which we have provided to
9  you, investments in marketable securities and not
10  the cash.
11     Q.  What happened to the cash?
12     A.  Since June 30th of 2000, we have
13  invested that cash into companies.
14     Q.  What company?
15     A.  Into the privately held companies.
16     Q.  Various privately held companies?
17     A.  Correct.
18     Q.  And how much was invested?
19     A.  Fundamentally, all of it.
20     Q.  Approximately?
21     A.  About 30 million.
22     Q.  Now, do you have any similar
23  statements for the year 2001, 2002, 2003?
24     A.  We do not have it in 2001 and we do

Page 37

1  not have it in 2002 and 3.
2      Q.  And is there some reason why you don't
3  have such a statement?
4      A.  The reason is because we lost on asset
5  value quickly in 2000 and in 2001 and we did not
6  deem it necessary for the accounting expenditure.
7      Q.  Let's move on to Exhibit No. 4B.  What
8  is 4B?
9      A.  4B is the accounts trial balance for
10  the period of -- the date is March 2003.
11     Q.  And that came off your computer?
12     A.  Yes.
13     Q.  And is there any more current
14  statement for trial balances?
15     A.  I do not believe that after 2003 there
16  are more up-to-date ones.
17     Q.  Is that the last one?
18     A.  Does our record show any newer ones?
19         (Reviewing document.)
20     A.  This is in February.  This is in 2002.
21  These are the most up-to-date things we have.
22     Q.  Which one?  The Exhibit Four?
23     A.  The 2003.  4B.
24     Q.  4B.  May I see that, please?

10 (Pages 34 to 37)

Page 78

1  know.
2      Q.  How about for 2003?
3      A.  No.
4      MR. NATHANSON:  Why don't we break now
5  for about -- what did we say?
6      (Discussion off the record.)
7      (A short break was taken.)
8      Q.  Now, before the break you said, I
9  believe, if I understand your testimony is that in
10  the year 2000 that there was about 90 to 120 million
11  dollars' worth of stock sold of which in 2001 you
12  paid a tax of 25 million or 23 million?
13      A.  Whatever it is.
14      Q.  Whatever the figure is, through a
15  distribution.  Is that a fair statement?
16      A.  That's exactly correct.
17      Q.  Then I think you said the following
18  year you sold 30 million of --
19      A.  Correct.
20      Q.  -- McLeod or something like that?
21      A.  Mh-hmm.  According to here, yes, about
22  $30 million.
23      Q.  $30 million.  And there was a tax, I
24  assume, on that?

Page 79

1      A.  The reason is because I believe I'm
2  looking at this now.  I'm playing accountant, which
3  is a dangerous thing for me to do.  Okay?
4      We sold 30 million here but then the
5  thing is that the net operating loss of the company
6  is minus four, so, therefore, there's actually no
7  tax due for that, I believe.
8      I'm not a tax accountant, but if
9  there's any tax due, that would be a distribution,
10  also.  According to here, the K-1 partner shares of
11  tax is negative.
12      Q.  Well, are you telling me that there
13  was no distribution made as a result of the
14  30-million-dollar sale?
15      A.  Oh, there may be some small amount.
16      Q.  Well, you've got the return there.
17  Take a look.
18      A.  I don't know how to read these things
19  properly.  100,000.  No.  Here.  Withdraw.  26,000
20  dollars' worth of tax.
21      Q.  Well, -- --
22      A.  No.  26 million.  It's the previous
23  years.  So I need to find 2002, what has been
24  distributed to the partners.  Okay.

Page 80

1      Q.  Take your time.
2      MR. FANIKOS:  Take your time.
3      (Reviewing document.)
4      A.  Distribution Schedule K-1 right there.
5  It said the total distribution is a thousand
6  dollars.  1,050.
7      Q.  And that was used to pay the tax on
8  the 30-million --
9      A.  Yeah.
10      Q.  -- dollar sale?
11      A.  Because of the losses and how they
12  compile these things.
13      Q.  Didn't you have the loss for the year
14  2000?
15      A.  2001.
16      Q.  How with about 2000 when you paid the
17  distribution the following year?
18      A.  Here.  Let's get it straight.  2000 we
19  have a gain, huge gain, and we paid that in 2001.
20  So in 2001 tax there's a distribution.  2001 we sold
21  a small amount of equity of which that after net out
22  everything there's a small loss on the organization
23  and so the amount of distribution that year which is
24  distributed in 2002 is $1,050.

Page 81

1      Q.  Look at the 2000 return.  How much --
2      A.  2001.
3      Q.  So 2001 you show a loss?
4      A.  Yes.
5      Q.  And that's a net loss.  How about
6  2000?
7      A.  2000 is the big gain.  That's the big
8  year, the 2000.
9      Q.  There's your 2000 return.
10      A.  That's still a loss on here.  Ordinary
11  income.
12      Q.  Well, where's the 2000 return?
13      (Reviewing document.)
14      Q.  There it is (indicating).
15      A.  There are many pages on this thing.
16      Q.  There you go.  Go back one more page.
17  Is that your 2000 return?
18      A.  No.  This is -- the whole thing is a
19  2000 return.  Okay?  And if you take a look at the
20  2000 return, the whole thing is here.
21      2000 return, the final number is
22  always on the K-1, which is how much they recognize
23  in losses and gain.  Unless we didn't issue K-1 in
24  the year 2000.

