MAR-25-2004  16:17     LERNER                                    617 443 9471     P.02/05



Schedule 1.1(b)

## DESCRIPTION OF INVESTMENT PROPERTY

**Pledged Stock:**

| Issuer | Class of Stock | Stock Certificate No. | No. of Shares |
|--------|----------------|----------------------|---------------|
| Alatiere, Inc. | Common | 1 | 2,000,000 |
| Alatiere, Inc. | Common | 2 | 14,000,000 |
| Alatiere, Inc. | Common | 3 | 20,000,000 |
| Armillaire Technologies, Inc. | Common | 1 | 30,000,000 |
| Armillaire Technologies, Inc. | Common | 2 | 2,083,333 |
| Armillaire Technologies, Inc. | Common | 3 | 8,750,000 |
| Armillaire Technologies, Inc. | Common | 4 | 230,568 |
| Armillaire Technologies, Inc. | Common | 5 | 90 |
| Armillaire Technologies, Inc. | Common | 27 | 10,000,000 |
| Armillaire Technologies, Inc. | Common | 39 | 10,321,436 |
| Armillaire Technologies, Inc. | Common | 56 | 20,000,000 |
| CrossMedia Networks Corp. | Series C Senior Convertible Preferred | C-1 | 2,500,000 |
| CrossMedia Networks Corp. | Common | 12 | 1,400,000 |
| Linsang Manufacturing, Inc. | Common | 1 | 5,000,000 |
| Linsang Manufacturing, Inc. | Common | 2 | 20,000,000 |



LMIC Investor Relations Home

**Investor Relations Home**

### Profile

LMIC provides integrated design, manufacturing and post-production services to small- and mid-sized electronic original equipment manufacturers (OEMs). The company operates an 85,000 square foot, state-of-the-art manufacturing facility in Beltsville, Md. The company's customers include networking, telecommunications, defense electronics, industrial controls, and medical technology organizations, both private and public. ... More >>

### Stock Quote

04/04/05 2:43 p.m. ET

**LMII.OB (Common Stock)**       Exchange: OTC BB (US Dollar)

| | | | |
|---|---|---|---|
| | | Change | - 0.01 |
| Price | **$0.29** | | |
| | | % Change | 3.33% |

Minimum 20 minute delay
Refresh quote

### Recent News                                         More >>

| Date | Title | |
|---|---|---|
| 03/30/05 | LMIC Announces First Purchase Order from GSR Mobile to Provide Cell Phones | |
| 01/26/05 | LMIC, Inc., Obtains a Purchase Order for up to One Million Cell Phones for GSR Mobile | |
| 11/11/04 | LMIC Reports Third Quarter and Nine-Month Results | |
| 11/11/04 | LMIC Announces Steps toward Improving Capital | |

### Sub-Menu:

- ▸ Company Overview
- ▸ Annual Reports
- ▸ Fact Sheet
- ▸ SEC Filings
- ▸ Directors and Officers
- ▸ Event Calendar
- ▸ Stock Quote
- ▸ Advanced Fundamentals
- ▸ Stock Chart
- ▸ E-Mail Alerts
- ▸ News Releases
- ▸ Investor Kit

1062196.7

| Issuer | Class of Stock | Stock Certificate No. | No. of Shares |
| --- | --- | --- | --- |
| Linsang Manufacturing, Inc. | Common | 8 | 4,604,828 |
| Linsang Manufacturing, Inc. | Common | 9 | 1,570,468 |
| Network Access Solutions Corp. | Series B Preferred | B-5 | 412,500 |
| Pass Technologies, Inc. | Class A Common | A-2 | 1,000,000 |
| Pass Technologies, Inc. | Class A Common | A-3 | 1,000,000 |
| Removable Media Solutions, Inc. | Preferred | P-1 | 1,500,000 |
| Telentente, Inc. | Common | C-4 | 10,000,000 |
| Telentente, Inc. | Common | C-8 | 2,325,581 |
| VTLinx Multimedia Systems, Inc. | Common | 1 | 2,280,000 |
| VTLinx Multimedia Systems, Inc. | Common | 3 | 2,793,296 |
| VTLinx Multimedia Systems, Inc. | Common | 4 | 11,400,000 |
| VTLinx Multimedia Systems, Inc. | Common | 6 | 13,966,480 |
| VTLinx Multimedia Systems, Inc. | Common | 7 | 1,666,667 |
| VTLinx Multimedia Systems, Inc. | Common | 8 | 166,667 |
| VTLinx Multimedia Systems, Inc. | Common | 9 | 625,000 |
| VTLinx Multimedia Systems, Inc. | Common | 10 | 500,000 |
| VTLinx Multimedia Systems, Inc. | Common | 11 | 166,667 |
| VTLinx Multimedia Systems, Inc. | Common | 12 | 8,555,015 |

warrants to purchase 105,000 shares at an exercise price of $1.50 per share, purchased from our company.

(12)   Includes 100,000 shares purchased directly from our company for $1.50 per share, 200,000 shares purchased by Anasazi Partners III Offshore, Ltd. from Linsang Partners, LLC, for $200, and shares underlying warrants to purchase 105,000 shares at an exercise price of $1.50 per share, purchased from our company.

(13)   Includes 2,298,851 shares distributed to Benevolent Partners LP from Aladdin Investments LLC and warrants to purchase 459,770 shares at an exercise price of $1.50 issued by our company to Benevolent Partners LP in March 2004. Also includes shares distributed to each of James W. Libman, Jon B. Libman, Richard Tuch and the O'Neel Family Development Co, LLC from Aladdin Investments LLC

51

MAR-25-2004  16:17    LERNER & HOLMES PC                    617 443 9471    P.04/05

1062196.7

| Issuer | Class of Stock | Stock Certificate No. | No. of Shares |
|---|---|---|---|
| VTLinx Multimedia Systems, Inc. | Common | 13 | 79,675 |
| VTLinx Multimedia Systems, Inc. | Common | 14 | 166,667 |
| Wavix, Inc. | Class B Senior Convertible Participating Preferred | B-1 | 4,120 |
| Linsang Computing, Inc. | Common | 1 | 8,333,333 |
| Xyterra Computing, Inc. | Common | 2 | 1,333,333 |
| Erevu, Inc.* | Common | 3 | 1,926 |
| Arcomm Holding Company** | Common | C-2 | 65,730,874 |

*Certificates not delivered.  In the process of being exchanged for shares of Alladin, certificates for Alladin stock will be delivered upon receipt.

**Certificate not delivered.  In the process of being issued, will be delivered upon receipt.

-4-

\*     Less than 1%.

(1)    Percentage of outstanding shares is based on 18,500,981 shares of common stock outstanding as of December 16, 2004, together with shares deemed beneficially owned by each such shareholder. Beneficial ownership is determined in accordance with the rules of the Securities and Exchange Commission and generally includes voting or investment power with respect to securities. Shares of common stock that may be obtained within 60 days of December 16, 2004 are deemed to be beneficially owned by the person holding such securities that are convertible or exchangeable into shares of common stock for the purpose of computing the percentage of ownership of such person, but are not treated as outstanding for the purpose of computing the percentage ownership of any other person.

