UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFFEY 451, LLC )<br>                Plaintiff, )<br>vs. )<br>LINSANG PARTNERS, LLC, )<br>                Defendant, )<br>and )<br>LMIC, Inc. and LMIC )<br>MANUFACTURING, Inc., )<br>    Reach and Apply Defendants. ) | Docket No. 04-CV10372 RCL |

**ASSENTED TO MOTION OF DEFENDANT TO EXTEND THE TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

The Defendant, Linsang Partners, LLC ("Linsang") hereby moves to extend the time for it to respond to Plaintiff's Motion for Summary Judgment until April 28, 2005. Linsang requires additional time because of scheduling difficulties. Plaintiff has assented to this Motion.

WHEREFORE, Linsang requests that the Court extend the time for Linsang to respond to Plaintiff's Motion for Summary Judgment until Thursday, April 28, 2005.

                                                    Respectfully submitted,
                                                     **LINSANG PARTNERS, LLC**
                                                      By its attorneys,
                                                      /s/ Stephanie Taverna Siden
                                                      David W. Fanikos, BBO# 564303
                                                      Stephanie Taverna Siden, BBO# 643373
                                                      Demeo & Associates, P.C.
                                                      One Lewis Wharf
                                                      Boston, Massachusetts 02110
Dated: April 22, 2005                         (617) 263-2600

Assented to:
    **LIFFEY 451, LLC**
    By its attorneys,
    /s/ Alvin S. Nathanson
    Alvin S. Nathanson, BBO# 367480
    Nathanson & Goldberg, PC
    2 Oliver Street
    Boston, MA 02109