UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFFEY 451 LLC.<br>Plaintiff<br><br>vs.<br><br>LINSANG PARTNERS, LLC.<br>Defendant<br>and<br>LMIC, INC. and LMIC<br>MANUFACTURING, INC.,<br>Reach and apply defendants | CA NO. 04-CV 10372 RCL |

## JUDGMENT

This matter came before the Court on the Plaintiff's Motion For Summary Judgment As To The Defendant Linsang Partners, LLC, as to which no opposition was ever served or filed by the defendant Linsang Partners, LLC, and after a review and consideration thereof, it is hereby Ordered and Adjudged as follows:

1. The Plaintiff's Motion For Summary Judgment As To The Defendant Linsang Partners, LLC. is hereby allowed.

2. The defendant Linsang Partners, LLC is hereby ordered to forthwith transfer all of its right, title and interest in and to all shares of stock in LMIC, Inc., a Delaware corporation, to the plaintiff Liffey 451 LLC, as the assignee or present holder of an execution issued in favor of WXIII/FAR Yale Gen-Par, as general partner of WXIII/FAR Yale Real Estate Limited Partnership against Linsang Partners, LLC that issued from this Court in CA No. 02-10323 dated December 22, 2003 in the amount of $2,077, 153.19.

3. That the defendant Linsang Partners, LLC is further ordered forthwith:

    (a) to deliver to Plaintiff Liffey 451 LLC, in care of its counsel, one or more original certificates issued by LMIC, Inc. and evidencing all shares of stock in LMIC, Inc. owned by Linsang Partners. LLC, properly endorsed by an authorized officer of Linsang Partners, LLC in favor of Liffey 451 LLC; and

    (b) to deliver to Plaintiff Liffey 451 LLC, in care of its counsel, written evidence that Linsang Partners, LLC has notified LMIC. Inc. of the transfer of shares from Linsang Partners, LLC to Liffey 451 LLC; and

    (c) to deliver to Plaintiff Liffey 451 LLC, in care of its counsel, written evidence that Linsang Partners, LLC has requested from LMIC Inc. an acknowledgement from a duly authorized officer of LMIC, Inc. in favor of Liffey 451 LLC that the share register of LMIC, Inc. has been amended to reflect the transfer of the stock of LMIC, Inc. previously owned by Linsang Partners, LLC; and

    (d) to execute and deliver to the plaintiff Liffey 451 LLC such additional documents as may be necessary or convenient in order to effectuate and complete the transfer to Liffey 451 LLC of all right, title and interest in and to all shares of stock in LMIC, Inc. owned by Linsang Partners LLC.

Entered: ~~May~~ JUNE 4, 2005

By the Court,

(Lindsay, USDJ)

2