Page 38

1    A.   Yes.
2    Q.   So that I understand what 4B is, this
3  is as of 3-26, 2003?
4    A.   Correct.
5    Q.   That's the date?
6    A.   Correct.
7    Q.   So this is supposed to show the
8  so-called trial balances?
9    A.   Correct.
10    Q.   And what is a "trial balance"?
11    A.   Trial balance is -- I'm not an
12  accountant, either, but this fundamentally listed
13  the -- all accounts which includes the assets and
14  liabilities and expenses for the company.
15    Q.   And was that a fair and accurate
16  statement of what they were in March of 2003?
17    A.   Yes, it is.
18    Q.   Let me see it back. Now, these ending
19  balance, the column for ending balance, what is that
20  supposed to represent?
21    A.   The ending balance represent,
22  basically, on that day when this was run that that
23  is the balance of that account for the day.
24    Q.   So if I look at all of these figures,

Page 39

1  for instance, like 1353, account No. 1353, what --
2  tell me what that means.
3    A.   1353, that is the J.P. Morgan
4  securities and that would be the accounts of the
5  value of the equity that is held in J.P. Morgan.
6    Q.   In other words, you own securities in
7  J.P. Morgan?
8    A.   No.
9    Q.   Linsang?
10    A.   No.
11    Q.   Well, what does that mean?
12    A.   That is the -- we have a securities
13  account at J.P. Morgan.
14    Q.   Okay. I'm sorry.
15    A.   And the account balance on that
16  account in -- on that day is 223,596.
17    Q.   $223,000?
18    A.   Correct.
19    Q.   And what happened to that money?
20    A.   That is still there in McLeod shares.
21    Q.   That is still there in what?
22    A.   In McLeod shares.
23    Q.   Okay.
24    A.   Now, same as CSFB. This is the same

Page 40

1  thing and this is part of the escrow that they're
2  holding onto. That is part of the agreement that we
3  have with J.P. Morgan.
4    Q.   All right. Now, would that be also
5  true for all of the other investments that are
6  listed here, that they are part of the securities --
7    A.   Correct.
8    Q.   -- owned by Linsang Partners?
9       MR. FANIKOS:  Wait until he finishes.
10    Q.   Correct?
11    A.   Correct.
12    Q.   Now, you've got an item for furniture
13  and fixtures of $72,310.
14    A.   Mh-hmm.
15    Q.   Do you see that?
16    A.   Mh-hmm.
17    Q.   Where did that figure come from?
18    A.   That is from a straight line
19  depreciation of whatever cubicle and chairs and
20  things that we have. And, fundamentally, it's the
21  purchase price fixed line depreciated over a number
22  of years.
23    Q.   Does Linsang Partners own that
24  furniture?

Page 41

1    A.   We do own some of the furniture.
2    Q.   Do you still have it?
3    A.   Let's see. This is -- this is before
4  the move so much of that furniture is no longer with
5  us.
6    Q.   Now, item No. 1171 is for a note
7  receivable - long term for $255,000. What is that?
8    A.   Let me see. Which line?
9    Q.   1171.
10    A.   This is a question that I don't know
11  the answer to right now.
12    Q.   Well, what does a "note receivable"
13  mean? That somebody owes you money?
14    A.   Notes receivable would be one of those
15  notes that is inside that list there that you had
16  earlier and some of these are classified as long
17  term and some of these are classified as short term
18  and some of these are classified as other items and
19  so on. It's accounting classifications that is
20  depending on the agreement on the note and so on.
21    Q.   Well, why would you list a
22  225,000-dollar value on a -- on that document if it
23  had no value?
24    A.   That's what the accountants said to

Page 74

1    A.   The 23 million, it's in the beginning
2  of 2001. The reason is because it pays for the
3  taxes that is incurred in 2000. Okay?
4        And the taxes incurred in 2000 is
5  sold, a total of 120 million here and in McLeod
6  shares, plus all the other stuff added together.
7        Depending on how this tax is treated,
8  I do not know how the tax is treated in here, but
9  it's in the range of somewhere between a hundred --
10 somewhere between 90 to 120-million-dollar range and
11 that would be about right because based on the
12 estimation of 30 percent tax, the 30 percent tax,
13 about 30 million, so 20 some million and that's the
14 amount of tax that needed to be paid.
15       So it's distributed to pay that
16 because it crosses the calendar year when you file
17 this and then you get the next years actual cash
18 paid, so it goes out here in the beginning of the
19 year to pay for the tax in April or whenever the
20 thing is filed for the previous years.
21    Q.   So the $23 million was paid in 2001?
22    A.   Correct. For the year 2000 tax files.
23    Q.   And how was it actually -- how was it
24 actually paid to you? By check? Wire transfer?