(2)    LMIC cannot predict the actual number of shares of common stock that will be issued pursuant to the Standby Equity Distribution Agreement because the purchase price of the shares under the Standby Equity Distribution Agreement is based upon future bid prices for LMIC's shares at the time it requests an advance of funds from Cornell Capital and because LMIC has not determined the total amount of advances under the Standby Equity Distribution Agreement that it intends to request. Therefore, the number of shares of common stock registered under this registration statement in connection with the Standby Equity Distribution Agreement is based on LMIC's good-faith estimate of the maximum number of shares that LMIC will issue with respect thereto based upon current market prices of the company's common stock. Assumes Cornell Capital sells all shares purchased by it pursuant to the Standby Equity Distribution Agreement.

(3)    Includes 333,333 shares purchased directly from our company for $1.50 per share, 666,667 shares purchased by Allegiant Capital Group from Linsang Partners, LLC, an affiliate of Kwok Li, our Chairman and Chief Executive Officer, for $6,667, and shares underlying warrants to purchase 350,000 shares at an exercise price of $1.50 per share, purchased from our company.

(4)    Includes 33,333 shares purchased directly from our company for $1.50 per share, 66,667 shares purchased by Mr. Baum from Linsang Partners, LLC, for $667, and shares underlying warrants to purchase 35,000 shares at an exercise price of $1.50 per share, purchased from our company.

(5)    Includes 16,667 shares purchased directly from our company for $1.50 per share, 33,333 shares purchased by Mr. Verga from Linsang Partners, LLC, for $333, and shares underlying warrants to purchase 17,500 shares at an exercise price of $1.50 per share, purchased from our company.

(6)    Includes 16,667 shares purchased directly from our company for $1.50 per share, 33,333 shares purchased by Mr. Verga from Linsang Partners, LLC, for $333, and shares underlying warrants to purchase 17,500 shares at an exercise price of $1.50 per share, purchased from our company.

(7)    Includes 33,333 shares purchased directly from our company for $1.50 per share, 66,667 shares purchased by Dr. Brahmbhatt from Linsang Partners, LLC, for $667, and shares underlying warrants to purchase 35,000 shares at an exercise price of $1.50 per share, purchased from our company.

(8)    Includes 16,667 shares purchased directly from our company for $1.50 per share, 33,333 shares purchased by Mr. Martin from Linsang Partners, LLC, for $333, and shares underlying warrants to purchase 17,500 shares at an exercise price of $1.50 per share, purchased from our company.

(9)    Includes 16,667 shares purchased directly from our company for $1.50 per share, 33,333 shares purchased by Mr. Stowell from Linsang Partners, LLC, for $333, and shares underlying warrants to purchase 17,500 shares at an exercise price of $1.50 per share, purchased from our company. (10) Includes 133,333 shares purchased directly from our company for $1.50 per share, 266,667 shares purchased by Mr. Baker from Linsang Partners, LLC, for $267, and shares underlying warrants to purchase 140,000 shares at an exercise price of $1.50 per share, purchased from our company.

(11)    Includes 100,000 shares purchased directly from our company for $1.50 per share, 200,000 shares purchased by Anasazi Partners III LLC from Linsang Partners, LLC, for $200, and shares underlying

**Pledged Notes:**

| Issuer | Payee | Principal Amount |
|---|---|---|
| Armillaire Technologies, Inc. | Linsang Partners, LLC | $5,000,000.00 |
| Armillaire Technologies, Inc. | Linsang Partners, LLC | $2,000,000.00 |
| Armillaire Technologies, Inc. | Linsang Partners, LLC | $2,000,000.00 |
| Armillaire Technologies, Inc. | Linsang Partners, LLC | $1,000,000.00 |
| Armillaire Technologies, Inc. | Linsang Partners, LLC | $800,000.00 |
| Removable Media Solutions, Inc. | Linsang Partners, LLC | $500,000.00 |
| Xyterra Computing, Inc. | Linsang Partners, LLC | $500,000.00 |
| Xyterra Computing, Inc. | Linsang Partners, LLC | $100,000.00 |
| Xyterra Computing, Inc. | Linsang Partners, LLC | $20,000.00 |
| Invicta Networks, Inc. | Kwok Li | $1,000,000.00 |

The table follows:

| Selling Stockholder | Shares Beneficially Owned Before Offering | Percentage of Outstanding Shares Beneficially Owned Before Offering | Shares to be Acquired under the Standby Equity Distribution Agreement, upon Conversion, Or pursuant to Registration Rights Penalties | Shares to be Sold in the Offering | Percentage of Outstanding Shares Beneficially Owned After Offering(3) |
|---|---|---|---|---|---|
| Cornell Capital Partners, L.P. | -0- | * | 10,000,000(2) | 10,000,000(2) | |
| Allegiant Capital Group, LLC | 1,350,000(3) | --% | 0 | 1,350,000 | 0% |
| David Baum | 135,000(4) | --% | 0 | 135,000 | 0% |
| Joseph Verga | 67,500(5) | *% | 0 | 67,500 | 0% |
| Donald Robbins | 67,500(6) | *% | 0 | 67,500 | 0% |
| Dr. Bimalkumar Brahmbhatt | 135,000(7) | --% | 0 | 135,000 | 0% |
| Sean Martin | 67,500(8) | *% | 0 | 67,500 | 0% |
| Kurt Stowell | 67,500(9) | *% | 0 | 67,500 | 0% |
| Christopher P. Baker | 540,000(10) | --% | 0 | 540,000 | 0% |
| Anasazi Partners III, LLC | 405,000(11) | --% | 0 | 405,000 | 0% |
| Anasazi Partners III Offshore, Ltd. | 405,000(12) | --% | 0 | 405,000 | 0% |
| Benevolent Partners LP | 2,758,621(13) | --% | 0 | 2,758,621 | 0% |
| James W. Libman | 91,954(13) | *% | 0 | 91,954 | * |
| Jon B. Libman | 61,303(13) | *% | 0 | 61,303 | 0% |
| Richard Tuch | 30,651(13) | *% | 0 | 30,651 | 0% |
| O'Neel Family Development Co. LLC | 183,809(13) | --% | 0 | 183,809 | 0% |
| David Bell | 66,093 | * | 0 | 66,093 | 0% |
| Laurus Master Funds, Ltd | | | | | |
| Convertible Debt Equity-based Registration Rights | 0 | | 1,000,000 | | |
| Penalties | 0 | | 1,031,000 | | |
| InteSec Group LLC | 44,580 | *% | 0 | 44,580 | 0% |

----------

*    Less than 1%.