Page 75

1    A.   I can't recall.
2    Q.   Did you receive a separate check for
3  it payable to you?
4    A.   I have no recollection of this.
5    Q.   Now, after the sale of the McLeod and
6  I think you said Yurie shares, that was the lion
7  share of the gain?
8    A.   Right. 120 million of McLeod stock,
9  and there is a variable section here which I do not
10 understand what accounting means. Must have taken
11 some losses on a block of shares for 34 million.
12    Q.   So you sold -- if I understand, again,
13 what you're telling us is you sold the McLeod and
14 Yurie shares for anywhere from 90 to 120 million?
15    A.   Yeah. A gain of --
16       MR. FANIKOS:  If I can just interject
17 because we're talking about -- it's not really an
18 objection; just for clarification purposes because
19 we're sort of talking now about Kwok, personally,
20 and also Linsang, and those terms are being used for
21 both and just for clarification.
22       THE WITNESS:  We have to watch the
23 context, correct.
24    A.   In this case about the 90 million to

Page 76

1  120 million, it's Linsang that sold that amount of
2  equity.
3    Q.   Correct. So Linsang sells that?
4    A.   Correct.
5    Q.   And after they sold the 90 to $120
6  million in shares of stock, what other shares of
7  stock or other assets did it have at the end of the
8  year --
9    A.   It has --
10    Q.   -- after you sold it?
11    A.   After we sold it. We still have on
12 the book in year 2001 going into it a value of
13 170 -- 160 million. 170 million.
14    Q.   And the 170 million was derived in all
15 of these stocks that are listed on Exhibit No. 3
16 except for LMIC?
17    A.   This list is at what time? What's the
18 date on that list? I think that's a current list.
19 That's not the past list.
20    Q.   Well, I don't know -- what shares of
21 stock did you hold after you sold McLeod and Yurie
22 shares?
23    A.   You mean, the residual shares?
24    Q.   The residual shares, as you call them.

Page 77

1    A.   We have to find them. I don't have
2  the numbers here.
3    Q.   And has there -- since that sale in
4  the year 2000, has there been any other sale of
5  stock?
6    A.   Absolutely. In 2001 there's
7  additional sales.
8    Q.   And how much were the sales in 2001?
9    A.   In 2001, McLeod shares is 30 million.
10    Q.   Okay.
11    A.   And Lucent shares is 285,000, and
12 Lucent is sold at a loss and McLeod is sold at a
13 gain.
14    Q.   And since then has there been any
15 other further stock sold?
16    A.   In 2002, let's pull the book out.
17       MR. NATHANSON:  We'll finish with this
18 and then we can take a break. I don't want to break
19 this line of questioning.
20       THE WITNESS:  Okay.
21       (Reviewing document.)
22    A.   In 2002 there's no McLeod shares sold.
23 There's no shares sold that is public. These are
24 just internal booking. They're not sold. I don't

20 (Pages 74 to 77)

Page 42

1  do. And, fundamentally, that's how it's carried on
2  the books.
3       Q.  So these are just book entries?
4       A.  Yes, these are book entries.
5       Q.  Now, you've got under 1640 machine and
6  equipment for $250,000?
7       A.  1640? Yeah. These would be computers
8  and software and other things that we use for the
9  business. And, again, it's a depreciated value over
10  time.
11       Q.  Well, what happened to that equipment
12  and machinery?
13       A.  Some of the computers we don't have
14  anymore since the move. We only retained a minimum
15  amount of computer we have today and so --
16       Q.  Well, what happened to them?
17       A.  They were left over with the old
18  building that we had when we had to move out.
19       Q.  So it went from $250,000 last year to
20  zero this year?
21       A.  We have a few computers left so
22  whatever the value of a few computers is is what we
23  have.
24       Q.  Now, leasehold improvements for

Page 43

1  206,000?
2       A.  Yes. Because we are in a different
3  building at that time that there is still leasehold
4  improvement in that building and we had to move out
5  and so those are disappeared.
6       Q.  Where did you get the money for the
7  payment of the leasehold improvements?
8       A.  The leasehold improvements I believe
9  is also a booking entry and that is that when you
10  first move into a place, I'm not an accountant,
11  there are improvements made on the building and that
12  is amortized over time and that stays with the
13  building.
14       Q.  If I understand, again, these trial
15  balances, that the total assets as of March 26,
16  2003, of Linsang Partners was $17,331,384.18?
17       A.  Correct.
18       Q.  Now, I want to ask you a question
19  under the next column, under Total Assets, what is
20  that supposed to represent? The next column beneath
21  Total Assets, that's about three-quarters of the way
22  down starting with entry No. 2035.
23       A.  Okay. Notes payable. That would be
24  the debts that we owe other people. Notes payable

Page 44

1  to the bank, the line item 2040, which is the
2  material number in there.
3       Q.  How much was that?
4       A.  61 million.
5       Q.  And which bank is that owed to?
6       A.  That is J.P. Morgan/CSFB combined.
7  They work as a joint group.
8       Q.  That's CS First Boston, right?
9       A.  Yes, correct.
10       Q.  Got you. Go ahead.
11       A.  And so all of these things are,
12  fundamentally, debts owed to various parties.
13       Q.  Now, there's an item here under No.
14  2561.
15       A.  2561, distribution to partners. That
16  is for the year prior in tax in which the -- because
17  it's a partnership and a partnership has been
18  dissolved so we have to pay the taxes for the
19  partnerships and that is what the accounting for
20  those taxes paid were.
21       Q.  Let me see if I understand that. Is
22  it your testimony that there was a distribution of
23  $25 million to the partners?
24       A.  Not on that date. If you go through