AS FILED WITH THE SECURITIES AND EXCHANGE COMMISSION ON AUGUST 23, 2004

Commission File No. 333-111720

SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

FORM SB-2

Pre-effective Amendment No. 3

REGISTRATION STATEMENT UNDER
THE SECURITIES ACT OF 1933

LMIC, INC.
(Exact name of registrant as specified in charter)

| Delaware | 9995 | 84-1029987 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Primary Standard Classification Code Number) | (IRS Employer I.D. Number) |

6435 Virginia Manor Road
Beltsville, MD 20705
(240) 264-8310
(Address and telephone number of principal executive offices)

6435 Virginia Manor Road
Beltsville, MD 20705
(240) 264-8310
(Address of principal place of business or intended principal place of business)

Kwok Leung Li
6435 Virginia Manor Road
Beltsville, MD 20705
(240) 264-8310
(Name, address and telephone number of agent for service)

Copies of all communications, including all communications sent to the agent for
service, should be sent to:

Stephen A. Weiss
Gersten, Savage, Kaplowitz, Wolf & Marcus, LLP
101 East 52nd Street
New York, NY 10023
(212) 752-9700

APPROXIMATE DATE OF COMMENCEMENT OF PROPOSED SALE TO THE PUBLIC:

As soon as practicable after the effective date of this Registration Statement

If any of the securities being registered on this Form are to be offered on a
delayed or continuous basis pursuant to Rule 415 under the Securities Act of
1933, other than securities offered only in connection with dividend or interest
reinvestment plans, check the following box [X].

If this Form is filed to register additional securities for an offering pursuant
to Rule 462(b) under the Securities Act, please check the following box and list
the Securities Act registration statement number of the earlier effective
registration statement for the same offering. [ ]

Development Co. LLC, are former members of Aladdin Investment, LLC and intend to sell an aggregate of 397,816 shares of our common stock and shares of common stock issuable upon exercise of warrants to purchase an aggregate of 87,500 shares of our common stock at an exercise price of $1.50 per share.

o     David Bell is a marketing and business development consultant to our company and intends to sell up to 66,093 shares of our common stock.

o     InteSec Group LLC intends to sell up to 44,580 shares of our common stock issued to such entity as compensation for federal marketing consulting services rendered.

49

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. [ ]

If delivery of the prospectus is expected to be made pursuant to Rule 434, please check the following box. [ ]

CALCULATION OF REGISTRATION FEE

| Title of Each Class of Securities To be Registered | Shares to be Sold in This offering | Proposed Maximum Offering Price Per Share (1) | Proposed Maximum Aggregate Offering Price | Amount of Registration Fee |
|---|---|---|---|---|
| Common Stock, par value $.001 per share | 20,032,275 | $2.00 | $40,064,550 | 4,538.51(2) |
| Common Stock, par value $.001 per share | 500,000(3) | $2.00 | $1,000,000 | $126.70(2) |
| Total | | | | $4,665.21(2) |

All shares of common stock being registered hereunder are being offered by selling stockholders of LMIC, Inc.

(1) Offering price computed in accordance with Rule 457 (c).

(2) Previously paid $4,665.21.

(3) Pursuant to Rule 416, this Registration Statement includes an additional 500,000 shares of common stock representing the registrant's reasonable good faith estimate of the number of additional securities as may be required for issuance upon the exercise of the options or warrants or conversion of convertible debt securities as a result of any adjustment in the number of securities issuable by reason of the options, warrants or convertible securities.

The registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933 or until the Registration Statement shall become effective on such date as the Commission, acting pursuant to Section 8(a), may determine.

(2) The percentage of common stock owned is calculated based on the number of shares of common stock outstanding, plus in the case of each person the number of shares of common stock issuable only to such person upon the exercise of options or warrants and the conversion of convertible debt securities.

(3) Officer or director.

(4) Benevolent Partners LP was a limited partner of Aladdin Investments, LLC, a Delaware limited liability company consisting of five members and formed for the purpose of purchasing securities in the Company. In March 2004, Aladdin purchased 2,666,667 shares of our common stock for $4,000,000, or $1.50 per share. In addition, certain of Aladdin's members and affiliates of its manager purchased, for $30,367, five year warrants to purchase an aggregate of 3,036,667 shares of our common stock at an exercise price of $1.50 per share. In November 2004, Aladdin Investments distributed our securities to its partners and Benevolent Partners LP received its pro-rata investment share, consisting of 2,298,851 shares of our common stock and warrants to purchase 459,770 shares of common stock at an exercise price of $1.50 per share. The foregoing shares do not include up to 2,000,000 shares of our common stock that may be purchased for $1.50 per share by Allegiant Capital Group, LLC upon exercise of a warrant we agreed to issue to such entity in February 2005. Allegiant Capital Group is an entity owned by Michael Stasil, one of the partners of Benevolent Partners, LP.

(5) Kwok Li is the managing member of Linsang Partners, LLC and may be deemed to share voting and investment control of the shares directly owned by Linsang Partners, LLC.

(6) Hyla Holdings, LLC is the general partner of Linsang International, L.P. and may be deemed to share voting and investment control of the shares directly owned by Linsang International, L.P. As the sole member of Hyla holdings, LLC, Felice Li (the wife of Kwok Li) may be deemed to share voting and investment control of the shares directly owned by Linsang International, L.P. and that may be deemed to be indirectly owned by Hyla Holdings, LLC.

(7) Includes an aggregate of 833,333 share of common stock pledged by Linsang International, LP, an entity controlled my Mr. Kwok Li, to JP Morgan Chase Bank to collateralize a $1,250,000 business loan made in March 2004.

(8) Does not give effect to (i) an aggregate of 1,600,000 shares of common stock sold, for $16,000, by Linsang Partners LLC, an entity controlled by Mr. Kwok Li, to Allegiant Capital Group, LLC and nine additional investors in connection with private placements by our company in November 2004 and January 2005 of 800,000 shares at $1.50 per share and warrants to purchase an additional 840,000 shares at $1.50, or (ii) the issuance of five year warrants granted by our company to Linsang Partners, LLC to purchase 3,200,000 shares of our common stock at $2.50 per share. See "Related Party Transactions."

## SELLING STOCKHOLDERS

The following table presents information regarding the selling stockholders. Pursuant to the Standby Equity Distribution Agreement, Cornell Capital has agreed to purchase up to $12.0 million of our common stock. None of the selling stockholders are broker-dealers or affiliates of broker-dealers and none of the selling stockholders have held a position or office, or had any other material relationship with us, except as follows:

o    Cornell Capital is the investor under the Standby Equity Distribution Agreement. All investment decisions of Cornell Capital Partners are made by its general partner, Yorkville Advisors, LLC. Mark Angelo, the managing member of Yorkville Advisors, LLC, makes the investment decisions on behalf of Yorkville Advisors.

o    Michael Staisil, an affiliate of Allegiant Capital Group, LLC, is co-chairman of Benevolent Capital Management, the general partner of Benevolent Partners LP, a former member of Aladdin Investments, LLC. Benevolent Partners LP is currently the owner of 2,298,851 shares of our common stock and shares of common stock issuable upon exercise of warrants to purchase 459,770 shares of our common stock at an exercise price of $1.50 per share. Allegiant Capital Group, LLC also intends to sell up to 1,000,000 shares of common stock and 350,000 additional shares underlying warrants held by it. We also recently agreed to issue warrants to purchase an additional 2,000,000 shares of our common stock at an exercise price of $1.50 per share, in consideration of a commitment from Allegiant Capital Group to lend us $1.5 million for a period of approximately six months.

o    James W. Libman, Jon B. Libman, Richard Tuch and the O'Neel Family

SUBJECT TO COMPLETION AUGUST 23, 2004

LMIC, INC.