Page 45

1  the tax returns, the tax return will show that those
2  taxes were paid.
3       Q.  Well, I want to know when they talk
4  about a distribution to a partner, what does that
5  mean?
6       A.  Distribution to partner because it is
7  an LLC, so not being the accountant, I would not
8  know how to correctly phrase these terms, but
9  fundamentally is that the tax in the partnership is
10  rolled -- carried to the partners and so the
11  partners carries the liability on tax for the
12  partnership.
13       Q.  And who paid that liability?
14       A.  Paid the liability based on a K-1 that
15  is presented and a K-1 is paid for by partners.
16       Q.  So if I understand what you're saying
17  is that the individual partners received a K-1?
18       A.  Yes. With the payment of this tax
19  from the partnership.
20       Q.  And that $25 million was then paid
21  pursuant to the K-1 to the various partners?
22       A.  No. Because these are records. It is
23  not on that date that it was paid. It was a lot
24  earlier and that's why we need to take a look at the

12 (Pages 42 to 45)

Page 70

1    Q.  -- of how much?
2    A.  4 million.
3    Q.  $4 million.  Now, so that I understand
4  what happened in 2001, you actually had a loss --
5    A.  Correct.
6    Q.  -- of $4 million?
7    A.  Correct.
8    Q.  And this was after the distribution
9  was made of 25 million?
10    A.  Correct.
11    Q.  So the 25-million-dollar distribution,
12  it caused the company to lose money according to the
13  tax return.
14        MR. FANIKOS:  Objection.
15    Q.  Is that true?
16    A.  I would not believe so.  The reason is
17  because taxes are paid because of earnings and
18  the -- I do not believe that it is the contribution
19  of losses in the company.
20    Q.  Now, why is it you took a
21  23-million-dollar distribution in the year --
22    A.  Because.
23    Q.  -- 2001?
24    A.  I need to pay the taxes.

Page 71

1    Q.  You had to pay the taxes on money that
2  was made -- that was sold and you made a profit on
3  it?
4    A.  No.  Linsang Partners works by selling
5  public equity.  When you sell public equity, you
6  create a earning which you be taxed on.
7        We take that money that we got by
8  selling the public equity, invest it into private
9  equity in hope that the private equity would grow.
10        So accounts were transferred, but we
11  have to pay tax on a sales of the public equity.
12  When the money is invested into a private equity,
13  then the losses come from the depreciation of both
14  the public equity and its residual in the
15  organization and also in the evaluation of the
16  investment, new investment.
17    Q.  Well, I don't understand your answer,
18  but let me see if I understand it in my simple mind.
19    A.  Absolutely.
20    Q.  Linsang Partners owns stock in various
21  companies.  They sell that stock and they make a
22  profit, correct?
23    A.  Correct.
24    Q.  And there's a tax on that profit,

Page 72

1  correct?
2    A.  Correct.
3    Q.  And the tax is paid by whom?
4    A.  Individuals.
5    Q.  The individuals.  And in order to pay
6  the individuals, where does the money come from to
7  pay that individual tax?
8    A.  From the sales of the public equity.
9  So take an example.  We sell a hundred dollar worth
10  of shares and there is a certain amount of tax on
11  that hundred dollars' worth of proceed that come
12  from the sales of the share.
13    Q.  Right.
14    A.  That portion of tax that need to be
15  paid is distributed to the individual partners so
16  they could pay that portion of the tax.  The
17  residual amount of cash is kept in partners, used
18  for investment into new companies.
19    Q.  Now, in order to have -- pay the tax
20  of $25 million, as you say, how much did -- how much
21  was the stock sold for?
22    A.  You could take a look at the beginning
23  balance of equity and -- well, it is hard here.  We
24  need to get the number of shares.  Let's pull out

Page 73

1  another book.
2    Q.  Which book?  You tell me.
3    A.  Let's take a look at the J.P. Morgan
4  book.
5    Q.  This is the --
6    A.  Just rough.  We can't pull the actual
7  numbers because there's no summary of total shares
8  sold, but we could get an idea of the range of
9  shares sold from beginning of the year to end of the
10  year.  December 2001.  Okay.
11        (Reviewing document.)
12    A.  I'm just looking for number of shares.
13  This is -- I'm just looking for things, so...
14        (Reviewing document.)
15    A.  This is what we have here and then
16  let's find the year before.  2000.  Where's the 2000
17  tax return?
18    Q.  Right behind it.  2000 is the next
19  tab.  There you go.
20        (Reviewing document.)
21    A.  Not being an accountant I need to
22  correct a couple of things here.  In 2001 when we
23  distribute the money, --
24    Q.  The 23 million?

19 (Pages 70 to 73)

Page 46

1  tax date.
2      Q.  We'll get to that, whatever date it
3  was.
4      A.  Whatever date it was, that was the tax
5  that was paid.
6      Q.  Whatever date it was, there was a
7  distribution made of $25 million --
8      A.  Correct.
9      Q.  -- to each partner?
10     A.  No.  What do you mean by "to each
11 partner"?
12     Q.  Well, to the partners.
13     A.  To the partners.
14     Q.  Of the $25 million, how many partners
15 received a distribution?
16     A.  15 partners.
17     Q.  15 partners?
18     A.  Approximate, that number.  I don't
19 recall the exact numbers.
20     Q.  We'll look at the tax return.
21     A.  Maybe about ten partners.
22     Q.  And did you receive a personal -- did
23 you get a K-1?
24     A.  Absolutely.