20,532,275 shares of common stock

By means of this prospectus several stockholders of LMIC, Inc. are offering to sell up to 20,532,275 shares of common stock which they own or which they may at a later date acquire upon the exercise of options or warrants, or conversion of convertible debt securities. The shares being offered hereby for resale include an aggregate of 9,338,627 shares of common stock that are currently outstanding, and an aggregate of 11,193,648 additional shares that are issuable upon exercise of outstanding options or warrants or upon conversion of outstanding convertible debt securities, including 500,000 additional shares that may be issuable to holders of options, warrants, or convertible debt securities pursuant to anti-dilution rights contained in those securities.

Of the shares being offered by means of this prospectus, an aggregate of 4,702,330 shares and 4,124,200 additional shares issuable upon exercise of warrants are beneficially owned by stockholders owning 5% or more of our outstanding common stock, executive officers and directors of our company or their affiliates or members of their immediate families.

LMIC will not receive any proceeds from the sale of the common stock by the selling stockholders. LMIC will pay for the expenses of this offering.

NEITHER THE SECURITIES AND EXCHANGE COMMISSION NOR ANY STATE SECURITIES COMMISSION HAS APPROVED OR DISAPPROVED OF THESE SECURITIES OR PASSED UPON THE ACCURACY OR ADEQUACY OF THIS PROSPECTUS. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.

THESE SECURITIES ARE SPECULATIVE AND INVOLVE A HIGH DEGREE OF RISK. FOR A DESCRIPTION OF CERTAIN IMPORTANT FACTORS THAT SHOULD BE CONSIDERED BY PROSPECTIVE INVESTORS, SEE "RISK FACTORS" BEGINNING ON PAGE 4 OF THIS PROSPECTUS.

LMIC's common stock is quoted on the OTC Bulletin Board under the symbol "LMII.OB" On July 30, 2004 the closing bid price for one share of LMIC's common stock was $1.90.

The date of this prospectus is August __, 2004.

PRINCIPAL STOCKHOLDERS AND HOLDINGS OF MANAGEMENT

The following table sets forth certain information as of December 16, 2004, regarding (i) each person known by the Company to be the beneficial owner of more than 5% of the outstanding shares of Common Stock, (ii) each director and named executive officer of the Company and (iii) all officers and directors as a group. For a description of certain transactions between us and the persons listed in this table, see the section of this Prospectus entitled "Board of Directors and Management Team - Certain Relationships and Transactions."

| NAME | NUMBER OF SHARES BENEFICIALLY OWNED(1) | APPROXIMATE PERCENTAGE OF COMMON STOCK(2) |
|---|---|---|
| Ajit K. Medhekar (3) c/o LMIC, Inc. 6435 Virginia Manor Road Beltsville, MD 20705 | 133,334 | * |
| Kwok Li (3), (5), (6), (7), (8) c/o LMIC, Inc. 6435 Virginia Manor Road Beltsville, MD 20705 | 7,143,249 | 38.6% |
| Benevolent Partners LP (4) 520 Madison Avenue New York, NY 10022 | 2,298,851 | 12.4% |
| Linsang Partners, LLC (5) Post Office Box 0039 Beltsville, MD 20704 | 5,317,788 (8) | 28.7% |
| Hyla Holdings, LLC (6) Kwok Li, Chairman | 0 | * |
| Linsang International, LLP (7) Post Office Box 0039 Beltsville, MD 20704 | 1,825,461 | 9.9% |
| Luis Negrete (3) c/o LMIC, Inc. 6435 Virginia Manor Road Beltsville, MD 20705 | 187,635 | 1.0% |
| Barton Y. Shigemura (3) c/o LMIC, Inc. 6435 Virginia Manor Road Beltsville, MD 20705 | 0 | * |
| John Lambert (3) c/o LMIC, Inc. 6435 Virginia Manor Road Beltsville, MD 20705 | 20,810 | * |
| All Officers and directors as a group, (10 individuals) | 7,568,888 | 40.9% |

* less than 1%.

(1) Pursuant to the rules of the Securities and Exchange Commission, a person is deemed to "beneficially own" shares of common stock over which the person has or shares investment or voting power, or has the right to acquire such power within 60 days.

TABLE OF CONTENTS

|  | PAGE |
|---|---|
| Prospectus Summary |  |
|   Our Company | 1 |
|   The Offering | 1 |
|   Summary Financial Data | 2 |
| Forward-Looking Statements | 2 |
| Risk Factors | 3 |
| Comparative Share Data | 4 |
| Market for Common Stock | 10 |
| Management Discussion and Analysis of Financial Condition and Results of Operation | 11 |
| Business | 11 |
| Legal Proceedings | 24 |
| Board of Directors and Management | 32 |
| Executive Compensation | 32 |
| Certain Relationships and Transactions | 36 |
| Principal Stockholders and Holdings of Management | 38 |
| Selling Stockholders | 42 |
| Plan of Distribution | 44 |
| Description of Common Stock | 49 |
| Experts | 50 |
| Changes in and Disagreements with Accountants on Accounting and Financial Disclosures | 50 |
| Available Information | 51 |
| Financial Statement and Notes to Financial Statements | 51 |
|  | F-1 |

TABLE OF CONTENTS

PAGE

Prospectus Summary ........................................................ 1
      Our Company ......................................................... 1
      The Offering ........................................................ 2
      Summary Financial Data .............................................. 3
Forward-Looking Statements ................................................ 4
Risk Factors .............................................................. 4
Comparative Share Data .................................................... 4
Market for Common Stock ................................................... 11
Standby Equity Distribution Agreement ..................................... 12
Plan of Distribution ...................................................... 12
Management Discussion and Analysis of Financial
Condition and Results of Operation ........................................ 15
Business .................................................................. 17
Legal Proceedings ......................................................... 31
Board of Directors and Management ......................................... 39
Executive Compensation .................................................... 39
Certain Relationships and Transactions .................................... 42
Principal Stockholders and Holdings of Management ......................... 45
Selling Stockholders ...................................................... 48
Description of Common Stock ............................................... 49
Experts ................................................................... 52
Changes in and Disagreements with Accountants on Accounting
and Financial Disclosures ................................................. 52
Available Information ..................................................... 52
Financial Statement and Notes to Financial Statements ..................... F-1

v

PRINCIPAL STOCKHOLDERS AND HOLDINGS OF MANAGEMENT

The following table sets forth certain information as of July 30, 2004, regarding (i) each person known by the Company to be the beneficial owner of more than 5% of the outstanding shares of Common Stock, (ii) each director and named executive officer of the Company and (iii) all officers and directors as a group. For a description of certain transactions between us and the persons listed in this table, see the section of this Prospectus entitled "Board of Directors and Management Team - Certain Relationships and Transactions."

| NAME | NUMBER OF SHARES BENEFICIALLY OWNED (1) | APPROXIMATE PERCENTAGE OF COMMON STOCK (2) |
|------|------------------------------------------|---------------------------------------------|
| Ajit K. Medhekar (3)<br>c/o LMIC, Inc.<br>6435 Virginia Manor Road<br>Beltsville, MD 20705 | 133,334 | * |
| Kwok Li (3), (5), (6), (7)<br>c/o LMIC, Inc.<br>6435 Virginia Manor Road<br>Beltsville, MD 20705 | 7,193,248 | 40.26% |
| Aladdin Investments, LLC (4)<br>c/o Aladdin Investment Advisors, LLC<br>520 Madison Avenue<br>New York, NY 10022 | 2,666,667 | 14.91% |
| Linsang Partners, LLC (5)<br>Post Office Box 0039<br>Beltsville, MD 20704<br>Hyla Holdings, LLC<br>Kwok Li, Chairman | 5,317,787 | 29.97% |
| Luis Negrete (3)<br>c/o LMIC, Inc.<br>6435 Virginia Manor Road<br>Beltsville, MD 20705 | 213,132 | * |
| Barton Y. Shigemura (3)<br>c/o LMIC, Inc.<br>6435 Virginia Manor Road<br>Beltsville, MD 20705 | 0 | * |
| John Lambert (3)<br>c/o LMIC, Inc.<br>6435 Virginia Manor Road<br>Beltsville, MD 20705 | 29,174 | * |
| All Officers and directors as a group, (10 individuals) | 7,568,888 | 42% |

---------

* less than 1%.