Page 47

1      Q.  And do you remember how much was
2  distributed to you?
3      A.  No, I don't remember.
4      Q.  Well, we'll look at that.
5      A.  We have to take a look at the tax
6  return.
7      Q.  Where did the money come from?
8      A.  This is prior year's tax --
9      Q.  Okay.  Well, whatever --
10     A.  -- in which the prior year's money
11 pays for the prior year's tax.
12     Q.  But what I want to know is whenever it
13 was paid, where did the money come from?
14     A.  The money came from sales of equity in
15 the partnership.
16     Q.  So the partnership would sell equity?
17     A.  Mh-hmm.
18     Q.  Sell the shares?
19     A.  Mh-hmm.
20     Q.  And then make an actual check for
21 the -- to the K-1 person?
22     A.  Yes.  Correct.
23     Q.  So if yours was, let's say,
24 arbitrarily $20 million, that would mean that you

Page 48

1  took out $20 million from the sale of shares of
2  stock to pay for --
3      A.  To pay for those debts.
4      Q.  Pay for those debts?
5      A.  Correct.
6      Q.  And you would have then received that
7  as income to you, individually?
8      A.  As to LLC accounting thing, I don't
9  know what is the right term for that.
10     Q.  And what affect, if any, did that
11 distribution have on the partnership?
12     A.  These were distributed on a quarterly
13 basis based on the actual tax that we received --
14 based on the actual sales of equity during that
15 time.
16         So it is not a one lump sum that was
17 paid off and it's paid over a period of time.  And
18 at that time, the company had money so we could pay
19 the tax.
20     Q.  So are you telling me that the $25
21 million was distributed over a period of time?
22     A.  Yes.
23     Q.  And what affect did that have on the
24 company?

Page 49

1         MR. FANIKOS:  I'll object to that.
2      Q.  To the cash flow of the company or the
3  assets of the company?
4      A.  When it was distributed, it can't be
5  distributed unless the company had money.
6      Q.  But after the distribution, did the
7  company have money?
8      A.  After the cash was distributed?  The
9  company would have money because this is a carry
10 through in the numbers here.  We need to see when it
11 was distributed.  The company doesn't distribute
12 money unless it has money.
13     Q.  All right.  But after the distribution
14 was made, was the company -- did the company have
15 more liabilities than assets?
16         MR. FANIKOS:  I'm going to object
17 because we haven't put a date on when the
18 distribution was made.
19         MR. NATHANSON:  We'll get to that.
20 It's in the 2000 tax return.
21     A.  At 2001, of course the company has
22 high asset than liability at that time.
23     Q.  So you had, you say, high assets and
24 then there's this distribution that's made of the 25

13 (Pages 46 to 49)

Page 66

1    A.  Yes.  I owned 99 percent of the
2  capital.
3    Q.  98.9 percent of the capital?
4    A.  Correct.
5    Q.  And of the profit, your profit sharing
6  it was 87.5?
7    A.  Correct.
8    Q.  And it shows a distribution to you of
9  23,083,051?
10    A.  Correct.
11    Q.  So that in the year 2000, you received
12  $23 million in cash?
13    A.  Absolutely.
14    Q.  And, again, it shows on the page two
15  that, again, this was a distribution of money?
16    A.  Mh-hmm.
17    Q.  So, again, if I understand how it
18  works is that you got $23 million of the 25 million
19  that was distributed?
20    A.  Mh-hmm.
21    Q.  You have to answer yes or no.
22    A.  Yes.  Absolutely.  87.5 percent.
23    Q.  So you got the lion share of the cash
24  distribution?

Page 67

1    A.  Correct.
2    Q.  So what affect, if any, did this have
3  on the balance sheet of Linsang Partners?
4      MR. FANIKOS:  Objection.
5    A.  Year end balance sheet, 161,000,000.
6    Q.  That's the liabilities?
7    A.  No.  Assets.  161,000,000 statement
8  total.
9    Q.  So you had $161,000,000 in assets is
10  what you're telling me?
11    A.  Correct.
12    Q.  And of those assets --
13    A.  After distribution.
14    Q.  What?
15    A.  After distribution.
16    Q.  Well, where does it say that this is
17  total assets?  Where does the distribution show up?
18  Doesn't it show up later down on the bottom?
19    A.  A hundred million.  A hundred million.
20  Same number there.
21    Q.  So it's -- 161,000,000 is the total
22  assets before the distribution?
23    A.  No.  This is balance as of year end.
24  It's a hundred million, hundred million, due to the

Page 68

1  60 million here which adds up to be that.
2    Q.  Right.  Well, maybe we're saying the
3  same thing, I think.
4    A.  That's after distribution.
5    Q.  After the distribution, what was
6  the --
7    A.  161.
8    Q.  161,000,000?
9    A.  Of which there is a liability in the
10  company of 60 million and 522 million.  These are
11  the only liability of the company.
12    Q.  All right.  Again, this was a paper
13  entry that was based on valuations of stock, w
14  correct?
15    A.  Correct.
16    Q.  And the 25 -- 23 million that you took
17  out, where did that go to?
18    A.  Taxes that we paid.
19    Q.  Taxes?
20    A.  Yes.
21    Q.  I notice that there was another
22  distribution made to a Mr. James Woolsey?
23    A.  Yes.
24    Q.  Who is he?