(1) Pursuant to the rules of the Securities and Exchange Commission, a person is deemed to "beneficially own" shares of common stock over which the person has or shares investment or voting power, or has the right to acquire such power within 60 days.

42

Cornell Capital is an "underwriter" within the meaning of the Securities Act of 1933 in connection with the sale of common stock pursuant to the Standby Equity Distribution Agreement. Cornell Capital will pay LMIC, Inc. 99% of the market price of our common stock and will retain a commission of 6.0% of the proceeds raised by us under the Standby Equity Distribution Agreement. As a result, we will only receive 93% of the market price of our common stock on each occasion that we sell stock to Cornell Capital under our Standby Equity Distribution Agreement.

These securities are speculative and involve a high degree of risk. For a description of certain important factors that should be considered by prospective investors, see "risk factors" beginning on page 4 of this prospectus.

NEITHER THE SECURITIES AND EXCHANGE COMMISSION NOR ANY STATE SECURITIES COMMISSION HAS APPROVED OR DISAPPROVED OF THESE SECURITIES OR PASSED UPON THE ACCURACY OR ADEQUACY OF THIS PROSPECTUS. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.

The date of this prospectus is February __, 2005.

iv

(2) The percentage of common stock owned is calculated based on the number of shares of common stock outstanding, plus in the case of each person the number of shares of common stock issuable only to such person upon the exercise of options or warrants and the conversion of convertible debt securities.

(3) Officer or director.

(4) Aladdin Investments, LLC, a Delaware limited liability company consisting of five members and its manager, Aladdin Investment Advisors LLC, was formed for the purpose of purchasing securities in the Company. In March 2004, Aladdin purchased 2,666,667 shares of our common stock for $4,000,000, or $1.50 per share. In addition, certain of Aladdin's members and affiliates of its manager purchased, for $30,367, five year warrants to purchase an aggregate of 3,036,667 shares of our common stock at an exercise price of $1.50 per share.

(5) Kwok Li is the managing member of Linsang Partners, LLC and may be deemed to share voting and investment control of the shares directly owned by Linsang Partners, LLC.

(6) Hyla Holdings, LLC is the general partner of Linsang International, L.P. and may be deemed to share voting and investment control of the shares directly owned by Linsang International, L.P. As the sole member of Hyla holdings, LLC, Felice Li (the wife of Kwok Li) may be deemed to share voting and investment control of the shares directly owned by Linsang International, L.P. and that may be deemed to be indirectly owned by Hyla Holdings, LLC.

(7) Includes an aggregate of 833,333 share of common stock pledged by Linsang International, LP, an entity controlled my Mr. Kwok Li, to JP Morgan Chase Bank to collateralize a $1,250,000 business loan made in March 2004.

43

The registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933 or until the Registration Statement shall become effective on such date as the Commission, acting pursuant to Section 8(a), may determine.

SUBJECT TO COMPLETION, FEBRUARY 14, 2005

LMIC, INC.

19,008,110 shares of common stock

This prospectus relates to the sale of up to 19,008,110 shares of our common stock by certain persons who are, or will become, stockholders of LMIC, Inc. All of the shares of common stock are being offered for sale by the selling stockholders at prices established on the OTC Bulletin Board during the term of this offering. These prices will fluctuate based on the demand for the shares of common stock. Our common stock is quoted on the OTC Bulletin Board under the symbol "LMII.OB" The last reported sale price of our common stock on the OTC Bulletin Board was $0.40 per share.

We will not receive any of the proceeds from the sale of shares by the selling stockholders. The selling stockholders are:

- Cornell Capital Partners, L.P., which intends to sell up to 10,000,000 shares which may be acquired pursuant to a Standby Equity Distribution Agreement with us.

- Benevolent Partners LP, and four other members of Aladdin Investments, LLC, who intend to sell up to 3,126,437 shares, consisting of 2,666,667 shares of common stock and 459,770 additional shares issuable to Benevolent Partners at $1.50 per share upon exercise of warrants.

- Allegiant Capital Group, LLC, that intends to sell up to 1,350,000 shares, consisting of 333,333 shares purchased from us at $1.50 per share, 666,667 shares purchased from Linsang Partners, LLC, one of our principal shareholders, for $6,667, and 350,000 additional shares issuable to Allegiant for $1.50 per share upon exercise of a warrant.

- Nine additional investors who intend to sell up to 1,890,000 shares, consisting 466,667 shares purchased from us at $1.50 per share, 933,333 shares purchased from Linsang Partners for $9,333, and 490,000 additional shares issuable to such persons for $1.50 per share upon exercise of warrants.

- InteSec Group LLC, who intends to sell up to 44,580 shares issued to such entity as partial compensation for marketing consulting services valued at $80,000, and David Bell, who intends to sell up to 66,093 shares issued to such person as partial compensation for business and marketing consulting services rendered by him and valued at $64,000.

- 500,000 additional shares that may be issuable to holders of options, warrants, or convertible debt securities pursuant t anti-dilution rights contained in those securitieso .

- 1,000,000 additional shares that may be issuable to Laurus Master Funds, Ltd, holder of convertible debt securities valued at 1,500,000.

- 1,031,000 additional shares that may be issuable to certain investors to meet accrued interest and penalties valued at approximately $403,000 levied against the Company pursuant to registration rights agreements.

SELLING STOCKHOLDERS

This prospectus relates to the sale of shares of our common stock by several of our stockholders. The shares offered by this prospectus include shares owned by these stockholders as well as shares issuable upon the exercise of options and warrants and conversion of convertible debt securities (and up to 500,000 additional shares of common stock that may be issued to the selling stockholders under the terms of anti-dilution rights contained in the options, warrants, or convertible debt securities that they own.). The shares, options, warrants and convertible debt securities were issued for services rendered and in private offerings for cash.

We will not receive any proceeds from the sale of the shares by the selling stockholders. The selling stockholders may resell the shares they acquire by means of this prospectus from time to time in the public market. The costs of registering the shares offered by the selling stockholders are being paid by LMIC. The selling stockholders will pay all other costs of the sale of the shares offered by them.

The following table identifies the selling stockholders and the shares that are being offered for sale by the selling stockholders and the percentage ownership of common stock of each selling shareholder after the Offering based upon 17,951,264 shares outstanding as of July 30, 2004.