Page 69

1    A.  He's the director of -- he is a board
2  of advisor of the company.
3    Q.  You mean on the board of --
4    A.  Advisor.
5    Q.  -- advisors?
6    A.  Because LLC doesn't have directors.
7    Q.  Right.  And he got 23 -- how much did
8  he get for that?
9    A.  Whatever the amount is there.
10    Q.  I can look at my notes.  He got
11  $310,000?
12    A.  Yeah.
13    Q.  Did anybody else get a distribution?
14    A.  It's all listed here.
15    Q.  You mean in the K-1's?
16    A.  Absolutely.
17    Q.  Now, you filed a U.S. partnership
18  return again showing $10 million in gross receipts?
19    A.  Mh-hmm.
20    Q.  And, again, showing a
21  25-million-dollar distribution?
22    A.  Yes.
23    Q.  And showing a loss --
24    A.  Yes.

Page 50

1  million.
2      A.  Correct.
3      Q.  And after the distribution, what
4  affect, if any, did it have on the so-called assets
5  of the company?
6          MR. FANIKOS:  Same objection.
7      A.  The day after the distribution has no
8  affect.  Today it's different because the asset
9  value are different.
10      Q.  Well, did it deplete the assets of the
11  company?
12      A.  No, at that time.  The day after the
13  thing is distributed we have plenty of asset --
14      Q.  So --
15      A.  -- in 2001.
16      Q.  In 2001.  How about 2002?
17      A.  But that is way after the money has
18  been distributed.
19      Q.  Well, we'll get to that in a minute.
20      A.  Okay.
21      Q.  Now, what is item No. 2722 for,
22  comprehensive income of 210?
23      A.  That's a good question.  I do not know
24  the accounting terms and what that would represent

Page 51

1  at that point.  I do not know.
2      Q.  Well, is that -- that purports to be
3  an income figure, does it not?
4      A.  I do not know the answer because I'm
5  not an accountant.  There are definite accounting
6  definitions of these terms and I can't give you the
7  answer for it.
8      Q.  What type of income would that
9  include?
10          MR. FANIKOS:  Objection.
11      A.  Let me see it.
12          (Reviewing document.)
13      A.  It could be interest, bank interest,
14  because there's no interest listed otherwise, so...
15      Q.  What does that mean, it could be bank
16  interest?
17      A.  Again, this is depending on how this
18  thing is booked and how this thing is reported.  If
19  you could see it in the returns, you would see these
20  number in there that would define it in detail,
21  which is whether it's an interest or not because
22  Linsang has no revenue generating business.  The
23  only thing that generate revenue is interest.
24      Q.  Again, are you telling me that you

Page 52

1  believe that this comprehensive income is interest?
2      A.  Likely.
3      Q.  Likely?
4      A.  Mh-hmm.
5      Q.  Interest that's received by Linsang
6  from what and from whom?
7      A.  Bank accounts.
8      Q.  Bank accounts.  And that's $210
9  million?
10      A.  210,000.
11      Q.  Is it 210,000?
12      A.  If it's 210 million, then I know what
13  it is.  That is a definition on the books of the
14  shares.  This is a booking of the shares, 210
15  million.
16          MR. FANIKOS:  Can I just -- may I?
17      Q.  It is 210 million.
18      A.  Then it's the shares.
19          MR. FANIKOS:  Thank you.
20      Q.  And so these are just book values of
21  the shares?
22      A.  Yeah, book value of the shares.
23  That's the invested value of the shares, I believe.
24      Q.  Now, the next column, there is a

Page 53

1  column on page two.
2      A.  Yes.
3      Q.  And starting with 4080, are these
4  expenses that are actually paid out by Linsang?
5      A.  I believe that as of that date we have
6  paid out that amount, correct.
7      Q.  Now, for instance, if I go down to
8  Accounting Fees, which is item No. 6030, it says
9  Accounting Fees, 483,077.
10      A.  Mh-hmm.
11      Q.  So if I read that correctly, that
12  means that that's a figure that was actually paid?
13      A.  Correct.
14      Q.  Well, where did the money come from
15  for that?
16      A.  This balance sheet here, this trial
17  balance here represent a long period of time and so
18  they represent the time that we had money because
19  this is a total booking of the company over time,
20  over the year of the history of the company and
21  that's the total amount of accounting fee we have
22  ever paid.
23      Q.  Now, you've got also here under 6525
24  Consulting Services to Linsang Partners, 442,000.