For a description of certain transactions between us and the persons listed in this table, see the section of this Prospectus entitled "Board of Directors and Management Team - Certain Relationships and Transactions."

| NAME | Shares Owned | Shares Issuable Upon the Exercise Of Options Or Warrants And Conversion Of Convertible Debt Securities (1) | Shares to be Sold in this Offering | Ownership After Offering Number of Shares | % of Class |
|---|---|---|---|---|---|
| Linsang Partners, LLC (2) | 5,317,787 | 0 | 531,778 | 4,786,009 | 26.75% |
| Aladdin Investments, LLC (3) (36) | 2,666,667 | 0 | 2,666,667 | 0 | 0% |
| Linsang International L.P. (4) | 1,875,461 | 0 | 187,546 | 1,687,915 | 9.44% |
| Cartisien Holdings, Inc. (5) | 466,667 | 0 | 466,667 | 0 | 0% |
| Ghidra Holdings, Inc. (6) | 466,667 | 0 | 466,667 | 0 | 0% |
| Peterson Inc. (7) | 400,000 | 0 | 400,000 | 0 | 0% |
| Vertical Ventures, LLC (8) | 400,000 | 475,000 | 875,000 | 0 | 0% |
| South Ferry #2 (9) | 333,334 | 333,334 | 666,668 | 0 | 0% |
| MOCLS' Holdings, LLC (10) | 266,667 | 0 | 266,667 | 0 | 0% |
| Crown Capital, Corp. (11) | 238,041 | 0 | 238,041 | 0 | 0% |
| Todd Wilkens | 216,502 | 0 | 216,502 | 0 | 0% |
| Platinum Partners Global Macrofund LP (12) | 200,000 | 200,000 | 400,000 | 0 | 0% |
| New Regent Industries, Ltd. (13) | 175,000 | 175,000 | 350,000 | 0 | 0% |
| Crown Taylor (14) | 175,000 | 175,000 | 350,000 | 0 | 0% |
| Crescent International, Ltd. (15) | 166,667 | 166,667 | 333,334 | 0 | 0% |
| Omicron Master Trust, Ltd. (16) | 133,334 | 2,969,639 | 3,102,973 | 0 | 0% |
| Colbart Binnet, LLC (17) | 133,334 | 133,334 | 266,668 | 0 | 0% |
| Chana Sasha Foundation (18) | 133,334 | 183,334 | 316,668 | 0 | 0% |
| Countrywide Partners (19) | 133,334 | 133,334 | 266,668 | 0 | 0% |
| Aysseh Family, LLC (20) | 133,333 | 0 | 133,333 | 0 | 0% |
| Yung Lung Ho | 131,214 | 0 | 131,214 | 0 | 0% |
| Kam Chung Lee (21) | 164,535 | 0 | 164,535 | 0 | 0% |
| Yair Yaish | 126,667 | 126,667 | 253,334 | 0 | 0% |
| Jesup Securities Corporation (22) | 100,000 | 28,000 | 128,000 | 0 | 0% |
| Mercaldo Family Trust Ltd. (23) | 100,000 | 0 | 100,000 | 0 | 0% |
| Beechwood Ventures, LLC (24) | 100,000 | 100,000 | 200,000 | 0 | 0% |
| Woodland Partners (25) | 100,000 | 20,000 | 120,000 | 0 | 0% |
| Buckland Partners, LP (26) | 100,000 | 20,000 | 120,000 | 0 | 0% |
| Irwin Lieber | 100,000 | 20,000 | 120,000 | 0 | 0% |
| Barry Fingerhut | 100,000 | 20,000 | 120,000 | 0 | 0% |
| Ajit Medhekar (27) | 66,667 | 66,667 | 133,334 | 0 | 0% |
| F Berdon (28) | 66,667 | 66,667 | 133,334 | 0 | 0% |

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. [ ]

If delivery of the prospectus is expected to be made pursuant to Rule 434, please check the following box. [ ]

CALCULATION OF REGISTRATION FEE

| Title of Each Class of Securities To be Registered | Shares to be Sold in This offering | Proposed Maximum Offering Price Per Share (1) | Proposed Maximum Aggregate Offering Price | Amount of Registration Fee |
|---|---|---|---|---|
| Common Stock, par value $.001 per share | 19,008,110 | $1.50 (2) | $28,512,165 | $3,355.88 (2) |

All shares of common stock being registered hereunder are being offered by selling stockholders of LMIC, Inc.

(1) Offering price computed in accordance with Rule 457(c).

(2) Pursuant to Rule 416, this Registration Statement includes an additional 500,000 shares of common stock representing the registrant's reasonable good faith estimate of the number of additional securities as may be required for issuance upon the exercise of warrants as a result of any adjustment in the number of securities issuable by reason of the options, warrants or convertible securities.

ii

| | | | | | |
|---|---|---|---|---|---|
| Smith Exemption Trust (29) | 66,000 | 66,000 | 132,000 | 0 | 0% |
| Guerilla Partners, LP (30) | 66,000 | 66,000 | 132,000 | 0 | 0% |
| Michael Weiss | 60,000 | 60,000 | 120,000 | 0 | 0% |
| Aaron Wolfson (43) | 50,000 | 100,000 | 150,000 | 0 | 0% |
| Tera Capital Limited Partnership #2 (31) | 50,000 | 0 | 50,000 | 0 | 0% |
| Janet Nagelberg, Custodian | 40,000 | 0 | 40,000 | 0 | 0% |
| Alexander Libin | 33,334 | 33,334 | 66,668 | 0 | 0% |
| Aaron Elbogen | 33,334 | 33,334 | 66,668 | 0 | 0% |
| Irving Langer | 33,334 | 33,334 | 66,668 | 0 | 0% |
| Abraham Wolfson (43) | 16,667 | 66,667 | 83,334 | 0 | 0% |
| Gold Point Capital Partners (32) | 16,666 | 0 | 16,666 | 0 | 0% |
| Ari Friedman | 13,334 | 13,334 | 26,668 | 0 | 0% |
| Boonyong Tanyavutti (21) | 13,122 | 0 | 13,122 | 0 | 0% |
| Yuk Mui Leung | 6,561 | 0 | 6,561 | 0 | 0% |
| Dominic Ping Sung Leung | 6,561 | 0 | 6,561 | 0 | 0% |
| Agnes Yuk-Wang Tsang | 6,561 | 0 | 6,561 | 0 | 0% |
| Hon Chung Leung | 6,561 | 0 | 6,561 | 0 | 0% |
| Stella Tanyavutti (21) | 3,381 | 0 | 3,381 | 0 | 0% |
| Mo Ching Chiu Yip | 3,381 | 0 | 3,381 | 0 | 0% |
| Angela Kwan | 1,313 | 0 | 1,313 | 0 | 0% |
| Donna West (33) | 907 | 0 | 907 | 0 | 0% |
| Warren Ross (34) | 776 | 0 | 776 | 0 | 0% |
| Pamela Kell (33) | 481 | 0 | 481 | 0 | 0% |
| Lawrence Kolitas (33) | 381 | 0 | 381 | 0 | 0% |
| Rayner Aguiar (34) | 197 | 0 | 197 | 0 | 0% |
| Laurus Master Fund, Ltd. (35) | -- | 664,000 | 664,000 | 0 | 0% |
| Felice Li (21) | -- | 845,833 | 845,833 | 0 | 0% |
| Benevolent Partners, LLC (36) (3) | -- | 2,800,287 | 2,800,287 | 0 | 0% |
| #910 Investment Irrevocable Trust (37) | -- | 962,300 | 962,300 | 0 | 0% |
| Lewis Family Interests, LP (38) | -- | 853,966 | 853,966 | 0 | 0% |
| Gersten Savage Kaplowitz Wolf LLP (39) | 15,000 | | 15,000 | 0 | 0% |
| #911 Investment Irrevocable Trust (40) | -- | 872,300 | 872,300 | 0 | 0% |
| Centurion Investments, LLC (41) | -- | 6,666 | 6,666 | 0 | 0% |
| Robert O'Neel III (42) | -- | 87,500 | 87,500 | 0 | 0% |
| (1) | -- | 500,000 | 500,000 | -- | -- |
| TOTALS | 15,812,551 | 11,193,648 | 20,532,275 | 6,473,924 | 36.19% |