14 (Pages 50 to 53)

1    Q.  I meant to ask you about item
2  number -- referring to 4B, item number, account No.
3  1140 -- strike that.  1133, it says A/R
4  Manufacturing, 1,146,924, correct?
5    A.  It's account receivable, correct.
6    Q.  What does that mean?  It's account
7  receivable for manufacturing.  What does that mean?
8    A.  We are prepaid for a manufacturing
9  order in which manufacturing has not completed at
10  that point so there's account receivable on them
11  booked.
12    Q.  Meaning that it's money that's owed --
13    A.  To us.
14    Q.  -- to Linsang Partners?
15    A.  And that's why it's an asset.
16    Q.  And what happened to that account
17  receivable, manufacturing?
18    A.  They have in time provided the
19  services for us and so converted back into services.
20    Q.  All right.  Now, moving on to the same
21  2001 tax return, on the bottom there's a
22  distribution of money of 25,735,000.
23    A.  That is where the tax are paid,
24  correct.

1    Q.  We'll get to that.  That's the K-1's
2  you were talking about before?
3    A.  Yes.
4    Q.  And then underneath it says
5  distribution of property other than money of
6  595,373.  What's that?
7    A.  If it is distribution other than
8  money, that would be an equity in stock.
9    Q.  Do you know who that was distributed
10  to?
11    A.  We have to check the records.
12    Q.  We'll get to that.  Now, the next page
13  on the 2001 tax return has a schedule L, balance
14  sheet and it starts off in the first two
15  columns, it tells you what was the beginning of the
16  tax return and the last two columns the end of the
17  tax return.
18    A.  That's exactly right.
19    Q.  And so that if I look at total assets
20  at the beginning of the tax year, it's 206,000,000
21  and at the end of the tax year, according to the tax
22  return, it's 161,000,000, --
23    A.  Mh-hmm.
24    Q.  -- correct?

1    A.  Correct.
2    Q.  So if I read this correctly, cash you
3  had 36 million and then --
4    A.  That's where the interest come from.
5    Q.  You had 36 million at the beginning of
6  the year and at the end of the year you had 166,000.
7  Where did the cash go out?
8    A.  Investment into companies.
9    Q.  So you invested roughly 30 -- almost
10  $36 million into companies?
11    A.  Probably more because we probably have
12  sold equity during that time and so you added more
13  together; that would be what we have invested into
14  the companies during that time.
15    Q.  Okay.
16    A.  We have to add them all out.
17    Q.  Again, on the same tax return it shows
18  that your liabilities at the beginning of the year
19  were 206,000,000, but they dropped down to
20  161,000,000, correct?
21    A.  It's a total liability and capital so
22  that is, I believe, capital.
23    Q.  Now, the same --
24    A.  This is the balance sheet.  Basically,

1  balanced.
2    Q.  I want to go down to Schedule M2,
3  Analysis of Partners Capital Accounts.
4    A.  Correct.
5    Q.  It says that there was a distribution
6  in cash of 25,735,250?
7    A.  Correct.
8    Q.  And then property, 595 -- 595,000?
9    A.  Mh-hmm.
10    Q.  And then it refers me to some
11  decreases, and we'll get to that in a minute.  Now,
12  you were asking before about the Schedule K the
13  investment income, but, again, it does talk about
14  interest income of 2.8 million.
15    A.  Yeah.  It must be due to that cash
16  that we have which is reasonable with 30 -- we
17  started up with 36 million.
18    Q.  What I want to do is on part of the
19  2001 tax return is the K-1 for you and you're
20  identified as the partner.
21    A.  Correct.
22    Q.  And this shows that you had roughly
23  87 -- you owned the most of the capital, is that
24  correct?

Page 54

1    (Reviewing document.)
2        A.  This is an expense, and it means that
3    we have expensed it on behalf of Linsang Partners.
4    This group, everything here is expense. So we have
5    expensed that on behalf of Linsang Partners.
6        Q.  What do you mean by that? You mean
7    paid on behalf of Linsang Manufacturing?
8        A.  Correct. Because we have done market
9    studies. We have done other things.
10       Q.  Have you been compensated for it?
11       A.  No.
12       Q.  Do you expect to be compensated for
13   it?
14       A.  No.
15       Q.  Another item was 6038 for Legal Fees
16   for Armillaire Technology of 119,000. Why were you
17   paying legal fees for Armillaire?
18       A.  When we formed the company, we are the
19   one who created that company at that time and so we
20   have to hire lawyers and once the company is formed,
21   it's the company's.
22       Q.  Did you ever get compensated for it?
23       A.  No. As the investor, equity is what
24   the compensation is.

Page 55

1        Q.  Now, 4C is also a trial balance?
2        A.  Correct.
3        Q.  For what period of time?
4        A.  That is the period of 12-31, 2002.
5    December 31st. That's right.
6        Q.  And if I look through those figures,
7    again that would be just like a snapshot as of that
8    particular date?
9        A.  And that is for each of these company,
10   the historical snapshot of that company on that
11   date.
12       Q.  And, again, what it does is just lists
13   the company as of that date, the shares, the cost
14   and FMV, which means fair market value?
15       A.  Correct.
16       Q.  And as of 12-31-02, these purport to
17   be the fair market value of these various shares of
18   stock?
19       A.  The fair market value because this is
20   an internal document would be internal estimation of
21   the fair market value at that time.
22       Q.  Where did you get those figures for
23   the fair market value?
24       A.  Fair market value calculation for