(1) Includes up to 500,000 additional shares of common stock that may be issued to the selling stockholders under the terms of anti-dilution rights contained in the options, warrants, or convertible debt securities that they own. Such shares have not been allocated to a particular selling stockholder in this table.

(2) The managing member of Linsang Partners, LLC is Mr. Kwok Li, our Chairman, who may be deemed to indirectly share voting and investment control of the shares of common stock held by it.

(3) Aladdin Investments, LLC purchased for its own account 2,666,667 shares of our common stock for $4,000,000. Certain investors and affiliates of Aladdin Investments, LLC purchased warrants expiring in March 2009 entitling the holders to purchase an additional 3,043,334 shares at an exercise price of $1.50 per share. Although Aladdin Investments, LLC introduced us to the investors and affiliates of Aladdin who purchased our warrants, Aladdin did not receive any type of compensation as a finder, placement agent or underwriter for the purchase of our securities by certain of its investors and affiliates. Voting and investment control over the shares of our common stock held by Aladdin Investments, LLC rests with its key principal, Michael Staisil. Aladdin Investments, LLC disclaims any beneficial interest in the shares owned by said certain investors and affiliates of Aladdin Investments, LLC.

(4) The general partner of Linsang International, L.P. is Hyla Holdings, LLC. Felice Li, the wife of our Chairman, is the sole member of Hyla Holdings, LLC, and may be deemed to indirectly share voting and investment control of the shares of common stock held by Linsang International, L.P.

(5) The president of Cartisien Holdings, Inc., Stella Tanyavutti, is the sister of Kwok Li, our Chairman; voting and investment control over the securities of the Company held by Cartisien Holdings, Inc. is held by Stella Tanyavutti. Kwok Li disclaims any beneficial interest in the shares owned by Cartisien Holdings or Ms. Tanyavutti.

45

AS FILED WITH THE SECURITIES AND EXCHANGE COMMISSION ON FEBRUARY 14, 2005

Commission File No. 333-



SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

FORM SB-2

REGISTRATION STATEMENT UNDER
THE SECURITIES ACT OF 1933

LMIC, INC.
(Exact name of registrant as specified in charter)

| Delaware | 9995 | 84-1029987 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Primary Standard Classification Code Number) | (IRS Employer I.D. Number) |

6435 Virginia Manor Road
Beltsville, MD 20705
(240) 264-8310
(Address and telephone number of principal executive offices)

6435 Virginia Manor Road
Beltsville, MD 20705
(240) 264-8310
(Address of principal place of business or intended principal place of business)

Kwok Leung Li
6435 Virginia Manor Road
Beltsville, MD 20705
(240) 264-8310
(Name, address and telephone number of agent for service)

Copies of all communications, including all communications sent to the agent for
service, should be sent to:

Stephen A. Weiss
Gersten, Savage, Kaplowitz, Wolf & Marcus, LLP
101 East 52nd Street
New York, NY 10023
(212) 752-9700

APPROXIMATE DATE OF COMMENCEMENT OF PROPOSED SALE TO THE PUBLIC:

As soon as practicable after the effective date of this Registration Statement

If any of the securities being registered on this Form are to be offered on a
delayed or continuous basis pursuant to Rule 415 under the Securities Act of
1933, other than securities offered only in connection with dividend or interest
reinvestment plans, check the following box [X].

If this Form is filed to register additional securities for an offering pursuant
to Rule 462(b) under the Securities Act, please check the following box and list
the Securities Act registration statement number of the earlier effective
registration statement for the same offering. [ ]

(6) The president of Ghidra Holdings, Inc., Chiara Weisbrod, is a former employee for Linsang Management Corporation, an entity wholly owned by our Chairman, Mr. Kwok Li. Voting and investment control over the securities of the Company held by Ghidra Holdings, Inc. is held by Christopher Cunico, Treasurer of Ghidra Holdings, Inc. Mr. Cunico is also a former employee of Linsang Management Corporation Kwok Li disclaims any beneficial interest in the shares owned by Ghrida Holdings.

(7) Voting and investment control for shares held by Peterson and Collins, Inc. is held by George Collins, as President.

(8) Includes 75,000 warrants exercisable at $1.50 per share purchased, for $.01 each, from Felice Li in May 2004. Joshua Silverman has voting control and investment decision over the securities of the Company held by Vertical Ventures, LLC. Mr. Silverman disclaims beneficial ownership of the shares held by Vertical Ventures, LLC.

(9) Darren Ross, Portfolio Manager, may be deemed to control the voting and investment power over the securities of the Company held by South Ferry #2.

(10) The President of MOCLS' Holdings, LLC, Otis Crews, is a former employee for Linsang Management Corporation, an entity wholly owned by our Chairman, Mr. Kwok Li. As president of MOCLS' Holding LLC, Mr. Crews may be deemed to control the voting and investment power over the shares of common stock of the Company held by MOCLS' Holdings, LLC. Kwok Li disclaims any beneficial interest in the shares owned by MOCLS' Holdings.

(11) Bernard Nagelberg, President, may be deemed to control the voting and investment power over the shares of common stock of the Company held by Crown Capital.

(12) Mark Nordlicht, General Partner, may be deemed to control the voting and investment power over the shares of common stock of the Company held by Platinum Partners Global Macrofund, L.P.

(13) Peter Lee may be deemed to control the voting and investment power over the shares of common stock of the Company held by New Regent Industries, Ltd.

(14) Jeffrey Taylor, President, may be deemed to control the voting and investment power over the shares of common stock of the Company held by Crown Taylor.

(15) Mel Craw and Maxi Brezzi, in their capacity as managers of GreenLight (Switzerland) SA, the investment advisor to Crescent International Ltd., have voting control and investment discretion over the securities of the Company owned by Crescent International Ltd. Messrs. Craw and Brezzi disclaim beneficial ownership of such securities.