Page 56

1    private company is fundamentally what you look
2    outside, look at what other company's doing and do a
3    comparable equivalent.
4        Q.  All right. And has that changed since
5    2002?
6        A.  Absolutely.
7        Q.  Which way?
8        A.  Very negative.
9        Q.  For instance, the shares of Linsang
10   Manufacturing, you've listed as of 12-31-99 as two
11   and a half million, is that correct?
12       (Reviewing document.)
13       A.  There's additional on the next page.
14   Okay? And the next page addition which we have to
15   add them in together is a different number.
16       Q.  More or less?
17       A.  The additional numbers in there.
18   There are some that are small and there's an
19   unrealized number which means it's a writeoff. If
20   you don't count the unrealized, it's about six point
21   some million, correct.
22       Q.  So has value gone up or down of
23   Linsang Manufacturing?
24       A.  Actually, down. The reason is because

Page 57

1    what you're looking at today in the number represent
2    additional capital infusion into LMIC.
3        Q.  Where did this additional capital
4    infusion come from?
5        A.  Because you can see there are debts in
6    the company and it's the conversion of debt into
7    equity.
8        Q.  Well, what does that mean?
9        A.  We have actually put more money into
10   LMIC than what's shown in there at 2002. Much of
11   that money is booked as debt; not as equity, so it
12   does not show up there. Eventually we convert those
13   debts into equity.
14       If you put the total amount of
15   conversion into it, we actually are worth less today
16   than what total cash we have put into the company,
17   even as the public company.
18       Q.  Now, let me ask a question about your
19   tax returns. You filed for an extension for the
20   2003?
21       A.  Correct.
22       Q.  And when do you expect to file the
23   2003?
24       A.  I have no idea.

15 (Pages 54 to 57)

Page 58

1    Q.  Well, who's your accountant?
2    A.  Price Waterhouse.
3         MR. NATHANSON:  And would you agree,
4  this is a request to counsel, to produce that 2003
5  tax return if and as of when it's filed?
6         MR. FANIKOS:  Yes, we will.
7         THE WITNESS:  We will.
8    Q.  What I want to do is look at the 2001
9  tax return that you produced.
10   A.  Mh-hmm.
11   Q.  And it purports to be the -- I guess
12 the second document.
13        MR. FANIKOS:  The second tab.
14   Q.  Second tab in the book that I showed
15 you in front of you, correct?
16   A.  Mh-hmm.
17   Q.  And this was -- again, this would be
18 the 2001 U.S. tax return.
19   A.  Correct.
20   Q.  And it shows gross receipts does, it
21 not, of $10 million?
22   A.  Correct.
23   Q.  $10,237,500.
24   A.  Mh-hmm.

Page 59

1    Q.  Correct?
2    A.  Correct.
3    Q.  Now, it also shows on Schedule K here,
4  it says for line item No. 4A interest income of
5  2,865,401.  What is that?
6    A.  That would be the interest income
7  according to the schedule.
8    Q.  In other words, is this income that
9  was received by Linsang Partners of roughly 2.8
10 million?
11   A.  It must be.
12   Q.  And this was interest income from
13 what?
14   A.  We have to refer to the schedule.
15   Q.  Well, we've got the tax return.  Can
16 you show me the schedule?
17   A.  Let me see how good I am on this.
18        (Reviewing document.)
19        (Discussion off the record.)
20        (A short break was taken.)
21   Q.  I think before we broke --
22   A.  Right here (indicating).
23   Q.  Oh, you got it.  Before we broke, --
24   A.  That would be interest earned.

Page 60

1    Q.  -- we were talking --
2    A.  2 million.
3         MR. FANIKOS:  Wait.
4    Q.  Before we broke, we were talking about
5  on the 2001 tax return that there is an item for
6  roughly $2.8 million in interest, and I asked you
7  what it's about and your answer is -- after looking
8  at the tax return is what?
9    A.  Interest.
10   Q.  Interest that was received by Linsang
11 Partners from what?
12   A.  From the stock and cash that we
13 carried at that time.  The public equity that we
14 had.
15   Q.  Well, you get dividends, don't you,
16 from stock; not interest?
17   A.  Yeah, but when we sell the stock, the
18 stock is turned into cash and before we invest those
19 stock -- those cash again, that money sits in a cash
20 carrying account and so that cash generate interest.
21   Q.  And how much was in the account that
22 generated $2.8 million in interest?
23   A.  We had a lot of cash.
24   Q.  What was a lot of cash?

Page 61

1    A.  I don't remember the numbers.
2    Q.  Now, moving down on the same page of
3  the tax return, for the 2001 tax return, there's an
4  item here under 14B of investment income of
5  2,867,000, and I'm just going to round off for the
6  future.  What is that?  What was that?
7    A.  That usually means -- that usually
8  means that it is the shares that we sold during that
9  year.
10   Q.  So you made roughly $2.8 million in
11 income from shares that you sold?
12   A.  Correct.
13   Q.  And in addition, received interest
14 income?
15   A.  From cash that carried from last year.
16   Q.  From cash that was?
17   A.  Carried from 2000.
18   Q.  Well, when you say "carried," you mean
19 in the bank account?
20   A.  Yeah, in a bank account.
21   Q.  Now, before we go any further, there
22 is a question I forgot to ask you on 4B and I
23 apologize.
24   A.  Sure.

16 (Pages 58 to 61)