(16) Omicron Capital, L.P., a Delaware limited partnership ("Omicron Capital") serves as investment manager to Omicron Master Trust, a trust formed under the laws of Bermuda ("Omicron"). Omicron Capital, Inc., a Delaware corporation ("OCI"), serves as general partner of Omicron Capital, and Winchester Global Trust Company Limited ("Winchester") serves as the trustee of Omicron. By reason of such relationships, Omicron Capital and OCI may be deemed to share dispositive power over the securities of the Company owned by Omicron, and Winchester may be deemed to share voting and dispositive power over the securities of the Company owned by Omicron. Omicron Capital, OCI and Winchester disclaim beneficial ownership of such securities of the Company. Omicron Capital has been delegated authority from the board of directors of Winchester regarding the portfolio management decisions with respect to the securities of the Company owned by Omicron and, as of April 21, 2003, Mr. Olivier H. Morali and Mr. Bruce T. Bernstein, officers of OCI, have been delegated authority from the board of directors of OCI regarding the portfolio management decisions of Omicron Capital with respect to the securities of the Company owned by Omicron. By reason of such delegated authority, Messrs. Morali and Bernstein may be deemed to share dispositive power over the securities of the Company owned by Omicron. Messrs. Morali and Bernstein disclaim beneficial ownership of such securities of the Company and neither of such persons has any legal right to maintain such delegated authority. No other person has sole or shared voting or dispositive power with respect to the securities of the Company being offered by Omicron, as

(33) Former employee of the Company

(34) Non-executive employees of the Company.

(35) Laurus Master Fund, Ltd. is a New York City based institutional fund specializing in providing financing to small capitalization publicly traded companies. Control of all investment decisions are vested with its investment manager, Laurus Capital Management, LLC. The directors of Laurus Capital Management, LLC are David Grin and Eugene Grin, who are brothers. By virtue of their position as directors of Laurus Capital Management, the Messrs. Grin exercise voting control over the securities of the Company owned by Laurus Master Fund.

(36) As a member of Aladdin Investments, LLC and the holder of a beneficial interest in 2,298,850 of the 2,666,667 shares owned of record by Aladdin Investments, LLC includes 2,298,850 of the 2,666,667 shares owned of record by Aladdin Investments, LLC. Grant Johnson, President of Benevolent Capital Management, Inc., may be deemed to control the voting and investment power over the securities of the Company held by Benevolent Partners, LP. Includes 459,770 warrants purchased from the Company in March 2004 and 41,667 additional warrants purchased for $.01 each from Felice Li in May 2004.

(37) An affiliate of the manager of Aladdin Investments, LLC. Represents shares of common stock issuable upon exercise of five year warrants exercisable at $1.50 per share. Fidelia Gomez, Director of Cititrust International, Inc., may be deemed to control the voting and investment power over the securities of the Company held by # 910 Investment Irrevocable Trust. Includes 870,633 warrants purchased from the Company in March 2004 and 91,667 additional warrants purchased for $.01 each from Felice Li in May 2004.

(38) An affiliate of the manager of Aladdin Investments, LLC. Represents shares of common stock issuable upon exercise of five year warrants exercisable at $1.50 per share. Mr. Peter C. Lewis, General Partner, may be deemed to control the voting and investment power over the shares of common stock of the company held by Lewis Family Interests, LP.

(39) Represents shares of common stock issuable upon exercise of five year warrants exercisable at $1.50 per share. Mr. Stephen Weiss, a partner in the New York, New York law firm of Gersten, Savage, Kaplowitz, Wolf & Marcus, LLP, may be deemed to control the voting and investment power over the shares of common stock of the company held by that group. Gersten, Savage, Kaplowitz, Wolf & Marcus, LLP, which formerly represented Aladdin Investments LLC, has, with the consent of Aladdin Investments LLC, also rendered legal services to our company in connection with this offering.

(40) Represents shares of common stock issuable upon exercise of five year warrants exercisable at $1.50 per share. Joy Godfrey, Director of Cititrust International, Inc., may be deemed to control the voting and investment power over the securities of the Company held by # 911 Investment Irrevocable Trust. Includes 830,633 warrants purchased from the Company in March 2004 and 41,667 additional warrants purchased for $.01 each from Felice Li in May 2004.

(41) Represents shares of common stock issuable upon exercise of five year warrants exercisable at $1.50 per share. Mr. Michael Staisil, Managing Partner, may be deemed to control the voting and investment power over the securities of the Company held by Centurion Investments, LLC.

(42) A member of Aladdin Investments LLC. Consists of warrants exercisable at $1.50 per share purchased from Felice Li in May 2004.

(43) Includes an aggregate of 100,000 warrants exercisable at $1.50 per share purchased in equal amounts by each of Aaron Wolfson and Abraham Wolfson from Felice Li in May 2004, for a total of $1,000.

48

those terms are used for purposes under Regulation 13D-G of the Securities Exchange Act of 1934, as amended. Omicron and Winchester are not "affiliates" of one another, as that term is used for purposes of the Securities Exchange Act of 1934, as amended, or of any other person named in this prospectus as a selling stockholder. No person or "group" (as that term is used in Section 13(d) of the Securities Exchange Act of 1934, as amended, or the SEC's Regulation 13D-G) controls Omicron and Winchester.

(17) Eliezer Levitan, Member, may be deemed to control the voting and investment power over the securities of the Company held by Colbart Binnet.

(18) Includes 50,000 warrants exercisable at $1.50 per share purchased, for $.01 each, from Felice Li in May 2004. Morris Wolfson, President, may be deemed to control the voting and investment power over the securities of the Company held by the Chana Sasha Foundation.

(19) Harry Adler, President, may be deemed to control the voting and investment power over the securities of the Company held by Countrywide Partners.

(20) Alfred Aysseh, Manager, may be deemed to control the voting and investment power over the securities of the Company held by Aysseh Family, LLC.

(21) An immediate family member of Kwok Li, our Chairman, as defined by Item 404(a)4 of Regulation S-B. In March and April 2004, Mrs. Li sold, for $4,875, an aggregate of 487,501 warrants of the 1,333,334 warrants then held by her, exercisable at $1.50 per share and expiring in January 2009, to the persons or entities named in this footnotes to the table.

(22) William Moreno, President and Broker/Dealer, may be deemed to control the voting and investment power over the securities of the Company held by Jesup and Lamont Securities Corporation.

(23) Edward Mercaldo, Trustee, may be deemed to control the voting and investment power over the securities of the Company held by The Mercaldo Family Trust, Ltd.

(24) Kalman Renov, Managing Member, may be deemed to control the voting and investment power over the securities of the Company held by Beechwood Ventures, LLC.

(25) Seth Lieber, Member, may be deemed to control the voting and investment power over the securities of the Company held by Woodland Partners, LP.

(26) Jonathan Lieber, Managing Member, may be deemed to control the voting and investment power over the securities of the Company held by Buckland Partners, LP.

(27) Member of the Board of Directors of the Company.

(28) Frederick Berdon, President, may be deemed to control the voting and investment power over the securities of the Company held by F Berdon & Co.

(29) Devora Smith, Trustee, may be deemed to control the voting and investment power over the securities of the Company held by the Smith Exemption Trust.

(30) Peter Siris, Managing Director, may be deemed to control the voting and investment power over the securities of the Company held by Guerilla Partners, LP.

(31) Howard Sutton, President, may be deemed to control the voting and investment power over the shares of common stock of the Company held by Tera Capital Limited Partnership #2.

(32) Thomas Devane, President, may be deemed to control the voting and investment power over the shares of common stock of the Company held by Gold Point Capital Partners.

47